**BOIES SCHILLER FLEXNER LLP**
Travis LeBlanc, SBN 251097
  tleblanc@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, California 94301
Phone: (650) 445-6400 /Fax: (650) 329-8507

David K. Willingham, SBN 198874
  dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice pending*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone:  (212) 446-2300 /Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice pending*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone:  (202) 237-2727 /Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10,<br><br>Defendants. | Case No.  2:18-CV-02421-JFW-(Ex)<br><br>The Honorable John F. Walter<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS; (2) ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; AND (3) ORDER GRANTING EXPEDITED DISCOVERY**<br><br>[Memorandum of Points and Authorities, Declarations of Elliott Broidy, Joel Mowbray, Luke Tenery, and Lee Wolosky; [Proposed] Temporary Restraining Order, Order to Show Cause Regarding Preliminary Injunction, and Order |

Granting Expedited Discovery, and [Proposed] Order Granting Preliminary Injunction filed concurrently herewith]

On _____, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable John F. Walter, in Courtroom 7A of the United States District Court for the Central District of California at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiffs Broidy Capital Management LLC, Elliott Broidy, and Robin Rosenzweig (collectively, "Plaintiffs"), will and hereby do move this Court pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1 for a temporary restraining order in the form filed concurrently herewith against Defendants the State of Qatar, Stonington Strategies LLC, Nicolas D. Muzin, and Does 1-10 (collectively, "Defendants") as follows:

  1. Immediately enjoining Defendants, as well as each and every one of their officers, agents, employees, representatives, and all persons acting in concert with them, from accessing or causing access to Plaintiffs' computers, computer servers, emails, or internet accounts;

  2. Immediately enjoining Defendants, as well as each and every one of their officers, agents, employees, representatives, and all persons acting in concert with them, from adding, altering, damaging, deleting, or destroying data located on Plaintiffs' computers, computer servers, emails, or internet accounts; and

  3. Immediately enjoining Defendants, as well as each and every one of their officers, agents, employees, representatives, and all persons acting in concert with them, from distributing, publishing, uploading, broadcasting, or otherwise disseminating materials obtained from Plaintiffs' computers, computer servers, emails, or internet accounts, including any alterations of such materials, or any

documents falsified or created to appear as though they are such materials belonging to Plaintiffs.

Plaintiffs further ask that this Court to grant their request for an order to show cause as to preliminary injunctive relief and an order granting their request for limited expedited discovery against Defendants Stonington and Muzin. Plaintiffs would like to take the depositions on any day preceding April 13, 2018 and excluding Fridays in consideration of Defendant Muzin's religious observances. Plaintiffs also prefer to take the depositions at the Washington, D.C. offices of Boies Schiller Flexner LLP, 1401 New York Ave NW, Washington, DC. Defendant Muzin lives in Maryland. However, to the extent that this is inconvenient to the deponent, Plaintiffs are willing to take the deposition of Nicolas D. Muzin in either the New York, New York or the Los Angeles, California offices of Boies Schiller Flexner LLP.

Plaintiffs have provided notice to Defendants of this application in the form of a letter delivered to an address registered to a company of Defendant Muzin's that is also believed to be Defendant Muzin's home; to the registered agent of Stonington in Delaware; and to the Embassy and Consulate General of the State of Qatar. Through counsel, the State of Qatar acknowledged receipt of the letter and stated that it intended to be heard on this application. Plaintiffs expect that the State of Qatar's United States-based counsel will accept service on the State of Qatar's behalf and that Defendants Muzin and Stonington can be served with this application and the other documents filed herewith in a suitable manner, as required by paragraph 8(b) of the Court's standing order and Local Rule 7-19.

This motion is based upon this ex parte application, the accompanying Memorandum of Points and Authorities, the Declarations of Elliott Broidy, Joel Mowbray, Luke Tenery, and Lee Wolosky filed concurrently herewith, all of the

-2-

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, AND ORDER GRANTING EXPEDITED DISCOVERY

1  pleadings and other documents on file in this case, all other matters of which the
2  Court may take judicial notice, and any further argument or evidence that may be
3  received by the Court at the preliminary injunction hearing.

Dated: April 2, 2018

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: _____
    LEE S. WOLOSKY

*Counsel for Plaintiffs*

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION, AND ORDER GRANTING EXPEDITED DISCOVERY