**BOIES SCHILLER FLEXNER LLP**
Travis LeBlanc, SBN 251097
  tleblanc@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, California 94301
Phone: (650) 445-6400 /Fax: (650) 329-8507

David K. Willingham, SBN 198874
  dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice pending*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone:  (212) 446-2300 /Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice pending*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone:  (202) 237-2727 /Fax:  (202) 237-6131

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG,<br><br>            Plaintiffs,<br><br>     v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10,<br><br>            Defendants. | Case No.  2:18-CV-02421-JFW-(Ex)<br><br>The Honorable John F. Walter<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER, ORDER GRANTING EXPEDITED DISCOVERY, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

WHEREAS, on March __, 2018, Plaintiffs Broidy Capital Management LLC, Elliott Broidy, and Robin Rosenzweig provided written notice to Defendants that

they intended to apply for a Temporary Restraining Order seeking the relief set forth herein; and

WHEREAS, on April __, 2018, Plaintiffs presented their requests for such relief in this Court; and

WHEREAS, the Court has reviewed (1) Plaintiffs' ex parte application for a temporary restraining order and an order authorizing limited expedited discovery, including the memorandum of points and authorities submitted in support thereof, and the declarations and exhibits submitted in support thereof, and (2) the Complaint; and

WHEREAS, the Court has found good and sufficient cause to enjoin Defendants from the actions stated in the paragraphs herein until a hearing on Plaintiffs' motion for a preliminary injunction is held;

The Court finds it appropriate to grant Plaintiffs the relief detailed below.

## I.     TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that Defendants, as well as each and every one of their officers, agents, employees, representatives, and all persons acting in concert with them, are restrained and enjoined from (1) accessing or causing access to Plaintiffs' computers, computer servers, emails, or internet accounts; (2) adding, altering, damaging, deleting, or destroying data located on Plaintiffs' computers, computer servers, emails, or internet accounts; or (3) distributing, publishing, uploading, broadcasting, or otherwise disseminating materials obtained from Plaintiffs' computers, computer servers, emails, or internet accounts, including any alterations of such materials, or any documents falsified or created to appear as though they are such materials belonging to Plaintiffs.

IT IS FURTHER ORDERED that Plaintiffs are not required to post a bond as a condition of the relief stated herein.

## II.    ORDER GRANTING EXPEDITED DISCOVERY

IT IS FURTHER ORDERED that Plaintiffs' motion to take expedited

1 discovery is granted.

2 IT IS FURTHER ORDERED that Defendants Nicolas D. Muzin and
3 Stonington Strategies LLC will respond to Plaintiffs' First Set of Rule 34 Document
4 Requests by 10:00 a.m. on April __, 2018 and will produce all documents
5 responsive to those requests by 10:00 a.m. on April __, 2018.
6

7 IT IS FURTHER ORDERED that each of Defendants Nicolas D. Muzin and
8 Stonington Strategies LLC shall appear for an oral deposition under oath pursuant to
9 Rule 30 beginning at 9:00 a.m. on April __ and __, respectively, 2018, and
10 continuing from day to day until completed, at the offices of Boies Schiller Flexner
11 LLP, 1401 New York Avenue NW, Washington, D.C. 20005, or at such other time
12 and place as is mutually agreed between the parties.

### III.   ORDER TO SHOW CAUSE

14 IT IS FURTHER ORDERED that Defendants appear to show cause at ____
15 __.m. on April __, 2018 in Courtroom 7A of the United States Central District of
16 California Courthouse, 350 West 1st Street, Los Angeles, California, 90012 why an
17 order pursuant to Federal Rule of Civil Procedure 65 should not be entered granting
18 Plaintiffs a preliminary injunction.

19 IT IS FURTHER ORDERED that Defendants' response, if any, to this Order
20 to Show Cause shall be filed with the Clerk of this Court and served upon Plaintiffs'
21 counsel on or before April __, 2018, that Plaintiffs shall submit their reply on or
22 before April __.

23 IT IS FURTHER ORDERED that the Defendants are hereby given notice that
24 failure to attend the hearing scheduled herein may result in confirmation of the relief
25 provided herein, immediate issuance of the requested preliminary injunction to take
26 effect immediately upon expiration or dissolution of the temporary restraining order,
27 and, may otherwise extend for the pendency of this litigation upon the same terms
28 and conditions as comprise this temporary restraining order.  Defendants are hereby

1 given further notice that they may be deemed to have actual notice of the issuance
2 and terms of such preliminary injunction and any action by them or anyone of them
3 in violation of any of the terms thereof may be considered and prosecuted as
4 contempt of this Court.

7     SO ORDERED: _____, 2018
8                     At: \_\_\_\_ \_.m.
9                     Los Angeles, California

11                                         _____
12                                         The Hon. John F. Walter
13                                         United States District Judge

BOIES SCHILLER FLEXNER LLP

-4-
[PROPOSED] TEMPORARY RESTRAINING ORDER, ORDER GRANTING EXPEDITED DISCOVERY,
ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION