**BOIES SCHILLER FLEXNER LLP**
Travis LeBlanc, SBN 251097
  tleblanc@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, California 94301
Phone: (650) 445-6400 /Fax: (650) 329-8507

David K. Willingham, SBN 198874
  dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice pending*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone: (212) 446-2300 /Fax: (212) 446-2350

Amy L. Neuhardt (*pro hac vice pending*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone: (202) 237-2727 /Fax: (202) 237-6131

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10, <br><br> Defendants. | Case No. 2:18-CV-02421-JFW-(Ex) <br><br> The Honorable John F. Walter <br><br> **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

The motion of Plaintiffs for a preliminary injunction came on for hearing

before this Court on _____, 2018.

WHEREAS, the Court has reviewed the moving papers and opposition papers, and has considered all of the evidence and argument thereon; and

WHEREAS, the Court has made the following determinations:

a. Plaintiffs are likely to succeed on the merits of their claim under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030;

b. Plaintiffs are likely to succeed on the merits of their claim under the California Comprehensive Computer Data Access and Fraud Act, Cal. Pen. Code § 502;

c. Plaintiffs are likely to succeed on the merits of their claim for receipt and possession of stolen property under Cal. Pen. Code § 496;

d. Plaintiffs are likely to succeed on the merits of their claim for invasion of privacy by intrusion upon seclusion;

e. Plaintiffs are likely to succeed on the merits of their claim for invasion of privacy by public disclosure of private facts;

f. Plaintiffs are likely to succeed on the merits of their claim for conversion;

g. Plaintiffs are likely to succeed on the merits of their claim for a civil conspiracy;

h. Plaintiffs will suffer irreparable harm if the relief accorded herein is not granted; and

i. An injunction would be in the public interest;

IT IS HEREBY ORDERED that Plaintiffs motion for a preliminary injunction is granted.

IS IT IS FURTHER HEREBY ORDERED that pending a trial on the merits, Defendants, as well as each and every one of their officers, agents, employees, representatives, and all persons acting in concert with them, are restrained and enjoined from (1) accessing or causing access to Plaintiffs' computers, computer servers, emails, or internet accounts; (2) adding, altering, damaging, deleting, or destroying data located on Plaintiffs' computers, computer servers, emails, or internet accounts; or (3) distributing, publishing, uploading, broadcasting, or otherwise disseminating materials obtained from Plaintiffs' computers, computer servers, emails, or internet accounts, including any alterations of such materials, or any documents falsified or created to appear as though they are such materials belonging to Plaintiffs.

This Court has exercised its discretion to determine that no bond shall be required and that this Order shall be effective immediately.

SO ORDERED: _____, 2018
                        At: \_\_\_\_ \_.m.
                        Los Angeles, California

_____
The Hon. John F. Walter
United States District Judge