**BOIES SCHILLER FLEXNER LLP**
Travis LeBlanc, SBN 251097
  tleblanc@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, California 94301
Phone: (650) 445-6400 /Fax: (650) 329-8507

David K. Willingham, SBN 198874
  dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone:  (212) 446-2300 /Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone:  (202) 237-2727 /Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG, <br><br>         Plaintiffs, <br><br>         v. <br><br> STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10, <br><br>         Defendants. | Case No. 2:18-CV-02421-JFW-(Ex) <br><br> **DECLARATION OF J. LUKE TENERY IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS; (2) ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; AND (3) ORDER GRANTING EXPEDITED DISCOVERY** <br><br> **[Ex Parte Application; Memorandum of Points and Authorities; Declarations of Elliott Broidy, Lee Wolosky, and Joel Mowbray; [Proposed] Temporary Restraining Order, Order to Show Cause Regarding Preliminary Injunction,** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**and Order Granting Expedited
Discovery; and [Proposed] Order
Granting Preliminary Injunction filed
concurrently herewith]**

B O I E S   S C H I L L E R   F L E X N E R   L L P

Case No. 2:18-CV-02421

DECLARATION OF J. LUKE TENERY

B O I E S   S C H I L L E R   F L E X N E R   L L P

## DECLARATION OF J. LUKE TENERY

I, J. Luke Tenery, hereby declare as follows:

1.      I am a Senior Managing Director of Cybersecurity at Ankura Consulting Group, LLC, a business-advisory firm.

2.      I live in Elmhurst, Illinois, and graduated from Lipscomb University in Nashville, Tennessee, with a Bachelor of Science Degree in Information Systems Management.  I hold professional certifications as a Certified Information Systems Security Professional (CISSP), Certified Information Security Manager (CISM), and a GIAC Penetration Tester (GPEN).

3.      Prior to being employed by Ankura, I was an Associate Managing Director and deputy practice leader at Kroll Cybersecurity, LLC.  For over seventeen years, I have advised on and investigated cybersecurity matters.  I have conducted cyber investigations and other responses to computer intrusions.  My specialization is in the fields of information security, digital forensics, and computer intrusion investigations.

4.      Pertinent to this matter, I have investigated numerous cyber matters that involved unauthorized external access to targeted email servers.  Through the course of these investigations and my training in the fields above, I learned how to recognize tactics, techniques, and procedures used by subjects, foreign and domestic, attempting to obfuscate their location of origin while remotely conducting unauthorized access and acquisition of data in the United States.

BOIES SCHILLER FLEXNER LLP

5.      On March 2, 2018, Ankura was engaged by counsel to conduct an investigation into possible unauthorized access of Broidy Capital Management (BCM) data systems.

6.      Ankura's initial investigation took place between March 2, 2018 and March 22, 2018. That initial investigation provided the conclusions described in this declaration. Ankura's work for BCM is ongoing and our analysis and conclusions set forth in this declaration may change as we uncover more evidence.

7.      On March 5, 2018, Ankura provided BCM's IT support provider, Argyle Corporation (Argyle), with a copy of the Forensics Tool Kit (FTK) disk imager. Ankura directed Argyle employees through the process of using FTK to produce a forensic copy of BCM's email server. The imaging process was completed on March 8, 2018 and the disk image produced by the process was shipped directly to Ankura.  Ankura received a hard-drive containing the FTK copy of the email server image on March 14, 2018 and logged it into evidence. Ankura's analysis of BCM's email server Internet Information Services (IIS) logs was conducted with Excel and command-line scripting.

8.      Ankura's investigative activity identified that the attack on BCM began with unauthorized access to Robin Rosenzweig's (Rosenzweig) Gmail account. Forensic analysis of Rosenzweig's Apple MacBook revealed that her Gmail account was compromised as early as December 27, 2017 by an email masquerading as a Gmail security alert. The email maliciously misled Rosenzweig into providing her

Google log-in credentials in response to the email. This is a technique known as "phishing."

9.     In addition to the unauthorized access to Rosenzweig's Gmail account, after reviewing the BCM email server logs, Ankura concluded that Elliott Broidy's (Broidy) and five other BCM employees' corporate email accounts were subject to unauthorized access from foreign IP addresses.

10.     Additionally, analysis of BCM's email server IIS logs uncovered unauthorized access to Broidy's and other BCM employees' corporate email accounts. The targeted accounts are associated with five other BCM employees. Analysis of the IIS logs revealed that the unauthorized access to BCM's email server began on January 16, 2018 from a United Kingdom-registered IP address and a Netherlands-registered IP address.  The Netherlands-registered IP address is currently physically located in the United States and owned by PureVPN (a proxy service used for anonymity).  Unauthorized access to BCM's email server continued from January 16, 2018 through February 25, 2018.

