# EXHIBIT 1

# Homeland Security Advisory Council
# Future Of Terrorism
# Task Force

## January 11, 2007



1

# The Future of Terrorism Task Force

In June 2006, the Secretary directed the Homeland Security Advisory Council (HSAC) to create a Future of Terrorism Task Force (FOTTF) to accomplish the following:

- Assess future threats to the United States and U.S. interests abroad over the next five years

- Strategically fine-tune departmental structures and processes to meet those threats

- Recommend how to better engage and prepare the American public for present and future challenges



2

# Findings

- There is every indication that the number and magnitude of attacks on the U.S., its interests and its allies will likely increase

- Globalization has changed the means and opportunities available to those who wish to do us harm (increasingly mobile populations, technologies and "know-how" readily available)

- Terrorism is a tactic for any adversary, whether or not state-sponsored, who chooses not to attack us peer-to-peer

- The most significant terrorist threat to the homeland and to U.S. interests abroad today is a growing radical, extremist movement underpinned by a jihadist/Salafist ideology



3

# Findings

- Al-Qaeda, although diminished, is resilient and resurgent and remains a threat to the US

- Al-Qaeda has franchised itself across the globe and inspired groups that act locally and largely independently (increasingly leaderless and marked by self-enlistment)

- Although the war in Afghanistan was successful in destroying Al Qaeda's base of operations, our adversaries continue to feed on weak states, and we have witnessed the spread of safe havens globally, including northwest Pakistan, Iraq, and the Internet

- It is anticipated state-sponsored terrorism will continue



4

# Findings

- In recent years, Muslims have born a substantial burden of terrorist attacks

- Our adversaries base their actions (targets and modus operandi) in part on our actions

- Factors that will influence the future of terrorism include: leadership of the terrorists, US counterterrorism efforts, status of political reform in Muslim nations and the elimination of safe havens

- The Internet enhances the full range of terrorist activities (training, target selection, planning, execution, and other tradecraft), and is an especially powerful tool for spreading their message and recruiting and enlisting into the jihadists' ranks



5

# Findings

- The evolving complexity of the enemy increases the requirement that protection of the homeland be done with seamless coordination between and among federal, state and local authorities and the private sector

- International partners provide valuable input and lessons learned

- Muslims living in the US are more integrated, more prosperous and therefore less alienated than Muslims living in Western Europe, where the "homegrown" threat is significant and rising

- Muslim culture and the Islamic faith are not widely understood within the Western world

- Our adversaries use terror tactics to target both the physical and psychological well-being of our populace



6

# Recommendations

- The Secretary should establish an Office of Net Assessment to provide the Secretary with comprehensive analysis of future threats and US capabilities to meet those threats

- The Secretary should conduct a comprehensive, systematic, and regular examination – a Quadrennial Security Review – of all homeland security threats, assets, plans and strategies with a view toward long-term planning and modernization

- The Secretary should undertake, in conjunction with the Director of National Intelligence (DNI), a comprehensive National Intelligence Estimate to address threats to the homeland

    - A permanent Deputy National Intelligence Officer (DNIO) should be assigned to the National Intelligence Council; the DNIO position should rotate between the Department and the FBI.

    - State and local input must drive the domestic component of the assessment, and must be continually updated



7

# Recommendations

- Countering "home-grown" radicalization must be one of the Department's top priorities by using the Department's Radicalization and Engagement Working Group (REWG) to better understand the process – from sympathizer to activist to terrorist

- The Department must place a renewed emphasis on recruiting professionals of all types with diverse perspectives, worldviews, skills, languages, and cultural backgrounds and expertise

- The Department should work with subject matter experts to ensure that the lexicon used within public statements is clear, precise and does not play into the hands of the extremists



# Recommendations

- Broader avenues of dialogue with the Muslim community should be identified and pursued by the Department to foster mutual respect and understanding, and ultimately trust

- Local communities should take the lead on developing and implementing Muslim outreach programs.  DHS should encourage such outreach efforts and facilitate the sharing of best practices

- The Secretary should work directly with state, local, and community leaders to educate them on the threat of radicalization, the necessity of taking preventative action at the local level, and to facilitate the sharing of other nation's and communities' best practices



9

# Recommendations

- The Department should move immediately to implement the recommendations contained in earlier HSAC reports on information sharing, including:

