

**FILED**
CLERK, U.S. DISTRICT COURT

4/3/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ER___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Broidy Capital Management, LLC et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:18-cv-02421-JFW-Ex |
| v. | |
| State of Qatar et al | **RECEIPT FOR FOREIGN SERVICE FROM UNITED STATES POST OFFICE RE COMPLAINT** |
| DEFENDANT(S). | |

### (ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)


