**BOIES SCHILLER FLEXNER LLP**
Travis LeBlanc, SBN 251097
  tleblanc@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, California 94301
Phone: (650) 445-6400 /Fax: (650) 329-8507

David K. Willingham, SBN 198874
  dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone:  (212) 446-2300 /Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone:  (202) 237-2727 /Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-CV-02421-JFW-(Ex)<br><br>The Honorable John F. Walter<br><br>**SUPPLEMENTAL DECLARATION OF LEE WOLOSKY IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS; (2) ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; AND (3) ORDER GRANTING EXPEDITED DISCOVERY** |

Case No. 2:18-CV-02421
DECLARATION OF LEE WOLOSKY

# DECLARATION OF LEE WOLOSKY

I, Lee Wolosky, hereby declare as follows:

1. I am a Partner at the law firm of Boies Schiller Flexner LLP. I represent the Plaintiffs in this action.

2. Shortly after receiving the opposition brief, my partner Amy L. Neuhardt and I spoke by teleconference with counsel for Defendant State of Qatar.

3. In order to promote judicial efficiency and avoid unnecessary motion practice, I offered to counsel for the State of Qatar on that teleconference to stay consideration of Plaintiffs' Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction as against Defendant State of Qatar until such time as the jurisdictional issues raised by the State of Qatar could be resolved through a motion to dismiss.

4. In exchange, I asked the State of Qatar to (a) drop its opposition to expedited discovery against Defendants Stonington and Muzin and/or to explain the basis for the objection with greater particularity, including through reference to supporting legal authority, and (b) to provide a representation from counsel that unauthorized access to Plaintiffs' electronic data by the State of Qatar was not ongoing. A true and correct copy of an email sent by my partner, Amy Neuhardt, recording that offer in writing is attached herewith as Exhibit 1. A true and correct copy of the proposed joint stipulation attached to that email is attached herewith as Exhibit 2.

5. As of the time of the current filing, counsel for the State of Qatar had not accepted this offer. A true and correct copy of an email from counsel to the State of Qatar to me as of 11:01 pm on April 3, 2018 to this effect is attached herewith as Exhibit 3.

6. Since Plaintiffs filed its Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction, Plaintiffs and I have

Case No. 2:18-CV-02421
DECLARATION OF LEE WOLOSKY

continued to receive urgent requests for comment by news organizations relating to electronic materials stolen from Plaintiffs. True and correct copies of emails from Newsweek containing such requests are attached hereto as Exhibits 4 and 5.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2018

                                               __/s/ Lee S. Wolosky_____
                                               Lee Wolosky