# EXHIBIT 1

**Redacted: Attorney Client Communication**

**From:** Amy Neuhardt
**Sent:** Tuesday, April 3, 2018 9:05 PM
**To:** 'mkamin@cov.com' <mkamin@cov.com>
**Cc:** Lee Wolosky <lwolosky@BSFLLP.com>
**Subject:** Stipulation re TRO DRAFT v3

Mitch – Please see the attached proposed joint stipulation with respect to the TRO and Preliminary Injunction motions against Defendant State of Qatar. (Pardon formatting issues with the signature blocks, which I am in the process of getting fixed, assuming the content is ok with you).

With respect to the motion for expedited discovery against Defendants Stonington and Muzin, we will consider further limiting discovery if you articulate a basis for doing so and provide case law supporting any such basis.

In addition, as discussed, we would like a representation from you that you are permitted to represent on behalf of your client that neither the State of Qatar nor anyone acting directly or indirectly on its behalf:
   a. is presently participating directly or indirectly in accessing Plaintiffs' electronic information or data; or
   b. is presently disseminating directly or indirectly any documents, information or data from Plaintiffs' electronic or hard copy files to the media.

Finally, if we are unable to reach agreement with respect to these matters, you have acknowledged that you have actual notice of our moving papers and it will not be necessary to provide further service of those documents.

We would like to file this stipulation tonight if possible and are available to discuss it. I can be reached at 202-274-1137 or 917-913-5164. Lee can be reached on his cell at 301-728-6981.

# EXHIBIT 2

DRAFT 4/3/2018

**BOIES SCHILLER FLEXNER LLP**
Travis LeBlanc, SBN 251097
  tleblanc@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, California 94301
Phone: (650) 445-6400 /Fax: (650) 329-8507

David K. Willingham, SBN 198874
  dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice pending*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone:  (212) 446-2300 /Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice pending*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone:  (202) 237-2727 /Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10,<br><br>Defendants. | Case No.  2:18-CV-02421-JFW-(Ex)<br><br>The Honorable John F. Walter<br><br>**JOINT STIPULATION WITH DEFENDANT STATE OF QATAR AND PROPOSED ORDER REGARDING TEMPORARY RESTRAINING ORDER, ORDER GRANTING EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

WHEREAS, on April 2, 2018, Plaintiffs Broidy Capital Management LLC, Elliott Broidy, and Robin Rosenzweig ("Plaintiffs") moved this Court for a

temporary restraining order and order to show cause for preliminary injunction against all defendants and for expedited discovery against defendants Stonington Strategies LLC and Nicolas D. Muzin; and

WHEREAS, on April 3, 2018, counsel for Plaintiffs and Defendant State of Qatar conferred regarding these motions;

IT IS HEREBY STIPULATED AND AGREED that, subject only to any subsequent court order overriding this Stipulation:

(1) Plaintiffs' motion for a temporary restraining order and order to show cause for preliminary injunction is stayed without prejudice as to Defendant State of Qatar until such time as this Court has resolved any issues regarding subject matter jurisdiction that the State of Qatar wishes to raise in a timely filed motion to dismiss;

(2) Plaintiffs' motion for expedited discovery to Defendants' Stonington Stonington Strategies LLC and Nicolas D. Muzin seeks discovery only from May 1, 2017 to the present,

IT IS FURTHER STIPULATED AND AGREED that signatures obtained via facsimile or PDF shall have the same force and effect as original signatures.

