**BOIES SCHILLER FLEXNER LLP**

Travis LeBlanc, SBN 251097
 tleblanc@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, California 94301
Phone: (650) 445-6400 /Fax: (650) 329-8507

David K. Willingham, SBN 198874
 dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
 lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
 rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone: (212) 446-2300 /Fax: (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
 aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone: (202) 237-2727 /Fax: (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG,<br><br>   Plaintiffs,<br><br>   v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10,<br><br>   Defendants. | Case No. 2:18-CV-02421-JFW-(Ex)<br><br>**DECLARATION OF SAMUEL MILLER KLEINER IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS; (2) ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; AND (3) ORDER GRANTING EXPEDITED DISCOVERY** |

# DECLARATION OF SAMUEL MILLER KLEINER

I, Samuel Miller Kleiner, hereby declare as follows:

1. I am an associate in the New York City of the law firm of Boies Schiller Flexner LLP ("BSF").

2. On April 2, 2018, I prepared documents to serve the State of Qatar in accordance with the requirements of 28 U.S.C. § 1608(a)(3). The documents included both Arabic and English copies of Plaintiffs' complaint, a summons for the State of Qatar, and a notice of suit prepared in conformance with the relevant regulations. The documents were accompanied by a certificate of translation and a copy of the Foreign Sovereign Immunities Act.

3. On April 3, 2018, an associate in BSF's Los Angeles office informed me that the documents to serve the State of Qatar had been presented to the Clerk's Office in the United States District Court for the Central District of California.

4. On the same day, I confirmed that representation. Specifically, I spoke by telephone with an employee in the office of the Clerk of Court, Eddie Ramirez, who confirmed that the package to serve the State of Qatar had been received.

5. Mr. Ramirez further stated that when the package is dispatched to the State of Qatar, the Clerk's Office will make a notation in the docket for this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2018

Samuel M. Kleiner

-1-

Case No. 2:18-CV-02421
DECLARATION OF SAMUEL KLEINER