**BOIES SCHILLER FLEXNER LLP**
Travis LeBlanc, SBN 251097
  tleblanc@bsfllp.com
435 Tasso Street, Suite 205
Palo Alto, California 94301
Phone: (650) 445-6400 /Fax: (650) 329-8507

David K. Willingham, SBN 198874
  dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone:  (212) 446-2300 /Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone:  (202) 237-2727 /Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG, <br><br>Plaintiffs, <br><br>v. <br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10, <br><br>Defendants. | Case No. 2:18-CV-02421-JFW-(Ex) <br><br>The Honorable John F. Walter <br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

## DECLARATION OF LEE WOLOSKY

I, Lee Wolosky, hereby declare as follows:

1. I am a Partner at the law firm of Boies Schiller Flexner LLP. I represent the Plaintiffs in this action.

2. I am Lead Trial Counsel for Plaintiffs in this case.

3. I am registered as an ECF user in the Central District of California and my email address of record is lwolosky@bsfllp.com

4. I consent to electronic service and receipt of filed documents by electronic means.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 4, 2018

      __/s/ Lee S. Wolosky_____
      Lee Wolosky

Case No. 2:18-CV-02421
DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC SERVICE

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2016, the foregoing **Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing** was filed electronically with the Court using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  April 4, 2018

__/s/ Lee S. Wolosky_____
Lee Wolosky