COVINGTON & BURLING LLP
Mitchell A. Kamin (Bar No. 202788)
  mkamin@cov.com
Neema T. Sahni (Bar No. 274240)
  nsashni@cov.com
Mark Y. Chen (Bar No. 310450)
  mychen@cov.com
Rebecca G. Van Tassell (Bar No. 310909)
  rvantassell@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

*Attorneys for Defendant State of Qatar*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10,<br><br>Defendants. | Civil Case No.:<br><br>2:18-CV-02421-JFW<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Judge:   Hon. John F. Walter |

## **DECLARATION OF MITCHELL A. KAMIN**

I, Mitchell A. Kamin, hereby declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP. I represent the Defendant State of Qatar in this action, and I hereby submit this declaration in accordance with section 3(a) of Judge John F. Walter's Standing Order.

2. I am Lead Trial Counsel for Defendant State of Qatar in this case.

3. I am registered as an ECF user in the Central District of California, and my email address of record is mkamin@cov.com.

4. I consent to electronic service and receipt of filed documents by electronic means.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 11, 2018

COVINGTON & BURLING LLP

By: /s/ Mitchell A. Kamin

Mitchell A. Kamin

Attorneys for Defendants
State of Qatar