1  **LECLAIRRYAN LLP**
   Brian C. Vanderhoof, SBN 248511
2    Brian.Vanderhoof@leclairryan.com
   725 S. Figueroa Street, Ste. 350
3  Los Angeles, CA  90017
   Phone: (213) 337-3247 / Fax: (213) 624-3755
4
   **WILEY REIN LLP**
5  Stephen J. Obermeier (*pro hac vice to be filed*)
     sobermeier@wileyrein.com
6  Phone: (202) 719-7465 / Fax: (202) 719-7049
7  Matthew J. Gardner, SBN 257556
     mgardner@wileyrein.com
8  Phone: (202) 719-4108 / Fax: (202) 719-7049
9  Rebecca J. Fiebig (*pro hac vice to be filed*)
     rfiebig@wileyrein.com
10 Phone: (202) 719-3206 /  Fax: (202) 719-7049
11 1776 K Street NW
   Washington, DC 20006
12
   *Attorneys for Defendants*
13 *Stonington Strategies LLC and Nicolas D.*
   *Muzin*
14

15              **UNITED STATES DISTRICT COURT**

16             **CENTRAL DISTRICT OF CALIFORNIA**

17          **WESTERN DIVISION AT LOS ANGELES**

18 BROIDY CAPITAL MANAGEMENT LLC,   | Case No. 2:18-CV-02421-JFW-E
   ELLIOTT BROIDY, and ROBIN
19 ROZENWEIG                         | Assigned to Hon. John F. Walter and
                                     | Magistrate Judge Charles F. Eick
20              Plaintiffs,
                                     | **STIPULATION TO EXTEND**
21      v.                           | **TIME TO RESPOND TO**
                                     | **COMPLAINT**
22 STATE OF QATAR, STONINGTON
   STRATEGIES LLC, NICOLAS D. MUZIN, | **Complaint Served:  March 29, 2018**
23 and DOES 1-10                     | **Current Response Date: April 19,**
                                     | **2018; May 2, 2018**
24              Defendants.          | **New Response Date: June 8, 2018**

25
                                     | Complaint Filed: March 26, 2018
26                                   | Rule 26 Report Due: May 21, 2018
                                     | Scheduling Conference: June 4, 2018
27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1    This stipulation is entered into by and between, Plaintiffs BROIDY CAPITAL

2  MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROZENWEIG

3  ("Plaintiffs"), and Defendants STONINGTON STRATEGIES LLC, and NICOLAS

4  D. MUZIN ("Defendants"),[1] by and through their respective counsel, as follows:

5    **WHEREAS**, Plaintiffs filed the Complaint on March 26, 2018 (Dkt. 1);

6    **WHEREAS**, Plaintiffs served the Complaint on Defendant Stonington

7  Strategies on March 29, 2018 (Dkt. 31-9);

8    **WHEREAS**, Plaintiffs served the Complaint on Defendant State of Qatar on

9  April 3, 2018 (Dkt. 33);

10    **WHEREAS**, Plaintiffs served the Complaint on Defendant Nicolas Muzin on

11  April 11, 2018;

12    **WHEREAS**, the current responsive pleading due date for Defendant

13  Stonington is April 19, 2018;

14    **WHEREAS**, the current responsive pleading due date for Defendant Muzin is

15  May 2, 2018;

16    **WHEREAS**, Plaintiffs contend that the current responsive pleading due date

17  for Defendant State of Qatar is June 8, 2018;

18    **WHEREAS**, Defendants Stonington and Muzin are represented by the same

19  counsel and share common interests and defenses;

20    **WHEREAS**, Plaintiffs and Defendants Stonington and Muzin have conferred

21  through counsel and have agreed it would be in the interest of fundamental fairness

22  and judicial economy for all Defendants to have their responses to the Complaint due

23  on the same day;

24    **WHEREAS**, Plaintiffs and Defendants Stonington and Muzin have conferred

25  through counsel and have agreed to extend the time for Defendants Stonington and

26

27  [1] Counsel's appearance and filing of the joint stipulation prior to filing a motion to
dismiss should not be construed as a waiver of any objection to personal jurisdiction

28  or consent to jurisdiction on the part of Defendants.

Case No. 2:18-CV-02421-JFW-E
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1   Muzin to respond to the Complaint such that Defendants Stonington and Muzin will

2   file a joint responsive pleading on or before June 8, 2018;

3          **WHEREAS**, the new response deadline for Defendants Stonington and Muzin

4   would be beyond the 30 days that are automatically permitted under Local Rule 8-3

5   (50 days and 37 days respectively), but good cause exists to grant the extension as it

6   would promote fundamental fairness and judicial economy for all Defendants to have

7   their responses to the Complaint due on the same day;

8          **WHEREAS**, no other requests for extension have been made or granted;

9          **WHEREAS**, Plaintiffs and Defendants Stonington and Muzin through their

10  respective counsel hereby agree as follows:

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     IT IS HEREBY STIPULATED AND AGREED THAT:

2     1. The time for Defendant STONINGTON STRATEGIES, LLC to respond to

3     Plaintiffs' Complaint is extended by 50 days, or up to and including June 8,

4     2018.

5     2. The time for Defendant NICOLAS D. MUZIN to respond to Plaintiffs'

6     Complaint is extended by 37 days, or up to and including June 8, 2018.

7

8     DATED:  April 17, 2018                    Respectfully submitted,

9                                               WILEY REIN LLP

10                                              LECLAIRRYAN LLP

11

12                                              By:  *s/ Brian C. Vanderhoof*
                                                     Brian C. Vanderhoof

13                                              *Attorneys for Defendants Stonington*
                                                *Strategies LLC and Nicolas D.*
14                                              *Muzin*

15

16    DATED:  April 17, 2018                    BOIES SCHILLER FLEXNER LLP

                                                By: *s/ Amy Neuhardt*
17                                                   Amy Neuhardt

18                                              *Attorneys for Plaintiffs Broidy*
                                                *Capital Management LLC, Elliott*
19                                              *Broidy, and Robin Rozenweig*

20

21

22

23

24

25

26

27

28