# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROZENWEIG<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10<br><br>Defendants. | Case No. 2:18-CV-02421-JFW-E<br><br>Assigned to Hon. John F. Walter and Magistrate Judge Charles F. Eick<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Complaint Served: March 29, 2018**<br>**Current Response Date: April 19, 2018, May 2, 2018**<br>**New Response Date: June 8, 2018**<br><br>Complaint Filed: March 26, 2018<br>Rule 26 Report Due: May 21, 2018<br>Scheduling Conference: June 4, 2018 |

Presently before the Court is Plaintiffs' and Defendants Stonington Strategies LLC and Nicolas D. Muzin's Joint Stipulation to extend the time for Defendants Stonington Strategies LLC and Nicolas D. Muzin to respond to the Complaint. After being advised of the status of the case and good cause appearing, the Joint Stipulation is **GRANTED**.

///

1   **IT IS HEREBY ORDERED**:

2   Defendants Stonington Strategies LLC and Nicolas D. Muzin shall have up to
3   and including June 8, 2018 to answer or otherwise respond to the Complaint.

4
5   **IT IS SO ORDERED.**

6   Dated:  April 19, 2018

7   _____
    Hon. John F. Walter
8   United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -                Case No. 2:18-CV-02421-JFW-E
ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT