NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-CV-02421-JFW-(Ex)<br><br>The Honorable John F. Walter<br><br>**ORDER ON STIPULATION TO SCHEDULE FOR FILING AMENDED COMPLAINT AND MOTION TO DISMISS AND ORDER STAYING DISCOVERY**<br>_____ |

Presently before the Court is Plaintiffs' and Defendants' Proposed Order on Stipulation to Schedule for Filing Amended Complaint and Motion to Dismiss and Proposed Order Staying Discovery. The Proposed Orders are **GRANTED.**

**IT IS HEREBY ORDERED:**

1. Plaintiffs will file their Amended Complaint on May 24, 2018.
2. Defendants' response to the Amended Complaint will be filed no later than 60 days following May 24, 2018. If any Defendant files a motion to dismiss, it will be noticed for a hearing date 35 days after the filing of the motion to dismiss. Any opposition to any such motion will be filed no later than 21 days before the hearing date, with any replies filed no later than 14 days before the hearing date.

3. A limited discovery stay shall be ordered through and including June 4, 2018. Discovery may proceed, specifically including discovery of Joseph Allaham, but may not proceed against the following:
   a. Any and all parties, including employees of any party;
   b. Any and all non-parties that are registered agents of the State of Qatar and have filed registration statements with the Department of Justice as required by the Foreign Agents Registration Act as of the date discovery was served on such parties.
   c. Any and all non-parties employed or engaged by the State of Qatar to advise or assist in diplomatic or sovereign functions where such parties or the materials in their possession may be subject to a claim of privilege or non-disclosure under the Vienna Convention on Diplomatic Relations Article 24 or the Vienna Convention on Consular Relations Article 33 or Article 61.
4. Subject to any further stays granted by this Court, the parties and non-parties described in paragraph 3 that have already been served with discovery or subpoenas shall be required to respond no later than July 2, 2018, with subpoena objections due on June 18, 2018, and Plaintiffs shall notify the non-parties of the change in response date.
5. Any motions for a further stay of discovery may be filed on or after June 4, 2018, with any oppositions to be filed 7 days thereafter, and any replies filed no later than 7 days after the filing of any such opposition.
6. The Scheduling Conference currently set for June 4, 2018 shall be adjourned and set for August 6, 2018. Counsel shall file the joint report on or before July 23, 2018.

**IT IS SO ORDERED.**

Dated: May 7, 2018

John F. Walter
United States District Judge

-5-