| | |
|---|---|
| 1 | ALLAN E. ANDERSON (SBN 133672) |
| | **ARENT FOX LLP** |
| 2 | 555 West Fifth Street, 48th Floor |
| | Los Angeles, CA  90013-1065 |
| 3 | Telephone:  213.629.7400 |
| | Facsimile:   213.629.7401 |
| 4 | Email:        Allan.Anderson@arentfox.com |

CRAIG ENGLE
**ARENT FOX LLP**
1717 K Street NW
Washington, D.C. 20006
Telephone:  (202) 857-6000
Email:        Craig.Engle@arentfox.com

Attorneys for Joseph Allaham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF QATAR, STONINGTON STRATEGIES LLC, NICHOLAS D. MUZIN, and DOES 1-10, <br><br> Defendants. | CASE NO.  2:18-CV-02421-JFW-E <br><br> **NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM JOSEPH ALLAHAM** <br><br> [Memorandum of Points and Authorities, Declaration of Meera Chandramouli and [Proposed] Order Filed Concurrently Herewith] <br><br> Date:  July 13, 2018 <br> Time: 9:30 a.m. <br> Courtroom:  750 <br><br> **Judge:        John F. Walter** <br> **Magistrate:   Charles F. Eick** |

**PLEASE TAKE NOTICE** that on July 13, 2018, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Charles F. Eick in Courtroom 750 of the above-entitled Court, located at the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA, 90012, Courtroom 750, 7th Floor, Joseph Allaham (Allaham) will and does move for an Order to quash Plaintiffs' Subpoena for Production of Documents from Joseph Allaham.

Allaham bases this motion on this Notice of Motion and Motion; the Memorandum of Points and Authorities; the Declaration of Meera Chandramouli; and such other evidence and/or argument as may be presented to this Court at the hearing on this Motion.

Pursuant to Local Rule 37-1, Mr. Allaham makes this Motion after a conference of counsel that occurred on Tuesday, May 29, 2018. Pursuant to Local Rule 37-2, a Joint Statement will be filed concurrently with this Motion.

Dated:     June 1, 2018                **ARENT FOX LLP**

By: /s/ *Allan E. Anderson*
ALLAN E. ANDERSON
CRAIG ENGLE
Attorneys for JOSEPH ALLAHAM

- 2 -
NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM JOSEPH ALLAHAM (2:18-CV-02421-JFW-E)

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES