1    ALLAN E. ANDERSON (SBN 133672)
     **ARENT FOX LLP**
2    555 West Fifth Street, 48th Floor
     Los Angeles, CA  90013-1065
3    Telephone:  213.629.7400
     Facsimile:  213.629.7401
4    Email:        Allan.Anderson@arentfox.com

5    CRAIG ENGLE
     **ARENT FOX LLP**
6    1717 K Street NW
     Washington, D.C. 20006
7    Telephone:  (202) 857-6000
     Email:        Craig.Engle@arentfox.com

8

     Attorneys for Joseph Allaham
9

10                UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13    BROIDY CAPITAL            CASE NO.  2:18-CV-02421-JFW-E
     MANAGEMENT LLC, ELLIOTT
14    BROIDY, and ROBIN            **STATEMENT IN LIEU OF JOINT**
     ROSENZWEIG,                **STATEMENT REGARDING LOCAL**
15                           **RULE 7-3 PRE-FILING**
             Plaintiffs,         **CONFERENCE ON THIRD PARTY**
16                           **JOSEPH ALLAHAM'S INTENTION**
       v.                         **TO FILE MOTION TO QUASH**
17                           **SUBPOENA FOR THE**
     STATE OF QATAR,          **PRODUCTION OF DOCUMENTS**
18    STONINGTON STRATEGIES
     LLC, NICHOLAS D. MUZIN, and    Date:  July 13, 2018
19    DOES 1-10,               Time: 9:30 a.m.
                          Courtroom:  750
20             Defendants.

21                           **Judge:        John F. Walter**
                          **Magistrate:    Charles F. Eick**

22

23

24        In accordance with Section 5(b) of this Court's Standing Order, this is the

25 joint statement of Plaintiffs Broidy Capital Management LLC and Elliott Broidy

26 ("Plaintiffs") and Joseph Allaham, who is not a party to this case, regarding the

27 parties' pre-filing conference of counsel pursuant to Local Rule 7-3.

28

NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR PRODUCTION OF
DOCUMENTS FROM JOSEPH ALLAHAM

## I.     FACTUAL/PROCEDURAL BACKGROUND

The Local Rule 7-3 conference took place via teleconference at 5:15 PM Eastern Standard Time on Tuesday, May 29, 2018. Lee S. Wolosky of Boies Schiller Flexner LLP participated on behalf of the Plaintiffs. Meera Chandramouli of Arent Fox LLP participated on behalf of third party, Joseph Allaham. The teleconference concerned Mr. Allaham's response to Plaintiffs' subpoena for the production of documents from Mr. Allaham, dated April 23, 2018 (the "Subpoena").

Following this teleconference, on the same day, counsel for Mr. Allaham further corresponded via email with Plaintiffs' counsel regarding this issue.

## II.    MR. ALLAHAM'S AND PLAINTIFFS' POSITION ON MR. ALLAHAM'S MOTION TO QUASH THE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS FROM MR. ALLAHAM

During the May 29 teleconference, counsel for Mr. Allaham requested a reasonable extension of time to respond to the Subpoena for the production of documents from Mr. Allaham in light of (i) an agreement between counsel for Mr. Allaham and Plaintiffs' counsel to postpone Mr. Allaham's deposition from May 31, 2018 to June 22, 2018, due to Mr. Allaham's wife's expected due date to give birth; and (ii) Defendants' intention to file a motion to stay all discovery on June 4, 2018. Mr. Allaham's position is that this is the first request for an extension of time to respond, as the effective date of service of the subpoena was May 2, 2018.

Plaintiffs stated their belief that service of the Subpoena was effectuated on April 24, 2018. As a result, Plaintiffs' position is that Mr. Allaham has already been granted an extension of one week to respond to the subpoena. Plaintiffs would not consent to an extension beyond June 1, 2018.

Counsel for Mr. Allaham informed Plaintiffs' counsel that absent a reasonable extension of time to respond, Mr. Allaham would be filing a motion to quash the Subpoena in its entirety. Plaintiffs' counsel acknowledged this

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR PRODUCTION OF
DOCUMENTS FROM JOSEPH ALLAHAM (2:18-CV-02421-JFW-E)

information and stated that Plaintiffs would oppose Mr. Allaham's motion to quash the Subpoena.

On June 1, 2018, Plaintiffs' counsel stated to Mr. Allaham's counsel that Plaintiffs' counsel does not consent to filing a "Joint Statement" pursuant to Local Rule 7.3 relating to a motion that is not filed in compliance with the Federal Rules. Plaintiffs will oppose any motion made on behalf of Mr. Allaham in the issuing court (the Central District of California) rather than in the compliance court (the Southern District of New York) where such motions are required to be made pursuant to Rule 45 (and where the witness, Plaintiffs' counsel, and Mr. Allaham's counsel are located).  Plaintiffs will also oppose any such motion on substantive grounds.  Plaintiffs will also oppose Mr. Allaham's motion as being untimely and on the grounds that Mr. Allaham did not suggest a date by which he would comply with the subpoena in advance of his scheduled deposition, which was adjourned to June 22, 2018 at the request of his counsel.

Dated:     June 1, 2018          **ARENT FOX LLP**

By: */s/ Allan E. Anderson*
ALLAN E. ANDERSON
CRAIG ENGLE

Attorneys for JOSEPH ALLAHAM

Dated:     June 1, 2018          **BOIES SCHILLER FLEXNER LLP**

By: */s/ Lee S. Wolosky*
LEE S. WOLOSKY
Email: lwolosky@bsfllp.com
ROBERT J. DWYER
Email: rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Telephone +1 212-446-2300
Facsimile +1 212-446-2350

Attorneys for PLAINTIFFS

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -
NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR PRODUCTION OF
DOCUMENTS FROM JOSEPH ALLAHAM (2:18-CV-02421-JFW-E)