ALLAN E. ANDERSON (SBN 133672)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: Allan.Anderson@arentfox.com

CRAIG ENGLE
**ARENT FOX LLP**
1717 K Street NW
Washington, D.C. 20006
Telephone: (202) 857-6000
Email: Craig.Engle@arentfox.com

Attorneys for Joseph Allaham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC, ELLIOTT BROIDY, and ROBIN ROSENZWEIG,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICHOLAS D. MUZIN, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:18-CV-02421-JFW-E<br><br>**AMENDED DECLARATION OF MEERA CHANDRAMOULI IN SUPPORT OF MOTION TO QUASH SUBPOENA FOR PRODUCTION OF DOCUMENTS FROM JOSEPH ALLAHAM**<br><br>Date: July 13, 2018<br>Time: 9:30 a.m.<br>Courtroom: 750<br><br>**Judge:** John F. Walter<br>**Magistrate:** Charles F. Eick |

I, Meera Chandramouli, hereby amend my declaration in support of the motion to quash Plaintiffs' subpoena for the production of documents from Joseph Allaham by revising the content of paragraphs 7 and 8 in my declaration filed on June 1, 2018 (Docket Entry 53-2):

1. I am an attorney in good standing, licensed to practice before all of the courts in the State of New York. I am an Associate at Arent Fox LLP. I have personal knowledge of the facts contained herein, and if called and sworn as a witness herein, I could and would testify competently thereto. I make this declaration in support of Joseph Allaham's Motion to Quash Plaintiffs' Subpoena for Production of Documents from Joseph Allaham (the "Motion").

2. In accordance with the Local Rules applicable to this Court, on Tuesday, May 29, 2018, I conferred with Plaintiffs' counsel, Lee S. Wolosky of Boies Schiller Flexner LLP, via teleconference regarding Mr. Allaham's response to Plaintiffs' subpoena for the production of documents from Joseph Allaham, who is a third party in this matter, dated April 23, 2018 (the "Subpoena").

3. During the May 29 teleconference, I requested a reasonable extension of time to respond to the Subpoena in light of (i) an agreement between Plaintiffs' counsel and me to postpone Mr. Allaham's deposition from May 31, 2018 to June 22, 2018, due to Mr. Allaham's wife's expected due date to give birth; and (ii) Defendants' intention to file a motion to stay all discovery on June 4, 2018. Mr. Allaham's position is that this is the first request for an extension of time to respond to the Subpoena, as the effective date of service of the Subpoena was May 2, 2018.

4. Plaintiffs' counsel stated that since Plaintiffs believe that service of the Subpoena was effectuated on April 24, 2018, Plaintiffs would not agree to an extension of time to respond to the Subpoena beyond June 1, 2018.

5. I then informed Plaintiffs' counsel of Mr. Allaham's intention to file this Motion. Plaintiffs' counsel acknowledged this information and stated that Plaintiffs plan to oppose the Motion.

6. On Friday, June 1, 2018, in accordance with the Local Rules applicable to this Court, I sent a draft Joint Statement by email to Plaintiffs' counsel for review and signature.

7. Plaintiffs' counsel responded by email on June 1, 2018 and agreed to file a Statement pursuant to Local Rule 7.3. In the Statement, Plaintiffs' counsel objected to filing the Motion in this Court, and further stated that "Plaintiffs' counsel does not consent to filing a 'Joint Statement' pursuant to Local Rule 7.3 relating to a motion that is not filed in compliance with the Federal Rules."

I declare under penalty of perjury under the laws of the State of New York and of the United States that the foregoing is true and correct and that this declaration was executed on this 1st day of June in New York, New York.

**ARENT FOX LLP**

By: /s/ Meera Chandramouli
Meera Chandramouli
Attorney for Joseph Allaham