**LECLAIRRYAN LLP**
Brian C. Vanderhoof, CBN 248511
  Brian.Vanderhoof@leclairryan.com
725 S. Figueroa Street, Ste. 350
Los Angeles, CA 90017
Phone: (213) 337-3247 / Fax: (213) 624-3755

**WILEY REIN LLP**
Stephen J. Obermeier (*pro hac vice pending*)
  sobermeier@wileyrein.com
Phone: (202) 719-7465 / Fax: (202) 719-7049

Matthew J. Gardner, CBN 257556
  mgardner@wileyrein.com
Phone: (202) 719-4108 / Fax: (202) 719-7049

Rebecca J. Fiebig (*pro hac vice pending*)
  rfiebig@wileyrein.com
Phone: (202) 719-3206 / Fax: (202) 719-7049

1776 K Street NW
Washington, DC 20006

*Attorneys for Defendants*
*Stonington Strategies LLC and Nicolas D. Muzin*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-CV-02421-JFW-E<br><br>The Honorable John F. Walter<br><br>**NOTICE OF MOTION AND MOTION TO STAY THE CASE OR IN THE ALTERNATIVE TO STAY DISCOVERY**<br><br><br>**Hearing Date: June 25, 2018**<br>**Hearing Time: 1:30 pm**<br>**Courtroom: 7A** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Monday, June 25, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 7A of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Stonington Strategies LLC and Nicolas D. Muzin (collectively "Stonington Defendants") will and hereby do move this Court for an order staying the case, or alternatively staying discovery pending filing and resolution of the Stonington Defendants' forthcoming motion to dismiss.[1]

This motion is made following the conference of counsel discussing the contemplated motion and any potential resolution pursuant to Local Rule 7-3 on April 26, 2018, and this Court's May 7, 2018 Order (Dkt. 46). The State of Qatar, joined by the Stonington Defendants and Plaintiffs, filed a Joint Statement on May 31, 2018 (Dkt. 52) in accordance with its obligations under Judge John F. Walter's Standing Order (Dkt. 17).

The Stonington Defendants request that the Court grant their motion to stay because there is a strong likelihood that the Stonington Defendants will be dismissed from this action. As discussed fully in the accompanying Memorandum of Points and Authorities, the Court lacks personal jurisdiction over the Stonington Defendants, the Stonington Defendants are immune from suit, and Plaintiffs have failed to state a claim against the Stonington Defendants. Further, whereas the Stonington Defendants will suffer irreparable harm if discovery is allowed to proceed, Plaintiffs will suffer no harm if the case is stayed. Finally, a stay serves the public interest.

---

[1] Counsel for the Stonington Defendants specially appear for the limited purpose of moving to stay discovery until they can contest jurisdiction and otherwise move to dismiss Plaintiffs' Amended Complaint. Counsel's appearance prior to filing a motion to dismiss should not be construed as indicating consent to jurisdiction on the part of the Stonington Defendants.

1

This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the pleadings filed in this action, the records of this Court, and such other matters as may be raised before or during oral argument at the hearing on this motion.

Dated: June 4, 2018

Respectfully submitted,

WILEY REIN LLP

LECLAIRRYAN LLP

By: */s/ **Matthew J. Gardner***
Matthew J. Gardner

*Attorney for Defendants Stonington Strategies LLC and Nicolas D. Muzin*