COVINGTON & BURLING LLP
Mitchell A. Kamin (Bar No. 202788)
  mkamin@cov.com
Neema T. Sahni (Bar No. 274240)
  nsahni@cov.com
Mark Y. Chen (Bar No. 310450)
  mychen@cov.com
Rebecca G. Van Tassell (Bar No. 310909)
  rvantassell@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

*Attorneys for Defendant State of Qatar*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Civil Case No.:<br><br>2:18-CV-02421-JFW-(Ex)<br><br>**DEFENDANT STATE OF QATAR'S *EX PARTE* APPLICATION FOR EXPEDITED HEARING ON ITS MOTION TO STAY DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Amended Complaint: May 24, 2018<br>Judge: Hon. John F. Walter |

## *EX PARTE* APPLICATION

Pursuant to Local Rule 7-19, Defendant State of Qatar hereby applies *ex parte* for an order advancing by one week, to June 25, 2018, the hearing date on Qatar's concurrently-filed Motion to Stay Discovery Pending Resolution of Qatar's Motion to Dismiss.

*Ex parte* relief is warranted because, without an expedited hearing, the Court will not have an opportunity to consider and rule on the concurrently-filed Motion to Stay Discovery prior to the date on which responses to the relevant discovery are due. As explained more fully in Qatar's Motion to Stay, Plaintiffs have already served discovery requests that implicate Qatar's sovereign and consular interests and immunities, and would necessitate Qatar's involvement in intrusive and burdensome discovery before the Court has an opportunity to consider the threshold question of whether Qatar is immune from suit under the Foreign Sovereign Immunities Act. Responses to such discovery requests are currently due July 2, 2018, the earliest date on which a hearing may otherwise be set under this Court's local rules.

On June 1, 2018, counsel for Qatar notified Plaintiffs' counsel by phone and e-mail of Qatar's intention to seek an *ex parte* ruling setting an expedited hearing date on Qatar's Motion to Stay. *See* Declaration of Neema T. Sahni in Support of Defendant State of Qatar's *Ex Parte* Application for Expedited Hearing on its Motion to Stay Discovery, ¶¶ 2-4 (concurrently filed). Plaintiffs' counsel stated that it would oppose Qatar's *ex parte* application. *Id.* ¶ 5.

Dated: June 4, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ Mitchell A. Kamin
    MITCHELL A. KAMIN
*Attorneys for Defendant State of Qatar*

1

# MEMORANDUM OF POINTS AND AUTHORITIES

Shortly after filing this action, and after this Court denied their request for expedited discovery, Plaintiffs propounded broad discovery requests on Defendants Nicolas Muzin and Stonington Strategies.  Plaintiffs also served subpoenas on a number of third-party registered agents of Qatar, and others who have been employed or engaged by Qatar to advise or assist in diplomatic or sovereign functions.

On May 4, 2018, after Qatar indicated to Plaintiffs its intent to move to stay all discovery in this action, the parties stipulated to a temporary stay of discovery encompassing, *inter alia,* the discovery propounded to Muzin, Stonington and others purportedly working with Qatar, in order for Plaintiffs to amend their Complaint.  **Dkt. 45.**

Under the Court's Scheduling Order, the stay of discovery is set to expire today, *i.e.*, June 4, 2018.  **Dkt. 46.**  The Scheduling Order further provides that Qatar may file a motion for further stay of discovery on or after June 4, 2018, *id.*, which it has filed concurrently herewith.  Any opposition to such Motion to Stay is due 7 days from today, and any reply is due 7 days thereafter.  *Id.*  The Scheduling Order does not specify a date for which a hearing is to be noticed for any Motion to Stay.

Under the Scheduling Order, parties and non-parties that had already been served with discovery or subpoenas are required to respond no later than July 2, 2018, with objections due on June 18, 2018.  *Id.*  This already-served discovery falls within the universe of discovery that Qatar requests, in its concurrently-filed Motion, be subject to a complete stay pending a decision on the threshold jurisdictional issues Qatar will raise in its forthcoming motion to dismiss.

## I.   ARGUMENT

Pursuant to Local Rule 6-1, a noticed motion shall be served 28 days prior to the date of the hearing on the motion, unless the Court orders a shorter time.  By this *ex parte* application, Qatar requests that, if the Court determines a hearing is necessary on its Motion to Stay Discovery, such hearing be set for one week earlier than permitted under

the Local Rules, *i.e.*, June 25, 2018, so that the Court has an opportunity to consider the Motion prior to the date on which responses to discovery requests already served are due (July 2, 2018).

There is good cause for advancing the hearing date by one week. Plaintiffs have already served six Rule 45 *subpoenas duces tecum* to third parties who are FARA-registered agents of Qatar and other entities engaged by Qatar to advise or assist them in diplomatic or sovereign functions. These subpoenas include document requests that encompass official correspondence from the embassy of Qatar and other consular records that are "inviolable" under the Vienna Convention, as more fully explained in Qatar's Motion to Stay Discovery. Plaintiffs also served Requests for Production on Defendants Muzin and Stonington Strategies that likewise explicitly request protected material. The effect of any order staying discovery would be meaningfully reduced if the Court does not hear argument on the Motion to Stay Discovery until the very day on which discovery responses are due.

At the same time, the relief requested herein would create no prejudice for the Plaintiffs. In the normal course, opposition briefs are due 21 days prior to the hearing date, with reply papers due 14 days prior to the hearing date. L.R. 7-9, 7-10. However, in this case, the Court has already approved a stipulated briefing schedule under which Plaintiffs have 7 days to oppose the Motion to Stay, with another 7 days for Qatar to reply. **Dkt. 46**. The parties neglected to stipulate to, and the Court did not set, a specific hearing date. But Qatar has always intended to promptly move to stay discovery and to ensure expedited briefing and prompt consideration of the same before responses to already-served discovery become due. Under these circumstances, Plaintiffs will suffer no prejudice because a hearing date one week earlier than contemplated by the local rules will not impact Plaintiffs' timeline for responding to the Motion or otherwise alter the agreed-upon briefing schedule.

DEFENDANT STATE OF QATAR'S *EX PARTE* APPLICATION
FOR EXPEDITED HEARING ON ITS MOTION TO STAY DISCOVERY

## II.  CONCLUSION

For the foregoing reasons, Defendant State of Qatar respectfully requests that the Court grant this *ex parte* application to set the hearing date on its Motion to Stay Discovery for June 25, 2018, in the event that the Court determines a hearing is needed, so that the Court may consider the Motion's contents prior to the date on which discovery responses are currently due.

### COUNSEL FOR OPPOSING PARTY

Pursuant to Local Rule 7-19, Defendants submit the following list of counsel for Plaintiffs, the opposing party to this *ex parte* application:

**BOIES SCHILLER FLEXNER LLP**

Lee S. Wolosky (*pro hac vice*) [Designated Lead Counsel]
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone: (212) 446-2300
Fax: (212) 446-2350

David K. Willingham
  dwillingham@bsfllp.com
725 S. Figueroa Street
Los Angeles, California 90017
31st Floor
Phone: (213) 629-9040
Fax: (213) 629-9022

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone: (202) 237-2727
Fax: (202) 237-237-6131

Dated:  June 4, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

By:  /s/ Mitchell A. Kamin
        MITCHELL A. KAMIN

*Attorneys for Defendant State of Qatar*