**BOIES SCHILLER FLEXNER LLP**

David K. Willingham, SBN 198874
  dwillingham@bsfllp.com
725 S Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: (213) 629-9040 /Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., 7th Floor
New York, NY 10022
Phone:  (212) 446-2300 /Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005
Phone:  (202) 237-2727 /Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No.  2:18-CV-02421-JFW-E<br><br>The Honorable John F. Walter<br><br>**STIPULATION TO SCHEDULE FOR FILING ANSWER OR OTHER RESPONSIVE PLEADING BY DEFENDANTS GLOBAL RISK ADVISORS LLC AND KEVIN CHALKER**<br>_____ |

This stipulation is entered into by and between Plaintiffs Broidy Capital Management LLC and Elliott Broidy and Defendants Global Risk Advisors LLC ("GRA") and Kevin Chalker by and through their respective counsel, as follows:

1  **WHEREAS**, on May 7, 2018 this Court entered an order on a Stipulation to
2 Schedule for Filing Amended Complaint And Motion To Dismiss providing that
3 Plaintiffs would have until May 24, 2018 to amend their complaint and that
4 Defendants State of Qatar, Stonington Strategies LLC, and Nicolas D. Muzin would
5 have sixty days thereafter to respond to the amended complaint (Dkt. 46); and

6  **WHEREAS**, Plaintiffs filed a First Amended Complaint on May 24, 2018
7 naming as additional defendants, among others, GRA and Mr. Chalker (Dkt. 47);
8 and

9  **WHEREAS**, Plaintiffs' counsel and counsel for GRA and Mr. Chalker have
10 agreed that GRA and Mr. Chalker should also be permitted sixty days from May 24,
11 2018 to respond to the First Amended Complaint; and

12  **WHEREAS**, this Court allows motions to be noticed for hearings up to and
13 including 35 calendar days after service of the motion, Standing Order ¶ 5(a); and

14  **WHEREAS**, Central District of California Local Rule 7-9 allows opposing
15 papers to be filed up to 21 calendar days before the date noticed for the hearing and
16 Rule 7-10 allows reply papers to be filed up to 14 calendar days before the date
17 noticed for the hearing;

18  IT IS HEREBY STIPULATED AND AGREED THAT:

19  GRA and Mr. Chalker will respond to the First Amended Complaint on July
20 23, 2018. If either GRA or Mr. Chalker files a motion to dismiss on that date, it will
21 be noticed for a hearing date 35 days thereafter, on August 27, 2018. Any
22 opposition by Plaintiffs to such a motion will be filed no later than 21 days before
23 the hearing date, on August 6, 2018. Any reply briefs shall be filed no later than 14
24 days before the hearing date, on August 13, 2018.

25
26
27
28

Respectfully submitted,

DATED: June 5, 2018

**BOIES SCHILLER FLEXNER LLP**
By: */s/ Lee S. Wolosky*
Lee S. Wolosky
*Attorneys for Plaintiffs* Broidy Capital Management LLC and Elliott Broidy

DATED: June 5, 2018

**WILMERHALE**
By: */s/ Brendan R. McGuire*
Brendan R. McGuire
*Attorneys for Defendants* Global Risk Advisors LLC and Kevin Chalker

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: June 5, 2018          BOIES SCHILLER FLEXNER LLP

                                            /s/ *Lee S. Wolosky*

                                            Lee S. Wolosky

BOIES SCHILLER FLEXNER LLP

-4-
STIPULATION TO SCHEDULE FOR FILING ANSWER OR OTHER RESPONSIVE PLEADING BY DEFENDANTS GLOBAL RISK ADVISORS LLC AND KEVIN CHALKER