**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
dwillingham@bsfllp.com
725 South Figueroa Street , Floor 31
Los Angeles, CA 90017- 5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Amy L. Neuhardt (*pro hac vice*)
aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone: (202) 237-2727
Fax: (202) 237-6131

Lee S. Wolosky (*pro hac vice*)
lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
rdwyer@bsfllp.com
575 Lexington Avenue, Floor 7
New York, NY 10022-6138
Phone: (212) 446-2300
Fax: (212) 446-2350

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,

Plaintiffs,

v.

STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,

Defendants.

Case No. 2:18-cv-02421-JFW (Ex)

**DECLARATION OF LEE S. WOLOSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT STATE OF QATAR'S EX PARTE APPLICATION FOR EXPEDITED HEARING ON ITS MOTION TO STAY DISCOVERY**

[Memorandum of Points and Authorities filed concurrently herewith]

**The Honorable John F. Walter**

Amended Complaint: May 24, 2018

BOIES SCHILLER FLEXNER LLP

BOIES SCHILLER FLEXNER LLP

**DECLARATION OF LEE S. WOLOSKY**

I, Lee S. Wolosky, hereby declare as follows:

1. I am a Partner at the law firm of Boies Schiller Flexner LLP. I represent Plaintiffs in this action.

2. Between April 26, 2018 and May 4, 2018, I, along with my Partners at Boies Schiller Flexner LLP, negotiated the substance and language of a joint stipulation and proposed order filed on May 4, 2018 that addressed, among other things, the timing of a then-anticipated motion to stay discovery by Defendant State of Qatar. *See* ECF Nos. 45, 45-1.

3. This Court entered the proposed order on May 7, 2018. *See* Order on Stipulation to Schedule for Filing Amended Complaint and Motion to Dismiss and Order Stay Discovery, ECF No. 46 ("Stipulation and Order").

4. The negotiations regarding the content of the Stipulation and Order transpired over the course of approximately thirty-two emails and two telephonic conference calls. At least twelve of the emails addressed the specific language of the stipulation.

5. During these negotiations, the parties knew or should have known of the return date of July 2, 2018 on the existing discovery requests, the negotiated date for moving to lift the partial stay of discovery, and the requirements of Local Rule 6-1.

6. Defendant State of Qatar did not request to advance the hearing date for its motion to stay during the negotiations of the Stipulation and Order.

7. Nor did Defendant State of Qatar raise any request for an expedited hearing during the 28 days between agreeing to the schedule contemplated by the Stipulation and Order and June 1, 2018, when it first provided notice of its intent to file an ex parte application requesting the same.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: June 5, 2018

**BOIES SCHILLER FLEXNER LLP**

By: *\/s/ Lee S. Wolosky*

LEE S. WOLOSKY
*Counsel for Plaintiffs*