**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No.  2:18-CV-02421-JFW-E<br><br>The Honorable John F. Walter<br><br>**[PROPOSED] ORDER ON STIPULATION TO SCHEDULE FOR FILING ANSWER OR OTHER RESPONSIVE PLEADING BY DEFENDANTS GLOBAL RISK ADVISORS LLC AND KEVIN CHALKER** |

Presently before the Court is Plaintiffs' and Defendants Global Risk Advisors LLC and Kevin Chalker's Proposed Order on Stipulation to Schedule for Filing Answer or Other Responsive Pleading by Defendants Global Risk Advisors LLC and Kevin Chalker.  The Proposed Order is **GRANTED.**

**IT IS HEREBY ORDERED:**

GRA and Mr. Chalker will respond to the First Amended Complaint on July 23, 2018.  If either GRA or Mr. Chalker files a motion to dismiss on that date, it will be noticed for a hearing date 35 days thereafter, on August 27, 2018.  Any opposition by Plaintiffs to such a motion will be

filed no later than 21 days before the hearing date, on August 6, 2018.  Any reply briefs shall be filed no later than 14 days before the hearing date, on August 13, 2018.

**IT IS SO ORDERED.**

Dated:  June 7, 2018

_____
John F. Walter
United States District Judge