**LECLAIRRYAN LLP**
Brian C. Vanderhoof, CA Bar No. 248511
   Brian.Vanderhoof@leclairryan.com
725 S. Figueroa Street, Ste. 350
Los Angeles, CA 90017
Phone: (213) 337-3247 / Fax: (213) 624-3755

**WILEY REIN LLP**
Stephen J. Obermeier (*pro hac vice*)
   sobermeier@wileyrein.com
Phone: (202) 719-7465 / Fax: (202) 719-7049

Matthew J. Gardner, CA Bar No. 257556
   mgardner@wileyrein.com
Phone: (202) 719-4108 / Fax: (202) 719-7049

Rebecca J. Fiebig (*pro hac vice*)
   rfiebig@wileyrein.com
Phone: (202) 719-3206 / Fax: (202) 719-7049

1776 K Street NW
Washington, DC 20006

*Attorneys for Defendants*
*Stonington Strategies LLC and Nicolas D. Muzin*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-CV-02421-JFW-E<br><br>The Honorable John F. Walter<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILINGS** |

## DECLARATION OF STEPHEN J. OBERMEIER

I, Stephen J. Obermeier, hereby declare as follows:

1. I am a partner at the law firm of Wiley Rein LLP. I represent Defendant Stonington Strategies LLC and Defendant Nicolas D. Muzin (the "Stonington Defendants") in this action,[1] and I hereby submit this declaration in accordance with section 3(a) of Judge John F. Walter's Standing Order.

2. I am Lead Trial Counsel for the Stonington Defendants in this case, and I assumed the duties of Lead Trial Counsel for the Stonington Defendants from attorney Matthew J. Gardner.

3. I am registered as an ECF user in the Central District of California, and my email address of record is sobermeier@wileyrein.com.

4. I consent to electronic service and receipt of filed documents by electronic means.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2018

Respectfully submitted,

WILEY REIN LLP

LECLAIRRYAN LLP

By: /s/ *Stephen J. Obermeier*
Stephen J. Obermeier

*Attorney for Defendants Stonington Strategies LLC and Nicolas D. Muzin*

---

[1] Counsel's appearance and filing of this declaration prior to filing a motion to dismiss should not be construed as indicating consent to jurisdiction on the part of Defendants Stonington Strategies LLC or Nicolas D. Muzin.

1