# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-CV-02421-JFW-(Ex)<br><br>The Honorable John F. Walter<br><br>**Request to the Appropriate Judicial Authority of the State of Qatar for Judicial Assistance**<br>_____ |

The United States District Court Central District of California presents its compliments to the appropriate judicial authority of the State of Qatar, and requests international assistance to obtain evidence to be used in a civil proceeding before this Court in the above captioned matter.

**I.     REQUEST**

This Court respectfully requests the assistance described herein as necessary in the interests of justice.  This Court requests that the appropriate judicial authority of the State of Qatar compel Ooredoo Q.S.C. ("Ooredoo"), a company having its principal place of business in Doha, Qatar, to produce the documents requested in Attachment A ("Evidence Request").  Ooredoo's address in Doha, Qatar is:

>Ooredoo Q.S.C.
>Ooredoo Tower
>West Bay Area, Doha, Qatar

The appropriate judicial authority of the State of Qatar is requested to serve the Evidence Request in a manner of service consistent with the laws of the State of Qatar. This Court further requests that Ooredoo be ordered to produce the documents requested in the Evidence Request directly to David K. Willingham, counsel for Plaintiffs at the following address:

> David K. Willingham, Esq.
> 725 S Figueroa Street, 31st Floor
> Los Angeles, California 90017
> Phone: +213-629-9040

## II. FACT OF THE CASE

Plaintiffs Broidy Capital Management LLC ("BCM") and Elliott Broidy ("Broidy") have filed a civil complaint against Defendants the State of Qatar, Stonington Strategies LLC, Nicolas D. Muzin, Global Risk Advisors LLC, Kevin Chalker, David Mark Powell, Mohammed Bin Hamad Bin Khalifa al Thani, Ahmed Al-Rumaihi, and other as yet unidentified individuals and entities. The complaint alleges that the State of Qatar, by itself and/or through its agents, unlawfully hacked into Plaintiffs' email accounts and computer servers, stole private emails and documents, and broadly disseminated the stolen items to domestic and foreign media.

Based on currently available information, Ooredoo appears to be in possession of evidence that is directly relevant to material issues in dispute before this Court. BCM's computer server logs show that someone using one or more computing devices on Ooredoo's Internet service provider network ("Ooredoo ISP Network") connected to BCM's servers on February 14, 2018 and February 19, 2018. BCM's server logs also show that the user or users of the computing devices transmitted BCM's and Broidy's confidential and proprietary data from BCM's servers to unauthorized computers. Neither BCM nor Broidy were aware of, or

authorized, the data transfers described above. The Internet Protocol Address used by the identified computing device or devices ("Subject IP Address") is registered as being part of the Ooredoo ISP Network. The unauthorized data transfer carried out by the person or persons using the Subject IP Addressis was part a coordinated effort to infiltrate BCM's servers for the purpose of stealing, and then publicly disseminating, BCM's and Broidy's private email and confidential documents.

As the operator of the Ooredoo ISP Network, Ooredoo maintains, among other things, logs that record the Internet activity of computing devices using IP addresses registered to the Ooredoo ISP Network. Ooredoo also maintains information that can be used to identify subscribers who were using specific IP addresses on specified dates. This Court is, therefore, requesting assistance in obtaining from Ooredoo Internet activity logs and subscriber information relating the Internet activity associated with the Subject IP Address on two specific dates. The requested evidence is material to the issues being litigated in this Court and will help identify the individuals and computing devices that infiltrated BCM's servers on February 14, 2018, and February 19, 2018. Plaintiffs believe Ooredoo may be the only reasonably available source that has possession, custody, or control of such evidence.

### III. PARTIES AND THEIR COUNSEL

The parties to the above-captioned case and their counsel are as follows

| | |
|---|---|
| **Attorneys for Plaintiffs Elliott Broidy and BCM** | **Attorneys for Defendants Stonington Strategies LLC and Nicolas D. Muzin** |
| **BOIES SCHILLER FLEXNER LLP** | **WILEY REIN LLP** |
| David K. Willingham, Esq. | Stephen J. Obermeier, Esq. |
| 725 S Figueroa Street, 31st Floor | Matthew J. Gardner, Esq. |
| Los Angeles, California 90017 | Rebecca J. Fiebig, Esq. |
| | 1776 K Street NW |
| Lee S. Wolosky, Esq. | Washington, DC 20006 |
| Robert J. Dwyer, Esq. | |
| 575 Lexington Ave., 7th Floor | **LECLAIRRYAN LLP** |
| New York, New York 10022 | Brian C. Vanderhoof, Esq. |
| | 725 S. Figueroa Street, Suite 350 |
| Amy L. Neuhardt, Esq. | Los Angeles, California 90017 |
| 1401 New York Avenue, NW | |
| Washington, DC 20005 | |
| | **Attorneys for Defendant State of Qatar** |
| | **COVINGTON & BURLING LLP** |
| | Mitchell A. Kamin, Esq. |
| | Neema T. Sahni, Esq. |
| | Mark Y. Chen, Esq. |
| | Rebecca G. Van Tassell |
| | 1999 Avenue of the Stars, Suite 3500 |
| | Los Angeles, California 90067-4643 |
| | |
| | **Attorneys for Defendants Global Risk Advisors LLC and Kevin Chalker** |
| | **WILMER CUTLER PICKERING HALL AND DORR LLP** |
| | Rebecca A. Girolamo |
| | 350 South Grand Avenue, Suite 2100 |
| | Los Angeles, CA 90071 |

### IV. RECIPROCITY

The United States District Court for the Central District of California expresses its willingness to provide similar assistance to the Appropriate Judicial Authority of the State of Qatar.

### V. REIMBURSEMENT FOR COSTS

Counsel for Plaintiffs is willing to reimburse the judicial authorities of the State of Qatar for costs incurred in executing this Letter Rogatory. If the cost of executing this Court's Letter Rogatory exceeds $1,500.00, the judicial authorities of The State of Qatar are requested to contact the counsel for Plaintiffs:

> David K. Willingham, Esq.
> 725 S Figueroa Street, 31st Floor
> Los Angeles, California 90017

### VI.   SPECIAL PROCEDURES

This Court requests that the evidence produced by Ooredoo in response to this letter rogatory be accompanied by a certification attesting that the documents are authentic and that the documents are records Ooredoo creates and maintains in the regular course of its business ("Certification"). This special procedure is being requested in order to comply with the Federal Rules of Evidence, which apply to evidence that will be presented to this Court. Pursuant to the Federal Rules of Evidence, the Certification must be signed by a person in the company who is responsible for maintaining the documents being produced. In addition, the Certification must be signed in a manner that would, if falsely made, subject the maker to a criminal penalty in the State of Qatar. This Court considers it necessary in the interests of justice that such a Certification be obtained from a representative of Ooredoo when it produces the documents. To provide Ooredoo with guidance when preparing the Certification, a proposed form is attached to this letter rogatory as Attachment B.

DATED: June ___, 2018      _____
Hon. John F. Walter
United States District Judge
350 W. 1st Street, Courtroom 7A
Los Angeles, CA 90012
United States of America

**Kiry K. Gray, Clerk of Court**
by (deputy clerk's signature)

Deputy Clerk (deputy clerk's printed name)

Seal (district court's inked stamp seal is affixed here)