COVINGTON & BURLING LLP
Mitchell A. Kamin (Bar No. 202788)
  mkamin@cov.com
Neema T. Sahni (Bar No. 274240)
  nsahni@cov.com
Mark Y. Chen (Bar No. 310450)
  mychen@cov.com
Rebecca G. Van Tassell (Bar No. 310909)
  rvantassell@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

*Attorneys for Defendant State of Qatar*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY<br><br>        Plaintiffs,<br><br>        v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>        Defendants. | Civil Case No.:<br><br>2:18-CV-02421-JFW-(Ex)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities; Request for Judicial Notice; Proposed Order*]<br><br>**Hearing Date:** July 30, 2018<br>**Time:** 1:30 p.m.<br>**Courtroom:** 7A<br>**Judge:** Hon. John F. Walter |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 30, 2018, at 1:30 p.m.,[1] or as soon thereafter as may be heard in Courtroom 7A in the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles California, 90012, Honorable John F. Walter presiding, Defendant State of Qatar will appear and move the Court for an Order dismissing this case in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and (2), on the basis that this Court lacks subject matter and personal jurisdiction over Qatar under the Foreign Sovereign Immunities Act.  Defendant State of Qatar's Motion to Dismiss is based upon this Notice, the attached Memorandum and Points of Authorities, the accompanying Request for Judicial Notice, all papers and pleadings on file in this action, and on such other oral and documentary evidence as the Court may receive at or before the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 20, 2018. *See* Joint Pre-Filing Statement, **Dkt. 109**, filed on June 25, 2018.

---

[1] Defendant Qatar is noticing this Motion for hearing on July 30, 2018, pursuant to (1) Local Rule 6-1, requiring that motions be noticed for hearing no fewer than 28 days from the date of filing, and (2) Paragraph 5 of this Court's Standing Order, stating that "[n]o motion shall be noticed for hearing for more than 35 calendar days after service of the motion unless otherwise ordered by the Court."  The hearing date proposed herein thus properly falls within the 28 to 35 day window mandated by the Local Rules, read in conjunction with this Court's Standing Order, *see* **Dkt. 17**.

The Court's May 7, 2018 Order states that if any Defendant files a motion to dismiss, it will be noticed for a hearing date 35 days after the filing of such motion.  **Dkt. 46**. However, 35 days from the date of this filing would fall on a date on which this Court does not hear motions and the following Monday, August 6, 2018, would exceed the 35-day maximum set forth in Paragraph 5 of the Court's Standing Order.  In the process of meeting and conferring on the instant Motion, *see* **Dkt. 109**, Plaintiffs expressed their preference for any hearing to be held on Monday, August 6, 2018—the date of the Scheduling Conference set by the Court—to avoid Lead Counsel for Plaintiffs needing to travel to Los Angeles twice in that short time period.  Defendant Qatar is amenable to an August 6, 2018 hearing date if acceptable to the Court, and the parties expect to jointly file a scheduling stipulation to that effect in the coming weeks for the Court's consideration.

1

Dated: June 27, 2018

Respectfully submitted,

COVINGTON & BURLING LLP


By:   */s/ Mitchell A. Kamin*

MITCHELL A. KAMIN
*Attorneys for Defendant State of Qatar*

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(2)
OF THE FEDERAL RULES OF CIVIL PROCEDURE