COVINGTON & BURLING LLP
Mitchell A. Kamin (Bar No. 202788)
 mkamin@cov.com
Neema T. Sahni (Bar No. 274240)
 nsahni@cov.com
Mark Y. Chen (Bar No. 310450)
 mychen@cov.com
Rebecca G. Van Tassell (Bar No. 310909)
 rvantassell@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

*Attorneys for Defendant State of Qatar*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Civil Case No.:<br><br>2:18-CV-02421-JFW-(Ex)<br><br>**DEFENDANT STATE OF QATAR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[*Filed Concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Proposed Order*]<br><br>**Hearing Date:** July 30, 2018<br>**Time:** 1:30 p.m.<br>**Courtroom:** 7A<br>**Judge:** Hon. John F. Walter |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendant State of Qatar ("Qatar") hereby requests that this Court take judicial notice of the information below, in support of Qatar's concurrently filed Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint.

Where, as here, a litigant mounts a facial attack against a complaint on the basis that subject-matter jurisdiction is lacking, the Court may, in deciding a motion to dismiss, consider "any undisputed facts . . . of which the court can take judicial notice." *Davis v. County of Maui*, No. 10–00070 KSC, 2010 WL 11531281, at *3 (D. Haw. May 4, 2010), *aff'd*, 454 F. App'x 582 (9th Cir. 2011); *see also Lauwrier v. Garcia*, No. CV 12-12--007381 MMM (SHx), 2013 WL 11238497, at *2 (C.D. Cal. Mar. 8, 2013) ("Even when deciding a facial attack, however, a court can look beyond the complaint to consider documents that are proper subjects of judicial notice."); *Carpenter v. OneWest Bank, FSB*, No. 12-CV-00895 MMM (OPx), 2012 WL 13012420, at *2 (C.D. Cal. Apr. 25, 2012) (same); *PNC Equip. Fin., LLC v. Cal. Fairs Fin. Auth.*, No. 11-CV-06248 MMM (DTBx), 2012 WL 12506870, at *3 (C.D. Cal. Feb. 9, 2012) (same); *see also Tarantino v. Gawker Media, LLC*, No. 14-CV-603-JFW (FFMx), 2014 WL 2434647, at *1 n. 1 (C.D. Cal. Apr. 22, 2014) (Walter, J.) (taking judicial notice of publicly available documents in deciding motion to dismiss).

Consistent with these firmly-established standards, the Court may judicially notice and consider the following government documents and statements in deciding Qatar's Motion to Dismiss:

1. Attached as **Exhibit A** is a true and correct copy of excerpts from a report by the Congressional Research Service, Kenneth Katzman, *Cong. Research Serv.*, R44533, *Qatar: Governance, Security, and U.S. Policy* (June 7, 2018) (Summary and p.15).

2. Attached as **Exhibit B** is a true and correct copy of excerpts from a senate report prepared for the Senate Committee on Foreign Relations, S. Prt.

112–35, *The Gulf Security Architecture: Partnership with the Gulf Cooperation Council* (2012) (p.15), which is published on the Senate Committee's website at https://www.foreign.senate.gov/imo/media/doc/746031.pdf.

3. Attached as **Exhibit C** is a true and correct copy of a statement issued by the United States Department of State, the *Joint Statement of the Inaugural United States–Qatar Strategic Dialogue*, U.S. Dep't of State (Jan. 30, 2018), which is published on the Department of State's website at https://www.state.gov/r/pa/prs/ps/2018/01/277776.htm.

4. Attached as **Exhibit D** is a true and correct copy of trade data published by the Office of the United States Trade Representative, *U.S.-Qatar Trade Facts*, which is published on the Office of the United States Trade Representative's website at https://ustr.gov/countries-regions/europe-middle-east/middle-east/north-africa/qatar.

5. Attached as **Exhibit E** is a true and correct copy of a statement issued by the White House, *Readout of President Donald J. Trump's Call with Emir Tamim bin Hamad Al Thani of Qatar* (Jan. 15, 2018), which is published on the official White House website at https://www.whitehouse.gov/briefings-statements/readout-president-donald-j-trumps-call-emir-tamim-bin-hamad-al-thani-qatar/.

## ARGUMENT

"It is appropriate to take judicial notice of . . . information [that] was made publicly available by government entities . . . , [where] neither party disputes the authenticity of the web sites [or documents,] or the accuracy of the information displayed therein." *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010); *see also Ramirez v. Wells Fargo Bank N.A.*, No. CV 15-08909-BRO (JPRx), 2016 WL 7448136, at *2 (C.D. Cal. Feb. 1, 2016) ("[A] court may properly take judicial notice of . . . matters in the public record."); Fed. R. Evid. 201 (allowing a court to take judicial notice of a fact "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned").

**Exhibits A, B, C, D, and E** are all part of the public record. Their authenticity cannot reasonably be disputed, and they have been made available by reliable sources—namely, federal government entities. *See, e.g.*, *In re Amgen Inc. Sec. Litig.*, 544 F. Supp. 2d 1009, 1023–24 (C.D. Cal. 2008) (on consideration of a motion to dismiss, taking judicial notice of drug labels taken from the FDA's website); *County of Santa Clara v. Astra USA, Inc.*, 401 F. Supp. 2d 1022, 1024 (N.D. Cal. 2005) (on consideration of a motion for remand or dismissal, taking judicial notice of information posted on a Department of Health and Human Services website). Accordingly, the information at issue is properly subject to judicial notice.

Dated: June 27, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ Mitchell A. Kamin
MITCHELL A. KAMIN
*Attorneys for Defendant State of Qatar*