Name and address:

Rebecca Girolamo
WilmerHale
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Broidy Capital Management LLC, Elliott Broidy | CASE NUMBER |
|---|---|
| Plaintiff(s) | 18-cv-2421-JFW |
| v. | |
| State of Qatar, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Levin, Hallie B. _____ of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-295-6710                212-230-8888

*Telephone Number*          *Fax Number*

Hallie.Levin@Wilmerhale.com

*E-Mail Address*

> WilmerHale
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007
>
> *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Global Risk Advisors, LLC

Kevin Chalker

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Rebecca A. Girolamo _____ of

*Designee's Name (Last Name, First Name & Middle Initial)*

293422          213-443-5343          213-443-5400

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rebecca.girolamo@wilmerhale.com

*E-Mail Address*

> WilmerHale
> 350 South Grand Avenue, Suite 2100
> Los Angeles, CA 90071
>
> *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

  GRANTED.

**Dated  June 27, 2018** _____

_____
**U.S. District Judge**