Name and address:

Rebecca Girolamo
WilmerHale
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Broidy Capital Management LLC and Elliott Broidy | CASE NUMBER |
|---|---|
| Plaintiff(s) | 18-cv-2421-JFW |
| v. State of Qatar, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| McGuire, Brendan R. | of | WilmerHale |
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 7 World Trade Center |
| 212-295-6278       212-230-8888 | | 250 Greenwich Street |
| *Telephone Number*    *Fax Number* | | New York, NY 10007 |
| Brendan.McGuire@Wilmerhale.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Global Risk Advisors, LLC
Kevin Chalker

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

| Rebecca A. Girolamo | of | WilmerHale |
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 350 South Grand Avenue, Suite 2100 |
| 293422    213-443-5343    213-443-5400 | | Los Angeles, CA 90071 |
| *Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number* | | |
| rebecca.girolamo@wilmerhale.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**Dated: June 27, 2018**

*(signature)*

**U.S. District Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON    Page 1 of 1