**LECLAIRRYAN LLP**
Brian C. Vanderhoof, CBN 248511
   Brian.Vanderhoof@leclairryan.com
725 S. Figueroa Street, Ste. 350
Los Angeles, CA 90017
Phone: (213) 337-3247 / Fax: (213) 624-3755

**WILEY REIN LLP**
Stephen J. Obermeier (*pro hac vice*)
   sobermeier@wileyrein.com
Phone: (202) 719-7465 / Fax: (202) 719-7049

Matthew J. Gardner, CBN 257556
   mgardner@wileyrein.com
Phone: (202) 719-4108 / Fax: (202) 719-7049

Rebecca J. Fiebig (*pro hac vice*)
   rfiebig@wileyrein.com
Phone: (202) 719-3206 / Fax: (202) 719-7049

1776 K Street NW
Washington, DC 20006

*Attorneys for Defendants*
*Stonington Strategies LLC and Nicolas D. Muzin*

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>   Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>   Defendants. | Case No. 2:18-CV-02421-JFW-E<br><br>**The Honorable John F. Walter**<br><br>**JOINT STATEMENT REGARDING LOCAL RULE 7-3 PRE-FILING CONFERENCE ON STONINGTON DEFENDANTS' INTENTION TO FILE MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Complaint Filed: March 26, 2018<br>Amended Complaint: May 24, 2018 |

In accordance with Section 5(b) of this Court's Standing Order, this is the joint statement of Plaintiffs Broidy Capital Management LLC and Elliott Broidy ("Plaintiffs"), Defendant State of Qatar ("Qatar"), Defendants Nicolas D. Muzin and Stonington Strategies ("Stonington Defendants"), and Defendants Global Risk Advisors LLC and Kevin Chalker ("GRA Defendants") regarding the parties' pre-filing conference of counsel pursuant to Local Rule 7-3.

The conference took place via teleconference at 12:00 p.m. Pacific Time on June 25, 2018. Lee S. Wolosky, Amy L. Neuhardt, Robert J. Dwyer, and Samuel Kleiner of Boies Schiller Flexner LLP participated on behalf of Plaintiffs. Mitchell A. Kamin and Neema T. Sahni of Covington & Burling LLP participated on behalf of Qatar. Stephen J. Obermeier, Matthew J. Gardner, and Krystal B. Swendsboe participated on behalf of the Stonington Defendants. David Gringer and Brendan R. McGuire of WilmerHale LLP participated on behalf of the GRA Defendants. The teleconference lasted approximately forty-five minutes. The parties exchanged further e-mail correspondence on June 26 and 27 to reach agreement on a proposed briefing schedule and pages limitations for the Stonington Defendants' Motion to Dismiss the First Amended Complaint.

## I. STONINGTON DEFENDANTS' MOTION TO DISMISS

The Stonington Defendants informed Plaintiffs that they intend to file a Motion to Dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6). Specifically, the Stonington Defendants intend to move to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) because the Stonington Defendants are entitled to derivative sovereign immunity or immunity as diplomatic agents of Qatar, as discussed in the Stonington Defendants' pending Motion to Stay the Case or in the Alternative to Stay Discovery ("Motion to Stay"). The Stonington Defendants also intend to move to dismiss for lack of personal jurisdiction under Rule 12(b)(2) because the Stonington Defendants are not residents of California and Plaintiffs have not pled that their alleged activities were performed in or directed at the state of California, as outlined in the Motion to Stay.

In addition, the Stonington Defendants intend to move to dismiss for failure to state a claim under Rule 12(b)(6) for multiple reasons. The Stonington Defendants explained that as outlined in their Motion to Stay, all of the claims in the Amended Complaint fail because Plaintiffs do not plausibly allege that the Stonington Defendants accessed Plaintiffs' computers, unlawfully obtained any e-mails, and/or disseminated hacked or forged e-mails to third parties. Further, the Stonington Defendants will also argue that (1) the Stonington Defendants are not violators under the Computer Fraud and Abuse Act ("CFAA") or the California Comprehensive Computer Data Access and Fraud Act, and Plaintiffs have failed to plead a conspiracy under the CFAA, which preempts their civil conspiracy claim; (2) Plaintiffs' claims for Receipt and Possession of Stolen Property, Invasion of Privacy by Intrusion Upon Seclusion, and Conversion are preempted by their California Uniform Trade Secret Act ("CUTSA") claim; (3) Plaintiff Broidy Capital Management LLC is not a "facility through which an electronic communication service is provided" under the Stored Communications Act ("SCA"); (4) Plaintiffs have failed to state a claim under the Digital Millennium Copyright Act ("DMCA") because use of a valid username and password to access copyright material is not "circumvention" under the DMCA, and Plaintiffs have failed to allege that the Stonington Defendants accessed copyright material; (5) Plaintiffs have failed to allege that the Stonington Defendants misappropriated material constituting "trade secrets" under CUTSA or the Defend Trade Secrets Act; and (6) Plaintiffs have failed to allege any agreement by the Stonington Defendants, whether express or tacit, to make out a claim of civil conspiracy.

