1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LECLAIRRYAN LLP**
Brian C. Vanderhoof, CBN  248511
  Brian.Vanderhoof@leclairryan.com
725 S. Figueroa Street, Ste. 350
Los Angeles, CA  90017
Phone: (213) 337-3247 / Fax: (213) 624-3755

**WILEY REIN LLP**
Stephen J. Obermeier (*pro hac vice*)
  sobermeier@wileyrein.com
Phone: (202) 719-7465 / Fax: (202) 719-7049

Matthew J. Gardner, CBN 257556
  mgardner@wileyrein.com
Phone: (202) 719-4108 / Fax: (202) 719-7049

Rebecca J. Fiebig (*pro hac vice*)
  rfiebig@wileyrein.com
Phone: (202) 719-3206 / Fax: (202) 719-7049

1776 K Street NW
Washington, DC 20006

*Attorneys for Defendants*
*Stonington Strategies LLC and Nicolas D. Muzin*

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>        Plaintiffs,<br><br>        v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>        Defendants. | Case No. 2:18-CV-02421-JFW-E<br><br>**The Honorable John F. Walter**<br><br>**STIPULATION REGARDING STONINGTON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Complaint Filed: March 26, 2018<br><br>Amended Complaint: May 24, 2018 |

1   This stipulation is entered into by and between Plaintiffs Broidy Capital
2   Management LLC and Elliott Broidy ("Plaintiffs"), Defendant State of Qatar ("Qatar"),
3   Defendants Nicolas D. Muzin and Stonington Strategies ("Stonington Defendants"), and
4   Defendants Global Risk Advisors LLC and Kevin Chalker ("GRA Defendants"), by and
5   through their respective counsel, as follows:

6   **WHEREAS**, Plaintiffs filed the Amended Complaint on May 24, 2018 (Dkt. 47);

7   **WHEREAS**, on June 20, 2018, Qatar advised Plaintiffs of their intention to move
8   to dismiss the Amended Complaint;

9   **WHEREAS**, on June 25, 2018, the Stonington Defendants advised Plaintiffs of their
10   intention to move to dismiss the Amended Complaint;

11   **WHEREAS**, on June 25, 2018, Plaintiffs consented to the Stonington Defendants'
12   request to extend the page limitations for their Memorandum in Support of their Motion to
13   Dismiss the Amended Complaint to thirty-five pages and their Reply to eighteen pages;

14   **WHEREAS**, on June 25, 2018, the Stonington Defendants consented to Plaintiffs'
15   request to extend the page limitation for their Opposition to the Stonington Defendants'
16   Motion to Dismiss to thirty-five pages;

17   **WHEREAS**, on June 27, 2018, Qatar filed its Notice of Motion and Motion to
18   Dismiss Pursuant to Rules 12(b)(1) and 12(b)(2) and stated its intent to stipulate to a
19   hearing on that motion for August 6, 2018 (Dkt. 112);

20   **WHEREAS**, Plaintiffs and the Stonington Defendants have conferred for purposes
21   of developing a schedule for the Stonington Defendants' forthcoming motion to dismiss
22   briefing;

23   **WHEREAS**, the Stonington Defendants have represented that they may file the
24   Motion to Dismiss Plaintiffs' Amended Complaint by July 9, 2018;

25   **WHEREAS**, if that motion is filed by July 9, 2018, the date agreed upon for the
26   Notice of Hearing for the Stonington Defendants' Motion to Dismiss Plaintiffs' Amended
27   Complaint would be before the date on which a hearing may be noticed under this Court's

28

2

May 7, 2018 Order on Stipulation to Schedule for Filing Amended Complaint and Motion to Dismiss and Order Staying Discovery (Dkt. 46);

WHEREAS, Central District of California Local Rule 6-1 allows that a notice of motion may be filed not later than twenty-eight days before the date noticed for the hearing;

WHEREAS, Plaintiffs and Defendants have agreed that it is their preference that lead counsel not be required to attend multiple subsequent hearings in this matter;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Stonington Defendants shall have **thirty-five pages** for their Memorandum in Support of their Motion to Dismiss Plaintiffs' Amended Complaint and **eighteen pages** for their Reply.

2. Plaintiffs shall have **thirty-five pages** for their Opposition to the Stonington Defendants' Motion to Dismiss the Amended Complaint.

3. If the Stonington Defendants file their motion by July 9, 2018, Plaintiffs shall file any opposition to the Stonington Defendants' Motion to Dismiss the Amended Complaint by no later than **July 23, 2018**, or fourteen days before the hearing date, and the Stonington Defendants may file any Reply by **July 30, 2018**, or seven days before the hearing date.

4. If the Stonington Defendants file their motion by July 9, 2018, the hearing date for the Stonington Defendants' Motion to Dismiss Plaintiffs' Amended Complaint shall be **August 6, 2018 at 1:30 p.m.**, or as soon thereafter as convenient for the Court

5. If the Stonington Defendants do not file their motion by July 9, 2018, the schedule set forth in this Court's May 7, 2018 Order on Stipulation to Schedule for Filing Amended Complaint and Motion to Dismiss and Order Staying Discovery (Dkt. 46) shall continue to apply, with the page limitations set forth herein.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

Dated:  June 28, 2018

WILEY REIN LLP

By:   */s/ Stephen J. Obermeier*

Stephen J. Obermeier
*Attorney for Defendants Nicolas D. Muzin and Stonington Strategies LLC*

Dated:  June 28, 2018

BOIES SCHILLER FLEXNER LLP

By:   */s/ Lee S. Wolosky*

Lee S. Wolosky
*Attorney for Plaintiffs*

Dated:  June 28, 2018

COVINGTON & BURLING LLP

By:   */s/ Mitchell A. Kamin*

Mitchell A. Kamin
*Attorney for Defendant State of Qatar*

Dated:  June 28, 2018

WILMERHALE LLP

By:   */s/ Rebecca A. Girolamo*

Rebecca A. Girolamo
*Attorney for Defendants Global Risk Advisors LLC and Kevin Chalker*