# DENIED
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

7/3/18



**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>　　　　Defendants. | Civil Case No.:<br><br>2:18-CV-02421-JFW-(Ex)<br><br>**[Assigned to the Hon. John F. Walter]**<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING HEARING DATE FOR DEFENDANT STATE OF QATAR'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed: March 26, 2018<br>Amended Complaint: May 24, 2018 |

     Presently before the Court is the Joint Stipulation of Plaintiffs Broidy Capital Management LLC and Elliott Broidy ("Plaintiffs"), Defendant State of Qatar ("Qatar"), Defendants Nicolas D. Muzin and Stonington Strategies ("Stonington Defendants"), and Defendants Global Risk Advisors LLC and Kevin Chalker ("GRA Defendants") Regarding Hearing Date for Defendant State of Qatar's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure.

     After being advised of the status of the case and good cause appearing, the Joint Stipulation is **GRANTED.**

     **IT IS HEREBY ORDERED**, as follows:

1. Qatar's Motion to Dismiss the First Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2), filed on June 27, 2018 (Dkt. 112), shall be heard on **August 6, 2018**, **at 1:30 p.m.**, or on such other date as may be convenient for the Court, in lieu of the July 30, 2018 hearing date noticed in Qatar's Motion; and

2. Plaintiffs' opposition to Qatar's motion shall be filed on or before July 16, 2018.

     **IT IS SO ORDERED.**

Dated: _____

**DENIED**

BY ORDER OF THE COURT

Hon. John F. Walter
United States District Judge