**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone: (212) 446-2300
Fax: (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone: (202) 237-2727
Fax: (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 18-cv-02421-JFW<br><br>**DECLARATION OF LEE S. WOLOSKY IN SUPPORT OF OPPOSITION TO DEFENDANT STATE OF QATAR'S MOTION TO DISMISS**<br><br>[Memorandum of Points and Authorities, Opposition to Request for Judicial Notice, Declaration of Joshua N. Friedman, and Proposed Order filed concurrently herewith]<br><br>**The Honorable John F. Walter**<br><br>Hearing Date: July 30, 2018<br>Time: 1:30 p.m.<br>Courtroom: 7A |

## **DECLARATION OF LEE S. WOLOSKY**

I, Lee S. Wolosky, hereby declare as follows:

1. I am a Partner in the law firm of Boies Schiller Flexner LLP. I represent Plaintiffs in this action.

2. The State of Qatar was properly served in this action in accordance with 28 U.S.C. § 1608.

3. Attached as Exhibit 1 are portions of a log of WhatsApp chat messages produced by non-party Joseph Allaham, which Plaintiffs file under seal pursuant to this court's July 9, 2018 Order.  (ECF No. 130.)

4. Attached as Exhibit 2 is an email and attachment produced by non-party Joseph Allaham, which Plaintiffs file under seal pursuant to this court's July 9, 2018 Order.  (ECF No. 130.)

5. Attached as Exhibit 3 are portions of the transcript of the June 19, 2018 deposition of non-party Joseph Allaham, which Plaintiffs file under seal pursuant to this court's July 9, 2018 Order.  (ECF No. 130.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  July 9, 2018         By:   */s/ Lee S. Wolosky*

Lee S. Wolosky
*Counsel for Plaintiffs*