**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (pro hac vice)
  lwolosky@bsfllp.com
Robert J. Dwyer (pro hac vice)
  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone:  (212) 446-2300
Fax:  (212) 446-2350

Amy L. Neuhardt (pro hac vice)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone:  (202) 237-2727
Fax:  (202) 237-6131

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>                    Defendants. | Case No.  18-cv-02421-JFW<br><br>**APPLICATION TO CONTINUE HEARING ON STONINGTON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>[[Proposed] Order Continuing Hearing and supporting Declaration of Lee Wolosky filed concurrently herewith]<br><br>**The Honorable John F. Walter**<br><br>Existing Hrg. Date: August 13, 2018<br>Proposed Hrg. Date: August 27, 2018<br>Discovery Cut-Off Date: Not Set<br>Pre-Trial Conference Date: Not Set<br>Trial Date: Not Set |

BOIES SCHILLER FLEXNER LLP

1   Pursuant to Section 7 of this Court's Standing Order, ECF No. 17,

2   Plaintiffs hereby submit this application to continue the date of the hearing on

3   Defendants Stonington Strategies LLC and Nicolas D. Muzin's (the

4   "Stonington Defendants") Motion to Dismiss the First Amended Complaint.

5   The Stonington Defendants' Motion, filed July 9, 2018, noticed a hearing on

6   the Motion for August 13, 2018.  (ECF No. 129.)  Plaintiffs request that the

7   hearing be rescheduled for August 27, 2018 at 1:30 p.m.

8   Good cause exists to continue the Stonington Defendants' Motion for

9   three reasons. *First*, Lead Trial Counsel for Plaintiffs, Lee Wolosky, is not

10   available on August 13, 2018.  At the time the Stonington Defendants filed

11   their motion, they were aware that Amb. Wolosky is unavailable on August

12   13, 2018, because he will be taking his oldest child out of state to her first year

13   of college.  (*See* Declaration of Lee Wolosky ("Wolosky Decl.") ¶ 3.)  Indeed,

14   August 13 is the day on which Amb. Wolosky will be physically moving his

15   daughter into her dormitory.  (*Id.*)  This is an immovable obligation for Amb.

16   Wolosky.  (*Id.*)

17   Counsel for the Stonington Defendants have been aware of Amb.

18   Wolosky's unavailability during this period since April, when the parties

19   negotiated a Stipulation on scheduling that specifically excluded August 10,

20   2018, through August 21, 2018, as possible dates for a Scheduling Conference

21   before this Court.  (ECF No. 46.)

22   Plaintiffs' counsel reminded counsel for the Stonington Defendants of

23   this period of unavailability for Amb. Wolosky during a telephone call on July

24   5, 2018, when the Stonington Defendants informed Plaintiffs' counsel that

25   they would file their motion to dismiss on July 9 and schedule it for hearing

26   on August 13.  (Wolosky Decl. ¶ 5.)  The same day, Plaintiffs' counsel asked

27   the Stonington Defendants' counsel for their consent to this application for a

28

APPLICATION TO CONTINUE HEARING ON STONINGTON DEFENDANTS' MOTION TO DISMISS

BOIES  SCHILLER  FLEXNER  LLP

B O I E S   S C H I L L E R   F L E X N E R   L L P

continuance.  Counsel for the Stonington Defendants refused to provide such consent.  (Wolosky Decl. at Exh. A.)  Counsel for the Stonington Defendants have never suggested that they are unavailable on Plaintiffs' suggested hearing date, August 27, 2018.

*Second*, good cause exists because Plaintiffs' proposed date will promote judicial efficiency.  Pursuant to this Court's June 7, 2018 order (ECF No. 83), Defendants Global Risk Advisors LLC and Kevin Chalker ("GRA Defendants") will file their motion to dismiss on July 23, 2018, noticing their hearing for August 27, 2018.  Judicial efficiency will be promoted combining the hearings for the Stonington Defendants' motion to dismiss and the GRA Defendants at the same time.[1]

