# EXHIBIT A

| | |
|---|---|
| **From:** | Obermeier, Stephen |
| **To:** | Amy Neuhardt |
| **Cc:** | Lee Wolosky; Andrew Chesley; Gardner, Matthew |
| **Subject:** | RE: Stonington Motion to Dismiss |
| **Date:** | Friday, July 6, 2018 9:04:11 AM |

Amy,

Let me start by saying that I very much sympathize with Lee's situation, and I have no interest in disrupting his personal life, particularly something so important. In 99% of my cases, I would agree to this without a second thought, and I would expect counsel to cooperate with me if the shoe was on the other foot.

But as I think you know, the situation here is unique. We already tried to move the hearing to August 6, but that was rejected by the Court. At the same time, we read the Court's July 3 Order as requiring us to file and notice our motion as quickly as possible. Also, Plaintiffs have insisted on pursuing significant discovery before the defendants have even responded to the Amended Complaint. It is untenable for our clients to delay the hearing any further while unilateral discovery continues.

As a result, we're going to notice the hearing for 8/13. However, after we see what happens at the July 30 hearing, I am happy to talk again about a potential resolution that would both accommodate Lee's schedule and protect our clients' significant interests in having their motion to dismiss heard as quickly as possible. At the very least, it seems that Plaintiffs should consider asking the Court's permission for someone besides Lee to argue the motion.

Thank you,

Steve


Stephen J. Obermeier | Attorney at Law
**Wiley Rein LLP**
1776 K Street NW | Washington, DC 20006
T: 202.719.7465 | M: 202.390.4269 | sobermeier@wileyrein.com
www.wileyrein.com | Bio | LinkedIn | Twitter

---

**From:** Amy Neuhardt [mailto:aneuhardt@bsfllp.com]
**Sent:** Friday, July 6, 2018 9:00 AM
**To:** Obermeier, Stephen <SObermeier@wileyrein.com>
**Cc:** Lee Wolosky <lwolosky@BSFLLP.com>; Andrew Chesley <AChesley@BSFLLP.com>
**Subject:** RE: Stonington Motion to Dismiss

Steve – just following up on this. Can you let us know whether you will consent?

---

**From:** Amy Neuhardt

**Sent:** Thursday, July 5, 2018 3:02 PM
**To:** Obermeier, Stephen <SObermeier@wileyrein.com>
**Cc:** Lee Wolosky <lwolosky@BSFLLP.com>; Andrew Chesley <AChesley@BSFLLP.com>
**Subject:** Stonington Motion to Dismiss

Following up on our conversation earlier today, I would like to seek your consent to set Stonington's motion to dismiss for August 27 or later, rather than August 13.  As you have been aware for some time and as we informed the court in the joint scheduling stipulation months ago (attached), Lee is unavailable on August 13 or 21.  His daughter is an incoming college freshman, and he is moving her to college out-of-state, so this is an immovable obligation.  I know that you have some concern about discovery continuing during the two weeks between August 13 and August 27, but the Court already has indicated its intention to hear both stay motions on July 30, so that issue should be resolved one way or the other by August 13.  Finally, pursuant to the stipulation and order plaintiffs entered into with the GRA Defendants, their anticipated motion to dismiss will be set for hearing on August 27, and I suspect that there will be some overlap between the Stonington motion and the GRA motion, so there is judicial efficiency in consolidating the hearings.

Amy L. Neuhardt
Partner
Boies Schiller Flexner LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
(202) 274-1137

aneuhardt@bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com.