# EXHIBIT B

**From:** Joshua Libling
**Sent:** Tuesday, July 10, 2018 12:16 PM
**To:** 'Obermeier, Stephen'
**Cc:** Lee Wolosky; Amy Neuhardt
**Subject:** RE: Application to Continue Stonington's Motion to Dismiss Hearing

Steve,

We do not believe that waiting three weeks to file an application for a continuance is consistent with the Court's desire to receive continuance requests promptly given that all of the facts regarding Plaintiffs' unavailability are known now. Nor do we believe that the July 30 date is germane—either the Court will grant a stay of discovery, or the Court will decline to grant a stay, in which case the Court will have rejected your position that discovery is improper. Either way, there is no reason why a continuance could not be granted.

Joshua

**Joshua J. Libling**
Counsel

**BOIES SCHILLER FLEXNER LLP**

575 Lexington Avenue
New York, NY 10022
(t) +1 212 446 2381
jlibling@bsfllp.com
www.bsfllp.com

**From:** Obermeier, Stephen [mailto:SObermeier@wileyrein.com]
**Sent:** Monday, July 9, 2018 5:27 PM
**To:** Joshua Libling
**Cc:** Lee Wolosky; Amy Neuhardt
**Subject:** Application to Continue Stonington's Motion to Dismiss Hearing

Joshua,

I am writing to follow up on the telephone conversation we just had regarding Plaintiffs' intention to file an application to continue the hearing on Stonington's motion to dismiss now that the motion has been filed.

As I said on the call, my intention in my email to Amy on this issue was to try to avoid a dispute on the hearing date by waiting to see what happens during the hearings scheduled for July 30.  I sincerely want to work with Lee and avoid going to the Court, if possible.  However, if you insist on filing now, we'll have no choice but to file an opposition.

While I understand your reading of Judge Walter's order, I do not think it applies—particularly from a judicial efficiency standpoint—in this situation, where waiting a few weeks could result in the potential to resolve our dispute without disturbing the court.

I hope that you will reconsider your position and wait until July 30 to see if we can resolve this issue amicably.

Thank you,

Steve

Stephen J. Obermeier | Attorney at Law
**Wiley Rein LLP**
1776 K Street NW | Washington, DC 20006
T: 202.719.7465 | M: 202.390.4269 | sobermeier@wileyrein.com
www.wileyrein.com | Bio | LinkedIn | Twitter

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com.