1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>    Defendants. | Civil Case No.:<br>2:18-CV-02421-JFW-(Ex)<br><br>**ORDER ON JOINT STIPULATION REGARDING PLAINTIFFS' PUBLIC FILING OF PROTECTED INFORMATION ON JULY 6, 2018** |

As described more fully in the parties' Joint Stipulation, on July 6, 2018, counsel for the Plaintiffs caused Dkt. 126 to be filed on the public docket, notwithstanding the fact that the docket entry contained confidential information that had been provisionally designated as Attorney's Eyes Only by an Order of the United States District Court for the Southern District of New York (the "Protected Information").  Plaintiffs contend that the public filing of the Confidential Information was the result of an inadvertent clerical error.  That docket entry was subsequently sealed by the Court upon Plaintiffs' oral ex parte application.  Dkt. 128.

Presently before the Court is Plaintiffs' and Defendant State of Qatar's Joint Stipulation Regarding Plaintiffs' Public Filing of Confidential Information on July 6, 2018.  There is good cause for the remedial measures agreed upon by the parties therein in light of the substantial harm that may result from the disclosure of confidential information subject to a court-ordered confidentiality order.  Accordingly,

**IT IS HEREBY ORDERED:**

1. Notwithstanding the public filing of Dkt. 126, no party or their counsel shall discuss or disclose the Protected Information with anyone other than this Court or attorneys at the law firms of record for the parties or Mr. Allaham or anyone else entitled to have access to the Protected Information pursuant to the Order entered by the Southern District of New York, except that the parties may, in an effort to prevent further public dissemination or discussion of the Protected Information, refer to this Order and explain that the Protected Information should not have been publicly filed and is subject to a provisional "Attorney's Eyes Only" restriction which prohibits discussion or disclosure of the Protected Information except as provided by the Order entered by the Southern District of New York until such time as this Court has an opportunity to rule on a more permanent protective order in the underlying action.

2. On or before July 13, 2018, counsel for the Plaintiffs shall serve on Qatar declarations or affidavits sworn under penalty of perjury from the lawyers and legal staff

involved in the incident in which the Protected Information was publicly disclosed, describing in detail the acts that resulted in the public disclosure.

3.  Counsel for Plaintiffs shall undertake good faith, reasonable efforts to identify docketing service vendors that may have disseminated the Protected Information prior to this Court's sealing of Dkt. 126—such as PacerPro, PacerDash, LexisNexis, Westlaw, and similar services—and to obtain from any such vendors the identities of any subscribers who received copies of Dkt. 126 and thus may have received the Protected Information.

4.  Counsel for Plaintiffs shall undertake good faith, reasonable efforts to have such docketing service vendors recall any communications disseminating the Protected Information.

5.  Counsel for Plaintiffs shall inform Qatar's counsel of the efforts undertaken to identify relevant docketing service vendors, to obtain the identity of subscribers who received copies of the Protected Information, and to recall any communications from docketing service vendors disseminating the Protected Information.

6.  This Order is without prejudice to all rights of Qatar, including (without limitation) the right to seek further relief in the event Plaintiffs do not comply with the terms of this Order.

SO ORDERED:   July 10, 2018
              At:  4:40 p.m.
              Los Angeles, California

_____
Hon. John F. Walter
United States District Judge