# Exhibit B



LEE WOLOSKY<br>
Tel.: (212) 754-4205<br>
E-mail: lwolosky@bsfllp.com

June 18, 2018

**BY EMAIL**

Stephen J. Obermeier
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Re: *Broidy Capital Management et al. v. State of Qatar et al.*, Case No. 18-cv-02421-JFW (C.D. Cal.)

Dear Steve:

I have received your letter of June 15 regarding Mr. Muzin's phone records.

Mr. Muzin's phone records were produced to us by a third party in response to a valid subpoena to which neither your client nor anyone else objected. There is no protective order in place in this litigation. We therefore are under no obligation to treat those records as confidential, much less as subject to an Attorneys' Eyes Only designation. If you have contrary legal authority, please send it to us.

That said, as I represented to you on June 14, we have not provided Mr. Muzin's phone records to the media, and will not do so. I also represented that we will abide by whatever protective order is entered in this case. I see that notwithstanding my representations, today you publicly filed your June 15 letter containing false and unwarranted allegations against my firm and clients.

We have proposed addressing this issue at the meet and confer we have proposed for Wednesday, so that any issues that we are unable to resolve can be brought before the court in an efficient manner.



Please feel free to contact me if you would like to discuss this further.

Sincerely,

/s/ Lee Wolosky
Lee Wolosky
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022