UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 18-2421-JFW(Ex)                  Date:  July 11, 2018

Title:  BROIDY CAPITAL MANAGEMENT LLC, et al. v. STATE OF QATAR, et al.

**DOCKET ENTRY**

**PRESENT:**

HON.  **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                     None

**PROCEEDINGS:**   **(IN CHAMBERS)**

       The Court has read and considered all papers filed in support of and in opposition to the "Motion Re Issuance of Letter Rogatory to Ooredoo, Q.S.V." ("the Motion"), filed June 25, 2018.  The previously noticed July 20, 2018 hearing date is vacated.  The Court has taken the Motion under submission without oral argument.

       The Motion is granted in part and denied in part.  The Court is prepared to issue the "Request, etc." that is Exhibit 1 to the Motion, with modifications.  The modifications, which are reflected in the interlineated copy of Exhibit 1 attached hereto: (1) correct certain errors in Exhibit 1; (2) avoid making unnecessary and possibly unproven findings of fact; and (3) effect the denial of the Motion as to Document Request No. 5 (as unreasonably vague, overbroad and potentially disproportionate).  See Fed. R. Civ. P. 26(b)(1).  Plaintiffs promptly shall submit to the Court a proposed "Request, etc." implementing these modifications.

       cc:   Judge Walter
                  All Counsel of Record