**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (pro hac vice)
  lwolosky@bsfllp.com
Robert J. Dwyer (pro hac vice)
  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone:  (212) 446-2300
Fax:  (212) 446-2350

Amy L. Neuhardt (pro hac vice)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone:  (202) 237-2727
Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# DENIED
BY ORDER OF THE COURT

*Lead counsel is excused from appearing at hearing*

7/11/18

[signature: John F. Walter]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10, <br><br> Defendants. | Case No. 18-cv-02421-JFW <br><br> **[PROPOSED] ORDER CONTINUING HEARING ON STONINGTON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** <br><br> [Application and Declaration of Lee S. Wolosky filed concurrently herewith] <br><br> **The Honorable John F. Walter** <br><br> Existing Hrg Date: August 13, 2018 <br> Proposed Hrg Date: August 27, 2018 <br> Discovery Cut-Off Date: Not Set <br> Pre-Trial Conference Date: Not Set <br> Trial Date: Not Set |

1  Presently before the Court is Plaintiffs' Application to Continue the
2  Hearing on the Stonington Defendants' Motion to Dismiss the First Amended
3  Complaint, presently scheduled for August 13, 2018, at 1:30 p.m.  Good cause
4  for continuing the hearing having been shown, the Application is **GRANTED.**

5      **IT IS HEREBY ORDERED** that the hearing on the Stonington
6  Defendants' Motion to Dismiss the Case currently scheduled for August 13,
7  2018, is continued to August 27, 2018, at 1:30 p.m.

9      IT IS SO ORDERED.

**DENIED**

11  Dated: _____  BY ORDER OF THE COURT
12      The Hon. John F. Walter
    United States District Judge