NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

WILEY REIN LLP
Matthew J. Gardner, CBN: 257556
mgardner@wileyrein.com
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-4108
Fax: (202) 719-7049

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Broidy Capital Management, et al.

Plaintiff(s),

v.

State of Qatar, et al.

Defendant(s)

CASE NUMBER:

2:18-cv-2421

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Defendants Stonington Strategies LLC and Nicolas D. Muzin
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stonington Strategies LLC | Defendant |
| Nicolas D. Muzin | Defendant |
| Beazley Group | Insurer |

July 12, 2018

Date

s/ Matthew J. Gardner

Signature

Attorney of record for (or name of party appearing in pro per):

Defs. Stonington Strategies LLC and Nicolas D. Muzin