**Wilmer Cutler Pickering Hale and Dorr LLP**

Rebecca A. Girolamo, CA Bar No. 293422
  becky.girolamo@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5343 / Fax: (213) 443-5400

Brendan R. McGuire (pro hac vice)
  brendan.mcguire@wilmerhale.com
Phone: (212) 295-6278 / Fax: (212) 230-8888

*Attorneys for Defendants*
*Global Risk Advisors LLC and Kevin Chalker*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-CV-02421-JFW-E<br><br>The Honorable John F. Walter<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILINGS** |

1

# DECLARATION OF BRENDAN R. McGUIRE

I, Brendan R. McGuire, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Global Risk Advisors LLC and Defendant Kevin Chalker in this action, and I hereby submit this declaration in accordance with section 3(a) of Judge John F. Walter's Standing Order.[1]

2. I am Lead Trial Counsel for Defendant Global Risk Advisors LLC and Defendant Kevin Chalker in this case.

3. I am registered as an ECF user in the Central District of California, and my email address of record is brendan.mcguire@wilmerhale.com.

4. I consent to electronic service and receipt of filed documents by electronic means.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2018          Respectfully submitted,

                              Wilmer Cutler Pickering Hale and Dorr LLP

                              By: /s/ *Brendan R. McGuire*
                              Brendan R. McGuire

                              *Attorney for Defendants Global Risk*
                              *Advisors LLC and Kevin Chalker*

---

[1] Filing of this notice prior to filing a motion to dismiss should not be construed as indicating consent to jurisdiction on the part of Defendants Global Risk Advisors LLC and Kevin Chalker.

2