**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone: (212) 446-2300
Fax: (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 2005-2102
Phone: (202) 237-2727
Fax: (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 18-cv-02421-JFW<br><br>**DECLARATION OF GAVIN McGRANE RE FILING DOCKET ENTRY 126** |

## DECLARATION OF GAVIN McGRANE

I, Gavin McGrane, hereby declare as follows:

1. I am the Chief Executive Officer of PacerPro, Inc. ("PacerPro").

2. PacerPro provides customers with enhanced PACER tracking and monitoring services. Among other features, PacerPro emails subscribers enhanced notifications when documents are filed in federal cases they are tracking. Subscribers may choose to configure PacerPro to automatically attach to the email notifications full pdf copies of the documents that were filed. In addition, PacerPro maintains a database with copies of all documents filed in cases its subscribers are tracking.

3. On July 7, 2018, PacerPro received in email from Douglass A. Mitchell of Boies Schiller Flexner LLP ("Boies Schiller"). The email informed PacerPro that documents relating to Docket Entry 126 in Broidy v. State of Qatar, Case No. 2:18-cv-02421 in the Central District of California had inadvertently been filed in a way that made them publicly accessible. Mr. Mitchell informed PacerPro that, shortly after it was filed, the court entered an Order sealing Docket Entry 126 and that following entry of the sealing order, Docket Entry 126 was no longer publicly accessible.

4. Mr. Mitchell also asked PacerPro to do three things. First, he asked PacerPro to delete all copies of Docket Entry 126 from its systems. Second, Mr. Mitchell asked it to identify any subscribers (other than individuals who are affiliated with attorneys of record in Broidy v. State of Qatar) who had obtained copies of Docket Entry 126 from though PacerPro's service. Third, he asked us to provide him with information necessary to ensure that Docket Entry 126 could be clawed back back from any unauthorized recipients.

1

Case No. 18-cv-02421-JFW
DECLARATION OF GAVIN McGRANE

5. PacerPro located Docket Entry 126 in its database systems, and in conformity with company policy, promptly deleted all copies of the documents. Consequently, as of July 7, 2018, Docket Entry 126 is not on PacerPro's systems.

6. PacerPro also searched its database records and determined that Docket 126 had been sent to individuals from only one law firm other than those firms that had entered appearances in the the case. PacerPro sent notices to those individuals, informing them that Docket Entry 126 contained confidential information that was intended to be filed under seal and that the court had entered an order sealing the documents. PacerPro also asked the recipients to destroy all copies of Docket Entry 126 in their possession.

7. That same day, I emailed the recipient law firm to ensure they had received the notice and complied with the request to destroy all copies of Docket Entry 126 in its possession. The recipients confirmed that the firm had complied with the request and that all copies of Docket Entry 126 had been destroyed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 12, 2018    By: /s/ Gavin McGrane

Gavin McGrane