# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Attorney's Eyes Only

PROD00000010



Attorney's Eyes Only PROD00000011



Attorney's Eyes Only PROD00000012



Attorney's Eyes Only                                                                                                                PROD00000013



Attorney's Eyes Only                                                                                         PROD00000014



Attorney's Eyes Only PROD00000015



Attorney's Eyes Only
PROD00000016



Attorney's Eyes Only
PROD00000017



Attorney's Eyes Only

PROD00000018

Attorney's Eyes Only PROD00000019