**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone:  (212) 446-2300
Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone:  (202) 237-2727
Fax:  (202) 237-6131

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No.  18-cv-02421-JFW<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR THE COURT TO SOLICIT THE POSITION OF THE UNITED STATES DEPARTMENT OF STATE**<br><br>**The Honorable John F. Walter**<br><br>**[Memorandum of Points and Authorities; and [Proposed] Order filed concurrently herewith**<br><br>Hearing Date:  August 27, 2018<br>Time:  1:30 p.m.<br>Ctrm.:  7A |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR**
2  **ATTORNEYS OF RECORD:**

3  **PLEASE TAKE NOTICE** that on August 27, 2018, at 1:30 p.m., or as soon
4  thereafter as may be heard in Courtroom 7A in the United States District Court for the
5  Central District of California, located at 350 W. 1st Street, Los Angeles, California,
6  90012, Honorable John F. Walter presiding, Plaintiffs Broidy Capital Management
7  LLC and Elliott Broidy will appear and move the Court for an Order seeking the
8  position of the United States Department of State (the "State Department") regarding
9  two distinct areas:  (1) the foreign policy and national security questions raised by the
10 State of Qatar ("Qatar") in its motion to dismiss (ECF No. 112 at 1, 4, 5); (2) the
11 claims of derivative sovereign immunity and diplomatic agent immunity that
12 Defendants Nicolas D. Muzin and Stonington Strategies LLC (the "Stonington
13 Defendants") have raised in their motion to dismiss, (ECF No. 129-1 at 4-7); and (3)
14 the claims of derivative sovereign immunity and "foreign official" immunity that
15 Defendants Global Risk Advisors LLC and Kevin Chalker (the "GRA Defendants")
16 have indicated they intend to raise in their motion to dismiss (ECF No. 150 at 3).
17 Plaintiffs make this motion to provide the Court with the legal basis for and customary
18 procedures for obtaining information from the State Department with which to
19 evaluate Defendants' positions.  To the extent the Court has any uncertainty regarding
20 whether those issues impact its decision on the motions to dismiss in this case, the
21 position of the State Department is likely to inform and influence this Court's
22 analysis.

23 This Motion is based this Notice, the attached Memorandum of Points and
24 Authorities, all papers and pleadings on file in this action, and on such other oral and
25 documentary evidence as the Court may receive at or before the hearing on this
26 Motion.

27 **PLEASE TAKE FURTHER NOTICE** that this Motion is made following the
28

1 conference of counsel pursuant to Local Rule 7-3, which took place on July 11, 2018.
2 *See* Joint Pre-Filing Statement, ECF No. 151, filed on July 16, 2018.

Respectfully submitted,

Dated:  July 23, 2018

**BOIES SCHILLER FLEXNER LLP**

By:  */s/ Lee S. Wolosky*

LEE S. WOLOSKY
*Counsel for Plaintiffs*