| | |
|---|---|
| COVINGTON & BURLING LLP<br>Mitchell A. Kamin (Bar No. 202788)<br>  mkamin@cov.com<br>Neema T. Sahni (Bar No. 274240)<br>  nsahni@cov.com<br>Mark Y. Chen (Bar No. 310450)<br>  mychen@cov.com<br>Rebecca G. Van Tassell (Bar No. 310909)<br>  rvantassell@cov.com<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: + 1 424-332-4800<br>Facsimile: + 1 424-332-4749 | C. William Phillips (*pro hac vice*)<br>  cphillips@cov.com<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: + 1 212-841-1000<br>Facsimile: + 1 646-441-9081 |

*Attorneys for Defendant State of Qatar*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>  Defendants. | Civil Case No.:<br>2:18-CV-02421-JFW-(Ex)<br><br>[DISCOVERY MATTER]<br><br>**NOTICE OF DEFENDANT STATE OF QATAR'S MOTION FOR PROTECTIVE ORDER**<br><br>**Honorable Charles F. Eick**<br><br>Hearing Date: August 24, 2018<br>Time: 9:30 a.m.<br>Amended Complaint: May 24, 2018<br>Discovery Cut-Off: None Set<br>Pretrial Conference Date: None Set<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on Friday, August 24, 2018 at 9:30 a.m., or as soon thereafter as may be heard, in Courtroom 750 in the Roybal Federal Building and United States Courthouse, located at 255 East Temple Street, Los Angeles California, 90012, Honorable Charles F. Eick presiding, Defendant State of Qatar will appear and move the Court for issuance of a protective order in this action.

**PLEASE TAKE FURTHER NOTICE** that this motion is made following the conferences of counsel pursuant to Local Rule 37-1.  Pursuant to Local Rule 37-2, the parties are concurrently filing herewith a Joint Stipulation Pursuant to Local Rule 37-2 Regarding Defendant State of Qatar's Motion for Protective Order.

Dated:  August 1, 2018

COVINGTON & BURLING LLP

By:   */s/ Mitchell A. Kamin*
Mitchell A. Kamin
Email:  mkamin@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

*Attorneys for Defendant State of Qatar*