UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 18-2421-JFW(Ex)      Date: August 17, 2018

Title: BROIDY CAPITAL MANAGEMENT LLC, et al. v. STATE OF QATAR, et al.

**DOCKET ENTRY**

**PRESENT:**

HON. CHARLES F. EICK, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| DEPUTY CLERK | COURT REPORTER |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                        None

**PROCEEDINGS:**     **(IN CHAMBERS)**

       The Court has read and considered all papers filed in support of and in opposition to "Defendant State of Qatar's Motion for Protective Order" ("the Motion"), filed August 1, 2018. The previously noticed August 24, 2018 hearing date is vacated. The Court has taken the Motion under submission without oral argument.

       The Motion is granted. The "[Proposed] Protective Order," filed August 1, 2018, as Document 185-1 is hereby issued as the order of the Court.

cc:    Judge Walter
        All Counsel of Record