Name: Jason Levin
Address: 633 West Fifth Street Suite 700
City, State, Zip: Los Angeles, CA 90071
Phone: 213-439-9455
Fax: 213-439-9599
E-Mail: jlevin@steptoe.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY

PLAINTIFF(S),

v.

STATE OF QATAR, et al.

DEFENDANT(S).

CASE NUMBER: 18-cv-02421-JFW

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that __BROIDY CAPITAL MGMT and ELLIOTT BROIDY__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Dkt. # 198 (Aug. 8, 2018) (see attached)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __August 8, 2018__. Entered on the docket in this action on __August 8, 2018 (Dkt #198)__.

A copy of said judgment or order is attached hereto.

September 21, 2018
Date

/s Jason Levin
Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**STEPTOE & JOHNSON LLP**

Jason Levin (Cal. Bar. No. 161807)
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Phone: (213) 439-9455
Fax: (213) 439-9599

Fil Agusti (*Pro Hac Vice* Motion Pending)
Shannen W. Coffin (*Pro Hac Vice* Motion Pending)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone (202) 429-3000
Fax:  (202) 429-3902

**BOIES SCHILLER FLEXNER LLP**

David K. Willingham (Cal. Bar No. 198874)
   dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
   lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
   rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone:  (212) 446-2300
Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone:  (202) 237-2727
Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF QATAR, *et al.* <br> Defendants. | Case No. 18-cv-02421-JFW <br><br> **PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** <br><br> **The Honorable John F. Walter** |

NOTICE IS HEREBY GIVEN that Broidy Capital Management LLC and Elliott Broidy, plaintiffs in the above-named case (collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order granting in part and denying in part Defendant State of Qatar's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(2) entered in this action on the 8th day of August, 2018 (ECF No. 198), attached as Exhibit A.

This is a protective notice of appeal. Because the Order subject to this appeal did not dismiss all defendants at that time, the Order was not final as of the date of entry. *See* Fed. R. Civ. P. 54(b). Two subsequent orders, however, dismissed the remaining defendants that had been served in this case, with the last of those orders (*see* ECF No. 212) entered on August 22, 2018.

On September 20, 2018, this Court issued a Text Entry Order (ECF. No. 219) clarifying that the "Court has not entered a final judgment with respect to Qatar," and directing further proceedings to dismiss remaining unserved defendants. In an abundance of caution and to preserve all appellate rights, however, plaintiffs have noticed this appeal of the August 8, 2018 Order (ECF No. 198) within 30 days of the August 22, 2018 date.

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: September 21, 2018

**STEPTOE & JOHNSON LLP**
By: */s/* Jason Levin

Jason Levin (Cal. Bar. No. 161807)
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Phone: (213) 439-9455
Fax: (213) 439-9599

*Counsel for Plaintiffs*

# REPRESENTATION STATEMENT

The undersigned represents Plaintiffs-Appellants Broidy Capital Management LLC and Elliott Broidy.  Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement.  The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellants Broidy Capital Management LLC and Elliott Broidy | David K. Willingham<br>dwillingham@bsfllp.com<br>Boies Schiller Flexner LLP<br>725 South Figueroa Street, Floor 31<br>Los Angeles, California 90017-5524<br>Phone: (213) 629-9040<br>Fax: (213) 629-9022<br><br>Lee S. Wolosky<br>lwolosky@bsfllp.com<br>Robert J. Dwyer<br>rdwyer@bsfllp.com<br>Boies Schiller Flexner LLP<br>575 Lexington Ave., Floor 7<br>New York, NY 10022-6138<br>Phone:  (212) 446-2300<br>Fax:  (212) 446-2350<br><br>Amy L. Neuhardt<br>aneuhardt@bsfllp.com<br>Boies Schiller Flexner LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005-2102<br>Phone:  (202) 237-2727<br>Fax:  (202) 237-6131 |

| | |
|---|---|
| | Travis LeBlanc<br>tleblanc@bsfllp.com<br>Boies Schiller Flexner LLP<br>435 Tasso Street Suite 205<br>Palo Alto, CA 94301<br>Phone: (650) 445-6400<br>Fax: (650) 329-8507<br><br>Jason Levin<br>Steptoe & Johnson LLP<br>633 West Fifth Street, Suite 700<br>Los Angeles, California  90071<br>Phone: (213) 439-9455<br>Fax: (213) 439-9599<br><br>Fil Agusti (*Pro Hac Vice* Motion Pending)<br>Shannen W. Coffin (*Pro Hac Vice* Motion Pending)<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Phone (202) 429-3000<br>Fax:  (202) 429-3902 |
| Defendant-Appellee State of Qatar | Mitchell A. Kamin<br>mkamin@cov.com<br>Rebecca Van Tassell<br>rvantassel@cov.com<br>Mark Y. Chen<br>mychen@cov.com<br>Neema Trivedi Sahni<br>nsahni@cov.com<br>Covington and Burling LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (424) 332-4800<br>Fax: (424) 332-4749 |

| | | |
|---|---|---|
| | | C. William Phillips<br>cphillips@cov.com<br>Covington and Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Phone: (212) 841-1081<br>Fax: (646) 441-9161 |
| | Defendants Stonington Strategies LLC<br>and Nicolas D. Muzin | Stephen J. Obermeier<br>sobermeier@wileyrein.com<br>Matthew John Gardner<br>mgardner@wileyrein.com<br>Rebecca J. Fiebig<br>rfiebig@wileyrein.com<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Phone: (202) 719-7465<br>Fax: (202) 719-7049<br><br>Brian C. Vanderhoof<br>brian.vanderhoof@leclairryan.com<br>LeClairRyan LLP<br>725 South Figueroa Street Suite 350<br>Los Angeles, CA 90017<br>Phone: (213) 488-0503<br>Fax: (213) 624-3755 |
| | Defendants Global Risk Advisors LLC<br>and Kevin Chalker | Brendan R McGuire<br>brendan.mcguire@wilmerhale.com<br>Hallie B Levin<br>hallie.levin@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Phone: (212) 295-6278<br>Fax: (212) 230-8888 |

| | | |
|---|---|---|
| | | David Gringer<br>david.gringer@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Phone: (202) 663-6674<br>Fax: (202) 663-6363<br><br>Rebecca A Girolamo<br>rebecca.girolamo@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue Suite 2100<br>Los Angeles, CA 90071<br>Phone: (213) 443-5343<br>Fax: (213) 443-5400 |
| | David Mark Powell | Not Yet Served |
| | Mohammed bin Hamad bin Khalifa Al Thani | Not Yet Served |
| | Ahmed Al-Rumaihi | Not Yet Served |

Dated: September 21, 2018

**STEPTOE & JOHNSON LLP**
By: /s/ Jason Levin

Jason Levin (Cal. Bar. No. 161807)
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Phone: (213) 439-9455
Fax: (213) 439-9599

*Counsel for Plaintiffs*

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to all counsel of record.

By: /s/ Jason Levin