**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone: (202) 237-2727
Fax: (202) 237-6131

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone: (212) 446-2300
Fax: (212) 446-2350

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 18-cv-02421-JFW<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS POWELL, AL-RUMAIHI, AND AL THANI**<br><br>**The Honorable John F. Walter**<br><br>Amended Complaint: May 24, 2018<br>Discovery Cut-Off: March 1, 2019<br>Pretrial Conf. Date: June 7, 2019<br>Trial Date: June 25, 2019 |

| | |
|---|---|
| 1 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| 2 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs |
| 3 | hereby give notice that they voluntarily dismiss this action without prejudice |
| 4 | against Defendants Ahmed Al-Rumaihi, David Mark Powell, and Mohammed |
| 5 | Bin Hamad Bin Khalifa Al Thani. |

Respectfully submitted,

Dated: September 24, 2018

**BOIES SCHILLER FLEXNER LLP**

By:  */s/ Lee S. Wolosky*

LEE S. WOLOSKY

*Counsel for Plaintiffs*