# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Civil Case No.:<br>2:18-CV-02421-JFW-(Ex)<br><br>**[Assigned to Hon. John F. Walter]**<br><br>**ORDER OF FINAL JUDGMENT**<br><br>Amended Complaint Filed: March 26, 2018 |

On August 8, 2018, the Court issued an order granting a Motion to Dismiss brought by Defendant State of Qatar pursuant to Rule 12(b)(1) and Rule 12(b)(2) on the basis that Qatar is immune from suit under the Foreign Sovereign Immunities Act, and thereby dismissed Qatar from this action without leave to amend. **Dkt. 198.**

On August 16, 2018, the Court issued an order granting a Motion to Dismiss brought by Defendants Stonington Strategies and Nicolas D. Muzin (collectively, the "Stonington Defendants") for lack of personal jurisdiction, and thereby dismissed the Stonington Defendants from this action without leave to amend. **Dkt. 209.** Because the Court lacked jurisdiction over Plaintiffs' claims against the Stonington Defendants, the dismissal is properly considered as a dismissal without prejudice.

On August 22, 2018, the Court issued an order granting a Motion to Dismiss brought by Defendants Global Risk Advisors and Kevin Chalker (collectively, the "GRA Defendants") for lack of personal jurisdiction, and thereby dismissed the GRA Defendants from this action without leave to amend. **Dkt. 212.** Because the Court lacked jurisdiction over Plaintiffs' claims against the GRA Defendants, the dismissal is properly considered as a dismissal without prejudice.

On September 20, 2018, the Court issued a minute order, **Dkt. 219,** that provided:

> … In light of Plaintiffs apparent willingness to dismiss the Unserved Defendants, Plaintiffs shall file the dismissals on or before September 24, 2018. After the dismissals are filed, Lead Counsel are ordered to meet and confer and prepare a joint proposed Judgment. The parties shall lodge a joint proposed Judgment with the Court on or before September 26, 2018. In the unlikely event that counsel are unable to agree upon a joint proposed Judgment, the parties shall each submit separate versions of a proposed Judgment, along with a declaration outlining their objections to the opposing party's version, no later than September 26, 2018. All issues regarding the

Designations made pursuant to the Protective Order shall be submitted to Magistrate Judge Charles F. Eick.

Pursuant to that order, on September 24, Plaintiffs filed a Notice of Voluntary Dismissal, voluntarily dismissing the remaining defendants in this action: David Mark Powell, Mohammed Bin Hamad Bin Khalifa Al Thani, and Ahmed Al-Rumaihi(collectively, the "Unserved Defendants"). **Dkt. 223.** The Plaintiffs' dismissal of the Unserved Defendants was made without prejudice.

Accordingly, as all defendants have been dismissed from this action,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Final Judgment is entered in favor of the State of Qatar, the Stonington Defendants and the GRA Defendants on Plaintiffs' First Amended Complaint, and Plaintiffs shall take nothing thereby.

2. Judgment as to the Stonington Defendants and the GRA Defendants is without leave to amend and without prejudice.

3. Plaintiffs' First Amended Complaint is dismissed, as to all causes of action.

4. All issues regarding the Designations made pursuant to the Protective Order shall be submitted to Magistrate Judge Charles F. Eick.

5. This order constitutes a final, appealable judgment.

DATED: September 27, 2018

_____
The Honorable John F. Walter
United States District Judge