Name: Jason Levin
Address: 633 West Fifth Street Suite 700
City, State, Zip: Los Angeles, CA 90071
Phone: 213-439-9455
Fax: 213-439-9599
E-Mail: jlevin@steptoe.com

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY

PLAINTIFF(S),

v.

STATE OF QATAR, et al.

DEFENDANT(S).

CASE NUMBER: 18-cv-02421-JFW

**AMENDED NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that  BROIDY CAPITAL MGMT and ELLIOTT BROIDY  hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Dkt. No. 198 (Aug. 8, 2018)

☒ Judgment (specify): Dkt. No. 227 (Sept. 27, 2018)

☐ Other (specify):

Imposed or Filed on  Sept. 27, 2018 . Entered on the docket in this action on  Sept. 27, 2018 (Dkt # 227) .

A copy of said judgment or order is attached hereto.

September 28, 2018
Date

/s Jason Levin
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**STEPTOE & JOHNSON LLP**

Jason Levin (Cal. Bar. No. 161807)
jlevin@steptoe.com
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Phone: (213) 439-9455
Fax: (213) 439-9599

Fil Agusti (*pro hac vice*)
Shannen W. Coffin (p*ro hac vice*)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone (202) 429-3000
Fax:  (202) 429-3902

**BOIES SCHILLER FLEXNER LLP**

David K. Willingham (Cal. Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone:  (212) 446-2300
Fax:  (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone:  (202) 237-2727
Fax:  (202) 237-6131

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, *et al.*<br>Defendants. | Case No. 18-cv-02421-JFW<br><br>**PLAINTIFFS' AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>**The Honorable John F. Walter** |

Broidy Capital Management LLC and Elliott Broidy, plaintiffs in the above-named case (collectively, "Plaintiffs"), hereby file this Amended Notice of Appeal to the U.S. Court of Appeals for the Ninth Circuit.

On September 21, 2018, Plaintiffs filed a protective notice of appeal to the Ninth Circuit of this Court's order granting in part and denying in part Defendant State of Qatar's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(2) entered in this action on the 8th day of August, 2018 (ECF No. 198). *See* ECF No. 221 (Sept. 21, 2018, Notice of Appeal).

When Plaintiffs filed that notice, this Court had not yet entered final judgment. After Plaintiffs' voluntary dismissal of the remaining unserved defendants, however, this Court entered final judgment dismissing the claims against the State of Qatar and other defendants. (ECF No. 227).

In an abundance of caution, Plaintiffs amend their prior notice to also appeal the portion of the final judgment dismissing Qatar from this action. *See* ECF No. 227. Copies of the Aug. 8, 2018, order (ECF No. 198) and the final judgment (ECF. 227), both of which are the subject of this appeal, are attached to this notice.

Plaintiffs' Representation Statement is attached to this notice as required by Ninth Circuit Rule 3-2(b).

Dated: September 28, 2018       **STEPTOE & JOHNSON LLP**
By:   /s/ Jason Levin

Jason Levin (Cal. Bar. No. 161807)
633 West Fifth Street, Suite 700
Los Angeles, California  90071
Phone: (213) 439-9455
Fax: (213) 439-9599

*Counsel for Plaintiffs*

# REPRESENTATION STATEMENT

The undersigned represents Plaintiffs-Appellants Broidy Capital Management LLC and Elliott Broidy. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellants Broidy Capital Management LLC and Elliott Broidy | David K. Willingham<br>dwillingham@bsfllp.com<br>Boies Schiller Flexner LLP<br>725 South Figueroa Street, Floor 31<br>Los Angeles, California 90017-5524<br>Phone: (213) 629-9040<br>Fax: (213) 629-9022<br><br>Lee S. Wolosky<br>lwolosky@bsfllp.com<br>Robert J. Dwyer<br>rdwyer@bsfllp.com<br>Boies Schiller Flexner LLP<br>575 Lexington Ave., Floor 7<br>New York, NY 10022-6138<br>Phone: (212) 446-2300<br>Fax: (212) 446-2350<br><br>Amy L. Neuhardt<br>aneuhardt@bsfllp.com<br>Boies Schiller Flexner LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005-2102<br>Phone: (202) 237-2727<br>Fax: (202) 237-6131 |

| | |
|---|---|
| | Travis LeBlanc<br>tleblanc@bsfllp.com<br>Boies Schiller Flexner LLP<br>435 Tasso Street Suite 205<br>Palo Alto, CA 94301<br>Phone: (650) 445-6400<br>Fax: (650) 329-8507<br><br>Jason Levin<br>Steptoe & Johnson LLP<br>633 West Fifth Street, Suite 700<br>Los Angeles, California  90071<br>Phone: (213) 439-9455<br>Fax: (213) 439-9599<br><br>Fil Agusti (*pro hac vice*)<br>Shannen W. Coffin (*pro hac vice*)<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Phone (202) 429-3000<br>Fax:  (202) 429-3902 |
| Defendant-Appellee State of Qatar | Mitchell A. Kamin<br>mkamin@cov.com<br>Rebecca Van Tassell<br>rvantassel@cov.com<br>Mark Y. Chen<br>mychen@cov.com<br>Neema Trivedi Sahni<br>nsahni@cov.com<br>Covington and Burling LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (424) 332-4800<br>Fax: (424) 332-4749 |

| | | |
|---|---|---|
| | | C. William Phillips<br>cphillips@cov.com<br>Covington and Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Phone: (212) 841-1081<br>Fax: (646) 441-9161 |
| | Defendants Stonington Strategies LLC<br>and Nicolas D. Muzin | Stephen J. Obermeier<br>sobermeier@wileyrein.com<br>Matthew John Gardner<br>mgardner@wileyrein.com<br>Rebecca J. Fiebig<br>rfiebig@wileyrein.com<br>Wiley Rein LLP<br>1776 K Street NW<br>Washington, DC 20006<br>Phone: (202) 719-7465<br>Fax: (202) 719-7049<br><br>Brian C. Vanderhoof<br>brian.vanderhoof@leclairryan.com<br>LeClairRyan LLP<br>725 South Figueroa Street Suite 350<br>Los Angeles, CA 90017<br>Phone: (213) 488-0503<br>Fax: (213) 624-3755 |
| | Defendants Global Risk Advisors LLC<br>and Kevin Chalker | Brendan R McGuire<br>brendan.mcguire@wilmerhale.com<br>Hallie B Levin<br>hallie.levin@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Phone: (212) 295-6278<br>Fax: (212) 230-8888 |

| | David Gringer<br>david.gringer@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Phone: (202) 663-6674<br>Fax: (202) 663-6363<br><br>Rebecca A Girolamo<br>rebecca.girolamo@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue Suite 2100<br>Los Angeles, CA 90071<br>Phone: (213) 443-5343<br>Fax: (213) 443-5400 |
|---|---|
| David Mark Powell | Not Yet Served |
| Mohammed bin Hamad bin Khalifa Al Thani | Not Yet Served |
| Ahmed Al-Rumaihi | Not Yet Served |

Dated:  September 28, 2018

**STEPTOE & JOHNSON LLP**
By:   */s/* Jason Levin

Jason Levin (Cal. Bar. No. 161807)
633 West Fifth Street, Suite 700
Los Angeles, California  90071
Phone: (213) 439-9455
Fax: (213) 439-9599

*Counsel for Plaintiffs*

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to all counsel of record.

By: /s/ Jason Levin