**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
 dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Lee S. Wolosky (*pro hac vice*)
 lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
 rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone: (212) 446-2300
Fax: (212) 446-2350

Amy L. Neuhardt (*pro hac vice*)
 aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone: (202) 237-2727
Fax: (202) 237-6131

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 18-cv-02421-JFW<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE JOINT STIPULATION PURSUANT TO LOCAL RULE 37-2 RE MOTION CHALLENGING DEFENDANT QATAR'S DESIGNATIONS OF MATERIAL UNDER THE PROTECTIVE ORDER AND REFERENCES TO THOSE EXHIBITS**<br><br>[Declaration of Lee S. Wolosky and Exhibits; and [Proposed] Order filed concurrently herewith]<br><br>**The Honorable CHARLES F. EICK**<br><br>Hearing Date: November 2, 2018<br>Time: 9:30 a.m. |

Pursuant to Local Rule 79-5.2.2(b), Broidy Capital Management LLC and Elliott Broidy ("Plaintiffs") herein file this application to seal (1) exhibits 3, 5-6, and 10-18 to the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Motion Challenging Defendant the State of Qatar's ("Qatar's") Designations of Material Under the Protective Order, (2) references to the content of those exhibits in the Joint Stipulation, and (3) portions of certain communications between Plaintiffs and Qatar.

In a September 11, 2018 letter to Plaintiffs' counsel, Qatar designated thirty pages of documents of third-party discovery materials as Highly Confidential – Attorneys Eyes Only. The documents designated involve communications among four individuals: Defendant Nicolas Muzin, Joseph Allaham, Jamal Benomar, and Ahmed Al-Rumaihi. Qatar also designated as Confidential or Highly Confidential – Attorneys' Eyes Only portions of the transcript of the deposition of Joseph Allaham. Finally, Qatar designated portions of its communications with Plaintiffs as Confidential or Highly Confidential –Attorneys' Eyes Only.

As set forth in their portion of the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Motion Challenging Defendant Qatar's Designations of Material Under the Protective Order, Plaintiffs maintain that all of Qatar's designations are improper and fully brief their objections to those designations in the Joint Stipulation. Under Local Rule 79-5.2.2(b), a party objecting to designations pursuant to a protective order must nevertheless file an application to seal those designated documents. Pursuant to Local Rule 79-5.2.2(b)(i), Qatar bears the burden of "establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome."

Defendant Qatar has requested that the following materials be filed under seal:

| Exhibit | Document | Portions to be Sealed | Qatar Designation |
|---|---|---|---|
| Ex. A | Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Motion Challenging Defendant Qatar's Designations of Material Under the Protective Order | Highlighted Portions | N/A |
| Ex. 3 to the Joint Stipulation | Plaintiffs' September 8, 2018 Letter | Highlighted Portions | Confidential and Highly Confidential – Attorneys' Eyes Only |
| Ex. 5 to the Joint Stipulation | Plaintiffs' September 13, 2018 Email | Highlighted Portions | Highly Confidential – Attorneys' Eyes Only |
| Ex. 6 to the Joint Stipulation | Qatar's September 14, 2018 Email | Highlighted Portions | Highly Confidential – Attorneys' Eyes Only |
| Ex. 10 to the Joint Stipulation | Email from Nick Muzin Containing Draft Proposed Lobbying Strategy | Entirety of Exhibit | Highly Confidential – Attorneys' Eyes Only |
| Ex. 11 to the Joint Stipulation | Email from Nick Muzin Containing Draft Proposed Lobbying Strategy | Entirety of Exhibit | Highly Confidential – Attorneys' Eyes Only |
| Ex. 12 to the Joint Stipulation | Email from Nick Muzin Containing Draft Proposed Lobbying Strategy | Entirety of Exhibit | Highly Confidential – Attorneys' Eyes Only |

| | | | |
|---|---|---|---|
| Ex. 13 to the Joint Stipulation | Email from Nick Muzin Containing Proposed Lobbying Strategy | Entirety of Exhibit | Highly Confidential – Attorneys' Eyes Only |
| Ex. 14 to the Joint Stipulation | WhatsApp Messages Amongst Joseph Allaham, Jamal Benomar, and Ahmed Al-Rumaihi | Entirety of Exhibit | Highly Confidential – Attorneys' Eyes Only |
| Ex. 15 to the Joint Stipulation | WhatsApp Messages Amongst Nick Muzin, Joseph Allaham, and Jamal Benomar | Highlighted Portions | Highly Confidential – Attorneys' Eyes Only |
| Ex. 16 to the Joint Stipulation | WhatsApp Messages Amongst Nick Muzin, Joseph Allaham, and Jamal Benomar | Entirety of Exhibit | Highly Confidential – Attorneys' Eyes Only |
| Ex. 17 to the Joint Stipulation | Bank Records | Entirety of Exhibit | Highly Confidential – Attorneys' Eyes Only |
| Ex. 18 to the Joint Stipulation | Transcript of the Deposition of Joseph Allaham | Highlighted Portions | Confidential and Highly Confidential – Attorneys' Eyes Only |

Dated:  October 1, 2018

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**
By:   */s/ Lee S. Wolosky*

LEE S. WOLOSKY
*Counsel for Plaintiffs*