11.     Two mistakes or brief failures in the attacker's IP address obfuscation techniques on February 14, 2018 and February 19, 2018 revealed another foreign IP address, identified by Ankura after a detailed review of the unauthorized activity associated with the Netherlands and United Kingdom IP addresses. That IP address is a Qatar source IP registered to a physical location in Doha, Qatar.  The nature of the Qatar IP discovery is consistent with the attacker's system configuration losing

Case No. 2:18-CV-02421

DECLARATION OF J. LUKE TENERY

its obfuscation ability and exposing the true origin of the attacker by mistake. This event is the foundation of Ankura's conclusion that individuals located in Qatar are responsible for the unauthorized activity identified in logs.  The unauthorized access to BCM email accounts would have provided the attacker with the opportunity to monitor, upload, and download private communications to and from these accounts. The attacker's access over a period of weeks was unlimited and the precise amount of information that was taken is currently unknown. Ankura concluded that all information on the affected BCM email accounts has likely been compromised.

12.    Ankura reviewed and analyzed some of the emails sent to news organizations purporting to come from Broidy's email account. With limited exceptions, Ankura's analysis revealed that news media emails attributed to Broidy in the released documents were also found in the BCM email server.  All emails attributed to Rosenzweig's Gmail account in the news media PDFs were found in Rosenzweig's actual Gmail account.

13.    Review of the supplied PDFs revealed that the compiler of the news media PDFs was reviewing the stolen emails using an email application called Thunderbird, a piece of software that facilitates the sending and receipt of emails. This application is not commonly used by BCM employees to access their email. However, it was evident in the IIS logs that on January 29, 2019 two PureVPN IP addresses used the Thunderbird application in some of the unauthorized access activity of BCM's mail server. I reviewed some of the PDFs received by the news

media organizations that purported to be compilations of emails and documents taken from email accounts belonging to Broidy, Rosenzweig and the five other BCM employees. For almost all of the analyzed PDFs, the distributor provided documents with minimal identifying metadata.  The creator used PDF creator utility called PDFium that was configured, likely by default, to not capture any significant identity attributes about the creator.  The PDFium utility can be used to help the PDF file creator limit metadata associated with authorship.  However, in one document that was distributed to media organizations, entitled "clown prince and little witch.pdf," some metadata was present. The metadata of that document reflects that the author is "David."

14.    I have been informed by counsel that "David" is the middle name of Defendant, Nicolas David Muzin.

15.    Further, in reviewing the PDFs that were provided by news organizations, I observed the date and time stamps reflecting when the emails had been converted into PDF files. The time stamps identified on these files generally deviated from Pacific Standard Time by no more than three (3) hours, which suggests that the computer on which the PDF was created was configured for a North American time zone.   Based on this information, I conclude that the news media organization's PDF documents were made on a computer configured for a North American time zone and then emailed to news organizations in the United States and abroad.

16.     In summary, the unauthorized access to BCM's email server initially presented as activity from the United Kingdom and the Netherlands. The attackers obscured their true location and successfully accessed BCM's email server. In addition, the Thunderbird email application and the Mac email client were used to access BCM's email server and the Thunderbird email client was used to review and compile the emails before sending to news outlets.

17.     The use of an anonymity service, such as PureVPN, reflects a sophisticated actor, taking steps to prevent discovery of the actor's origin. Based on the multiple systems used to perform the unauthorized access, I have concluded that the nature of the attack indicates that there was a team of experienced and organized actors. Based on my experience and the evidence presented through our investigation, I have concluded that this attack was conducted by a team that was skilled in intelligence-gathering and conducting covert cyber-operations. Ankura's pursuit of attribution information of the attackers shows multiple attempts to conceal their true location.  This pursuit led to Ankura's discovery of a mistake or brief technical failure in the attacker's obfuscation technique. This exposed the Qatari origin on February 14, 2018 and February 19, 2018.  For exactly two minutes on February 14, 2018, Ankura observed the Qatari IP address successfully synchronizing the Mac OSX calendar with the email server using Broidy's Administrative Assistant's mail account "BCM\erica."  Fifteen minutes later, Ankura observed the same calendar synchronization requests from the same email

Case No. 2:18-CV-02421
DECLARATION OF J. LUKE TENERY

client type followed by email access in the Netherlands. On February 19, 2018 the

Calendar synchronization was initiated and successfully authenticated to the email

server from the same Qatari IP for exactly 1 second.  Six minutes later, Ankura

observed the same calendar synchronization from another obfuscation service, an

InstaVPS server.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

true and correct.

Dated:  March 30, 2018

_____

J. Luke Tenery