  – resolving issues such as classification of information; and

  – ensuring that appropriate resources and standards are in place to ensure consistency and adequacy in analytical training and capabilities in fusion centers around the country

- The Department should develop and immediate implement, in concert with the Department of Justice and state and local corrections officials, a program to address prisoner radicalization and post-sentence reintegration



10

# Recommendations

- The Department must use all avenues of international cooperation and instruments of statecraft to boost existing and form new partnerships to foster and maintain a global network that permits, among other things, robust intelligence and information sharing

- The Department should partner with the media and educational institutions to engage the public in prevention and response efforts –developing consistent, accurate, realistic, persuasive and actionable messages as well as evidence-based strategies for communicating
the same

- Consider naming the Secretary of Homeland Security to the National Security Council in order to fully integrate national security with homeland security



11

# Task Force Members

- Lee Hamilton, Director, Woodrow Wilson International Center for Scholars (*Task Force Chair*)
- Frank Cilluffo, Associate Vice President for Homeland Security, GWU *(Task Force Vice-Chair)*
- Kathleen Bader, Textron Inc., Board Member
- Elliott Broidy, Chairman and CEO, Broidy Capital Management
- Dr. Roxy Cohen-Silver, Professor of Psychology, UC Irvine
- Dr. Ruth David, President and CEO, ANSER
- James Dunlap, President, Dunlap Consulting (Former OK State Senator)
- Thomas Foley, Partner, Akin, Gump, Strauss, Hauer, Feld LLP
- Steve Gross, President, BiNational Logistics LLC
- Glenda Hood, Chairman, Glenda Hood Consulting (Former Secretary of State, State of Florida)



12

# Task Force Members

- Don Knabe, LA County Board of Supervisors
- John Magaw, Former Under Secretary for Security, US DOT
- Patrick McCrory, Mayor, Charlotte, North Carolina
- Bill Parrish, Associate Professor, Homeland Security and Emergency Planning, VCU
- Mitt Romney, Former Governor, Commonwealth of Massachusetts
- Jack Skolds, President, Exelon Energy Delivery and Exelon Generation
- Dr. Lydia Thomas, President and CEO, Mitretek Systems Inc.
- Houston Williams, Chairman and CEO, Pacific Network Supply Inc.
- Allan Zenowitz, Former Executive Officer, FEMA
- Judge William Webster, Partner, Milbank, Tweed, Hadley & McCloy, LLP *(HSAC Chair)*
- James Schlesinger, Chairman, Board of Trustees, The MITRE Corporation *(HSAC Vice-Chair)*



13

# Subject Matter Experts

- Javed Ali, Senior Intelligence Officer, DHS
- Sheriff Lee Baca, Los Angeles County, California
- Randy Beardsworth, Assistant Secretary for Strategic Plans
- Gina Bennett, Deputy National Intelligence Officer, Transnational Threats, Office of the Director of National Intelligence
- Chief William Bratton, Los Angeles Police Department
- Frank Buckley, Co-Anchor, KTLA Prime News, Los Angeles, California
- Sharon Cardash, Associate Director for Research and Education, Homeland Security Policy Institute, The George Washington University
- Sheriff Michael Carona, Orange County, California
- Joel Cohen, Intelligence Liaison Officer, California, Department of Homeland Security
- Ambassador Henry Crumpton, Coordinator for Counterterrorism, Department of State
- Derek Dokter, Counselor, Ministry of the Interior and Kingdom Relations, Royal Embassy of the Netherlands



# Subject Matter Experts

- Steve Emerson, Executive Director, The Investigative Project on Terrorism
- Eric Fagerholm, Acting Assistant Secretary for Strategic Plans, DHS
- Richard Gerding, Counselor for Police and Judicial Affairs, Royal Embassy of the Netherlands
- Jim Guirard, TrueSpeak Institute
- Chris Hamilton, Senior Fellow, Counterterrorism Studies, The Washington Institute for Near East Policy
- Chief Jack Harris, Phoenix Policy Department
- Brian Michael Jenkins, Senior Advisory to the President, Rand Corporation
- Brigadier General Yosef Kuperwasser, CST International
- Dr. Harvey Kushner, Chairman, Department of Criminal Justice, Long Island University
- Jan Lane, Deputy Director, Homeland Security Policy Institute, The George Washington University
- Tony Lord, First Secretary, Justice and Home Affairs, British Embassy