Dated: April __, 2018

| BOIES SCHILLER FLEXNER LLP | COVINGTON & BURLINGTON LLP |
|---|---|
| By: _____ | By: _____ |
| Lee Wolosky (*pro hac vice*) | Mitchell A. Kamin (Bar No. 202788) |
| 575 Lexington Ave, 7th Floor | 1999 Avenue of the Stars |
| New York, NY 10022 | Suite 3500 |
| 1909 K Street, NW | Los Angeles, CA 90067 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant State of Qatar* |

-2-
[PROPOSED] TEMPORARY RESTRAINING ORDER, ORDER GRANTING EXPEDITED DISCOVERY, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

1  SO ORDERED:

2

3

4  _____

5  The Hon. John F. Walter
   United States District Judge

6

7  April __, 2018

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
[PROPOSED] TEMPORARY RESTRAINING ORDER, ORDER GRANTING EXPEDITED DISCOVERY,
ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

# EXHIBIT 3

**Redacted: Attorney Client Communication**

-----Original Message-----
From: Kamin, Mitchell A [MKamin@cov.com]
Sent: Tuesday, April 03, 2018 11:01 PM Eastern Standard Time
To: Lee Wolosky
Cc: Amy Neuhardt
Subject: Re: Stipulation re TRO DRAFT v3

Lee -

I do not yet have my client's response to your proposal. I will reach back out as soon as I do.

Best, Mitch

Mitch Kamin
Covington & Burling
424-332-4759
mkamin@cov.com

> On Apr 3, 2018, at 7:29 PM, Lee Wolosky <lwolosky@BSFLLP.com> wrote:
>
> Mitch - would be grateful for an update of where you are with this. We are hoping to file a stip or reply shortly. Lee
>
> Amb. Lee S. Wolosky
> Partner
> Boies, Schiller & Flexner LLP
> 575 Lexington Avenue
> New York, New York 10022
> 212-446-2300 (tel)
> 212-446-2350 (fax)
> www.bsfllp.com
> _____
> From: Amy Neuhardt
> Sent: Tuesday, April 03, 2018 9:05 PM
> To: mkamin@cov.com
> Cc: Lee Wolosky
> Subject: Stipulation re TRO DRAFT v3

>
> Mitch – Please see the attached proposed joint stipulation with respect to the TRO and Preliminary Injunction motions against Defendant State of Qatar. (Pardon formatting issues with the signature blocks, which I am in the process of getting fixed, assuming the content is ok with you).
>
> With respect to the motion for expedited discovery against Defendants Stonington and Muzin, we will consider further limiting discovery if you articulate a basis for doing so and provide case law supporting any such basis.
>
> In addition, as discussed, we would like a representation from you that you are permitted to represent on behalf of your client that neither the State of Qatar nor anyone acting directly or indirectly on its behalf:
>
> a. is presently participating directly or indirectly in accessing Plaintiffs' electronic information or data; or
>
> b. is presently disseminating directly or indirectly any documents, information or data from Plaintiffs' electronic or hard copy files to the media.
>
> Finally, if we are unable to reach agreement with respect to these matters, you have acknowledged that you have actual notice of our moving papers and it will not be necessary to provide further service of those documents.
>
> We would like to file this stipulation tonight if possible and are available to discuss it. I can be reached at 202-274-1137 or 917-913-5164. Lee can be reached on his cell at 301-728-6981.
>
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
>

# EXHIBIT 4

**Redacted: Attorney Client Communication**

From: Graham Lanktree [g.lanktree@newsweek.com]
Sent: Tuesday, April 03, 2018 11:01 AM
To: stan.manning@circinus-llc.com; Elliott Broidy; Lee Wolosky
Cc: Brian Walsh
Subject: Urgent Media Request — Newsweek

Dear Mr. Broidy, Manning, and Wolosky,

I'm a reporter with Newsweek and have a few questions for Mr. Broidy and Circinus about the company's lobbying of Vice President Mike Pence and the awarding of a $700K contract to your company by the Defense Security Service last year.

Early last August Circinus registered as a lobbyist and began spending $80,000 lobbying the Vice President's office for "opportunities for government contracts," according to the government's lobbying database. In September 2017 Circinus LLC then received<https://protect-us.mimecast.com/s/IwGJCG6QRlcWD69Wskx-Sm> its first major ($700k) contract from the Defense Security Service.