Plaintiffs expressed their disagreement with these arguments, noting specifically the arguments stated in Plaintiffs' Opposition to the Stonington Defendants' pending Motion to Stay. Plaintiffs informed counsel for the Stonington Defendants that they would be opposing the forthcoming motion to dismiss on all grounds noted by the Stonington Defendants.

The remaining defendants expressed no position on the Stonington Defendants' motion.

## II. MOTION TO DISMISS BRIEFING AND HEARING SCHEDULE

In order to avoid filing multiple motions to dismiss, the Stonington Defendants requested Plaintiffs' consent to extend the page limitations for their Memorandum in Support of their Motion to Dismiss the Amended Complaint to **thirty-five pages** and their Reply to **eighteen pages**. Plaintiffs agreed, but asked for **thirty-five pages** for their Opposition.

Also, to reduce the number of hearings, the Stonington Defendants requested Plaintiffs' consent to notice their Motion to Dismiss the Amended Complaint for hearing **twenty-eight days** after filing the motion, to the extent they file their Motion to Dismiss the Amended Complaint by July 9, 2018. In that event, the agreed-upon hearing date would be **August 6, 2018**, complying with Plaintiffs' preference regarding counsel's travel schedule, *see* Joint Statement at 3, Dkt. 109, and allowing the Stonington Defendants' motion to be heard on the same day that Qatar intends to have its hearing on its motion to dismiss and the Scheduling Conference. *See* Notice of Motion at 1 n.1, Dkt. 112. Plaintiffs stated that they agreed to this schedule, provided that they would be granted fourteen days to file their opposition to the Stonington Defendants' Motion to Dismiss the Amended Complaint.

In accordance with the parties' agreement as to the briefing schedule and extension of page limitations, the parties are filing concurrently herewith a Joint Stipulation regarding the Stonington Defendants' Motion to Dismiss the Amended Complaint, proposing the schedule set forth above for the Court's consideration and approval.

///

///

| | |
|---|---|
| Dated:  June 28, 2018 | WILEY REIN LLP |
| | By:  */s/ **Stephen J. Obermeier*** |
| | Stephen J. Obermeier |
| | Email:  sobermeier@wileyrein.com |
| | 1776 K Street NW |
| | Washington, DC  20006 |
| | Telephone: (202) 719-7465 |
| | Fax: (202) 719-7049 |
| | |
| | LECLAIRRYAN LLP |
| | Brian C. Vanderhoof, CBN 248511 |
| | Email: Brian.Vanderhoof@leclairryan.com |
| | 725 S. Figueroa Street, Ste. 350 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 337-3247 |
| | Fax: (213) 624-3755 |
| | |
| | *Attorneys for Defendants Nicolas D. Muzin and Stonington Strategies LLC* |
| Dated:  June 28, 2018 | BOIES SCHILLER FLEXNER LLP |
| | By:  */s/ **Lee S. Wolosky*** |
| | Lee S. Wolosky |
| | Email:  lwolosky@bsfllp.com |
| | Robert J. Dwyer |
| | Email:  rdwyer@bsfllip.com |
| | 575 Lexington Ave., 7th Floor |
| | New York, NY 10022 |
| | Telephone: (212) 446-2300 |
| | Fax: (212) 446-2350 |
| | |
| | *Attorneys for Plaintiffs* |
| Dated:  June 28, 2018 | COVINGTON & BURLING LLP |
| | By:  */s/ **Mitchell A. Kamin*** |
| | Mitchell A. Kamin |
| | Email:  mkamin@cov.com |
| | 1999 Avenue of the Stars, Suite 3500 |

| | |
|---|---|
| | Los Angeles, CA 90067<br>Telephone: (424) 332-4800<br>Fax: (424) 332-4749<br><br>*Attorney for Defendant State of Qatar* |
| Dated:  June 28, 2018 | WILMERHALE LLP<br><br>By:   */s/ **Rebecca A. Girolamo***<br>Rebecca A. Girolamo<br>Email:  rebecca.girolamo@wilmerhale.com<br>350 South Grade Avenue Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5343<br>Fax: (213) 443-5400<br><br>Brendan R. McGuire<br>Email: brendan.mcguire@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 295-6278<br>Fax: (212) 230-8888<br><br>*Attorneys for Defendants Global Risk Advisors LLC and Kevin Chalker* |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: June 28, 2018          WILEY REIN LLP

                                       /s/ **Stephen J. Obermeier**
                                       Stephen J. Obermeier

*Attorney for Defendants Nicolas D. Muzin and Stonington Strategies LLC*