*Third*, good cause exists because the Stonington Defendants' reason for refusing consent has already been rejected by this Court.  The Stonington Defendants explained their opposition as follows: "we read the Court's July 3 Order as requiring us to file and notice our motion as quickly as possible.  Also, Plaintiffs have insisted on pursuing significant discovery before the defendants have even responded to the Amended Complaint.  It is untenable for our clients to delay the hearing any further while unilateral discovery continues."  (Wolosky Decl. at Exh. A.)  As an initial matter, nothing in the Court's July 3, 2018 order continuing the Stonington Defendants' motion required an August 13, 2018, hearing date.  To the contrary, the Court found that a continuance of the motion to stay—to July 30, 2018—was warranted

---

[1] The Court currently has scheduled a hearing on July 30, 2018, for the State of Qatar's motion to dismiss (ECF No. 112), and the motions for a stay of discovery filed by State of Qatar and the Stonington Defendants. (ECF Nos. 80, 81.)  Although Plaintiffs do not seek that relief herein, they would not object to continuing all of these motions to August 27, 2018, to promote judicial efficiency.

1  because the issues purportedly justifying a stay of discovery "have been

2  known to the Stonington Defendants' counsel since the inception of this

3  action."  (ECF No. 122 at 2.)  The Court thus already has determined that the

4  Stonington Defendants' own delay in filing their motion to dismiss, while

5  Plaintiffs have conducted discovery in accordance with this Court's Standing

6  Order and May 7 Order (ECF Nos. 17, 46), shows that there is no urgency to

7  their motions.  In addition, the motions to stay filed by the State of Qatar and

8  the Stonington Defendants are set for hearing on July 30.  If the hearing goes

9  forward on that date, Plaintiffs' right to continue to pursue discovery likely

10  will be resolved prior to the August 13 hearing date noticed by the Stonington

11  Defendants.

12       This Court previously has granted joint stipulations extending time for

13  Defendants to answer Plaintiffs' complaint.  (*See* ECF Nos. 43, 83.)  In

14  addition, the Court has granted a joint stipulation setting a schedule for

15  Plaintiffs' filing of their First Amended Complaint and for the Defendants to

16  file dispositive motions or otherwise answer that complaint.  *See* ECF No. 46.

17  The Court has recently denied two joint stipulations that would have set the

18  hearing dates for the State of Qatar's and the Stonington Defendants' motions

19  to dismiss for August 6, 2018.  (*See* ECF Nos. 120-121.)

20       For the foregoing reasons, Plaintiffs respectfully request that the

21  hearing on the Stonington Defendants' Motion to Dismiss the First Amended

22  Complaint be continued and rescheduled for August 27, 2018 at 1:30 p.m.

23

24

25

26

27

28

BOIES SCHILLER FLEXNER LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:  July 10, 2018

**BOIES SCHILLER FLEXNER LLP**

By:   _/s/ Lee S. Wolosky_

Lee S. Wolosky
_Counsel for Plaintiffs_

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

B O I E S   S C H I L L E R   F L E X N E R   L L P

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2018, I caused Plaintiffs' Application to Continue Hearing on Stonington Defendants' Motion to Dismiss the First Amended Complaint and its attachments to be served on the counsel listed below, by ECF.

*/s/ Lee S. Wolosky*

Lee S. Wolosky
*Counsel for Plaintiffs*

For Defendant State of Qatar
Mark Y. Chen
Mitchell A. Kamin
Neema Trivedi Sahni
Rebecca Grace Van Tassel
Covington & Burling LLP
1999 Avenue of the Stars Suite 3500
Los Angeles, CA 90064

For Defendants Stonington Strategies LLC and Nicolas D. Muzin
Stephen J. Obermeier
Matthew John Gardner
Rebecca J. Fiebig
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Brian C. Vanderhoof
LeClairRyan LLP
725 South Figueroa Street Suite 350
Los Angeles, CA 90017

For Defendants Global Risk Advisors LLC and Kevin Chalker
Brendan R. McGuire
Hallie B. Levin
WilmerHale LLP
7 World Trade Center
New York, NY 10007

David Gringer
WilmerHale LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006

Rebecca A. Girolamo
WilmerHale LLP
350 South Grand Ave. Suite 2100
Los Angeles, CA 90017