15

# Subject Matter Experts

- David Low, National Intelligence Officer, Transnational Threats, Office of the Director of National Intelligence
- Simon Mustard, Counter Terrorism and Strategic Threats, Foreign and Security Policy Group, British Embassy
- Dr. Walid Phares, Senior Fellow, Foundation for Defense of Democracies
- Dennis Pluchinsky, George Mason University
- Peter Probst, Consultant
- Mark Randol, Director of Counterterrorism Plans, DHS
- Ambassador Dennis Richardson, Australian Embassy
- Dr. Joshua Sinai, Program Manager, The Analysis Corporation
- Robert Spencer, Director – Jihad Watch
- Dan Sutherland, Office of Civil Liberties and Civil Rights, DHS
- Major General Israel Ziv, CST International



16

# EXHIBIT 2

**Resent-From:** "bradley.hope@wsj.com"
<bradley.hope@wsj.com.shkkpgtplohfnki.mesvr.com>
**From:** "Hope, Bradley" <bradley.hope@wsj.com>
**Date:** February 28, 2018 at 3:56:03 AM PST
**To:**
**Subject: Deadline Request - Wall Street Journal - Jho Low**
**Reply-To:** "Hope, Bradley" <bradley.hope@wsj.com>

Dear Elliott,

We are planning to publish this morning a story about how you and your wife struck a deal

with Jho Low to help lobby the Trump administration to drop their civil cases and criminal investigation of him, and to drop the overall 1MDB case from the DOJ agenda.

We have confirmed the validity of leaked e-mails from your office that detailed the arrangements, including:

* Discussions with Jho Low and intermediaries picked up in March, 2017
* An earlier contract included an $8 million "non-refundable retainer" and a $75 million success fee. In subsequent contracts, the terms were modified
* Those funds, the documents say, would be paid by Pras Michel on Jho Low's behalf
* Nickie Lum Davis was involved as an intermediary in the discussions
* The work was to help convince DOJ to not pursue the 1MDB case and related asset forfeiture
* You personally drafted talking points for discussions with the White House to encourage President Trump to not pursue the 1MDB case because "the involvement of US prosecutors has casued unnecessary tension" and that "no American has been harmed by any 1MDB transaction"
* The talking points also give the indication that Malaysia has helped with North Korea and counterterrorism as reasons why DOJ shouldn't pursue the case
* Other e-mails refer to Rick Gates meeting PM Najib, including talking points provided by you
* The talking points for Rick Gates included these lines: "We are working with the DoJ to counter the previous Administration's case against 1MDB in Malaysia" and "I have put a strategy in place to contact parties both at the DOJ and NSC to find a resolution to this issue"
* It also says that President Trump "very much wants to see you re-elected and wants this issue to be resolved," referring to the 1MDB issue
* It also says that helpful to the cause of getting DOJ to drop 1MDB is the appointment of several people at DOJ who are Trump appointees, including Associate Attorney General Rachel Brand and John Demers in the National Security Division
* The documents refer to consulting work you and Robin were also preparing for Ng Lap Seng, of Macau, who is under investigation in the U.S for bribery, money laundering and other charges

Questions from us:

What are the agreements between Colfax Law and Jho Low, Pras Michel and Ng Lap Seng?
How did the arrangements come about?
Who in the U.S. government have you or anyone affiliated with Colfax Law lobbied related to these cases?
What conversations have you had with President Trump about Malaysia and the 1MDB case?
Have you filed any paperwork with FARA?
What is the role of Rick Gates in these projects?
Who else is involved in these projects?
What interactions have you or anyone affiliated with Colfax Law had with the Malaysian government of officials?

We'd also welcome a general statement on the work of yourself and Colfax law on behalf of Jho Low.

Our story could be published online very early today. Please let us know as soon as possible if you intend to comment.

Regards,

Bradley

--
Bradley Hope
Reporter – Money & Investing
WALL STREET JOURNAL.
1 London Bridge Street, London SE1 9GF
Office: +44 (0) 20 7842 9208; Mobile: +44 7584 600 950
bradley.hope@wsj.com