These facts have raised a couple questions that I'm hoping you can help me answer.

Questions:

1. Could you please confirm the exact date Circinus was awarded the contract?

2. Was Circinus's lobbying of the Office of the Vice President disclosed to the Defense Security Service prior to the contract being awarded?

3. What shape did Circinus's lobbying efforts take? Was it a series of meetings with the VP and/or his staff?

4. Was making a disclosure about this lobbying part of the contract solicitation and award process? Was it a requirement of that process?

5. In November 2017 Mr. Broidy donated $5,000 to VP Pence's Great America Committee. Was this contribution made as part of Circinus's lobbying efforts?

6. Has Mr. Broidy or Circinus been lobbying the White House, President Donald Trump, or VP Pence on behalf of any foreign states or entities? Did he or Circinus conduct any lobbying work during the Obama administration? If so, did Mr. Broidy or a representative

of Circinus registered under the Foreign Agents Registration Act (FARA)?

It would be great to hear back from you as soon as possible. Written, on the record statements are preferred.

Thank you for your assistance,

Graham Lanktree | Staff Writer
Newsweek International
Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ

t | +44 (0)020 7718 8587
m | +44 (0)7522 122 775 <tel:+44%7540%892376>
tw | <https://protect-us.mimecast.com/s/ffjXCJ678ocp6VopHOVcGj> @g_lanktree<https://protect-us.mimecast.com/s/6_FpCKr58pc8X6k8fo6-oT>


[http://d.europe.newsweek.com/en/full/67862/newsweek-logo-email-signature.jpg]<https://protect-us.mimecast.com/s/R-pKCL95ZqcNG72NCKTB45>

# EXHIBIT 5

**Redacted: Attorney Client Communication**

**From:** Graham Lanktree <g.lanktree@newsweek.com>
**Date:** Tuesday, April 3, 2018 at 11:46 AM
**To:** Brian Walsh <brian@rokksolutions.com>
**Subject:** Re: Urgent Media Request — Newsweek

Hi Brian,

It would be great if you could speak with others at Circinus who have a handle on this. Yes, I've detailed those points and then posed specific questions about them. I'm not alleging anything against Mr. Broidy but following up on questions raised by transparency and ethics groups about the contract and other matters. Over the past year Mr. Broidy has spent $460K on campaign contributions to Republicans and the GOP—a large increase over previous years. In combination with the leaked emails the contract has raised questions with these groups.

The Center for Responsive Politics told me: "The fact that Broidy has shown an apparent willingness to use his position in executive/congressional circles (as evidenced by these emails) coupled with the renewed boost of contributions this year, the lobbying expenditures and the new government contract should raise legitimate pay to play concerns here."

Citizens for Responsibility and Ethics in Washington said: "The apparent timing of Fidelis' lobbying activities on behalf of Circinus and the contract award date suggests that lobbying activities may have influenced the government's decision to award Circinus a $708,138 non-competitive contract." I've included questions about the contract.

CREW also responded to reports alleging Mr. Broidy has conducted lobbying work: "The published reports raise concerns under the Foreign Agents Registration Act and campaign finance laws. If true, there are serious questions that need to be addressed

as to why Mr. Broidy did not register as a foreign agent as he appears to have entered into an agreement for compensation in June 2014, with a state-owned Russian bank to act as a political consultant."

They raise similar concerns with respect to the published reports about Mr. Broidy's UAE-related activities. "If true, the published reports appear to provide credible evidence that would merit a DOJ investigation into potential FARA violations."

Please let me know if you will be able to respond to my questions. It would be great to have a response by tomorrow.

Thanks for your help,

Graham


**Graham Lanktree | Staff Writer**
**Newsweek International**
**Floor 24, 25 Canada Square, Canary Wharf, London, E14 5LQ**

t | +44 (0)020 7718 8587
m | +44 (0)7522 122 775
tw | @g_lanktree

2