**BOIES SCHILLER FLEXNER LLP**
David K. Willingham (State Bar No. 198874)
  dwillingham@bsfllp.com
725 South Figueroa Street, Floor 31
Los Angeles, California 90017-5524
Phone: (213) 629-9040
Fax: (213) 629-9022

Amy L. Neuhardt (*pro hac vice*)
  aneuhardt@bsfllp.com
1401 New York Avenue, NW
Washington, DC 20005-2102
Phone: (202) 237-2727
Fax: (202) 237-6131

Lee S. Wolosky (*pro hac vice*)
  lwolosky@bsfllp.com
Robert J. Dwyer (*pro hac vice*)
  rdwyer@bsfllp.com
575 Lexington Ave., Floor 7
New York, NY 10022-6138
Phone: (212) 446-2300
Fax: (212) 446-2350

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>Defendants. | Case No. 18-cv-02421-JFW<br><br>**DECLARATION OF LEE S. WOLOSKY TO THE APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE JOINT STIPULATION PURSUANT TO LOCAL RULE 37-2 RE MOTION CHALLENGING DEFENDANT QATAR'S DESIGNATIONS OF MATERIAL UNDER THE PROTECTIVE ORDER AND REFERENCES TO THOSE EXHIBITS**<br><br>[Plaintiffs' Application for Leave to File Under Seal and Proposed Order filed concurrently herewith]<br><br>**The Honorable CHARLES F. EICK**<br><br>Hearing Date: November 2, 2018<br>Time: 9:30 a.m. |

# DECLARATION OF LEE S. WOLOSKY

I, Lee S. Wolosky, hereby declare as follows:

1. I am a Partner in the law firm of Boies Schiller Flexner LLP. I represent Plaintiffs Broidy Capital Management LLC and Elliott Broidy in this action.

2. I submit this application in support of the Application to Seal Exhibits and References to Exhibits to the Joint Stipulation Pursuant to Local Rule 37-2 Regarding the Motion Challenging Defendant Qatar's Designations of Material Under the Protective Order (the "Joint Stipulation").

3. The Joint Stipulation is attached as Exhibit A.

4. The Proposed Order Granting the Motion Challenging Defendant Qatar's Designations of Material Under the Protective Order is attached as Exhibit B.

5. On September 6, 2018, the State of Qatar ("Qatar"), Kevin Chalker and Global Risk Advisors LLC (together, the "GRA Defendants"), and Stonington Strategies LLC and Nicolas D. Muzin (together, the "Stonington Defendants") sent separate emails to Plaintiffs designating certain materials produced by third-parties as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Protective Order entered in this matter.

6. Defendants' September 6, 2018 emails are attached as Exhibit 1 to the Joint Stipulation.

7. The Protective Order in this matter is attached as Exhibit 2 to the Joint Stipulation.

8. This Court's order adopting the Protective Order in this matter is attached as Exhibit 7 to the Joint Stipulation.[1]

9. In a letter dated September 8, 2018, Plaintiffs objected to those designations.

10. Plaintiffs' September 8, 2018 letter is attached as Exhibit 3 to the Joint Stipulation.

11. The portion of Exhibit 3 designated Confidential is highlighted in yellow. The portion of Exhibit 3 designated Highly Confidential – Attorneys' Eyes Only is highlighted in red.

12. On September 11, 2018, Qatar sent a letter to Plaintiffs clarifying its designations, limiting its designations to thirty pages of documents of third-party discovery materials as Highly Confidential – Attorneys' Eyes Only. The documents designated involve communications among four individuals: Defendant Nicolas Muzin, Joseph Allaham, Jamal Benomar, and Ahmed Al-Rumaihi. Qatar also designated as Confidential or Highly Confidential – Attorneys' Eyes Only portions of the transcript of the deposition of Joseph Allaham. Qatar made these designations pursuant to the Protective Order in this action

13. Qatar's September 11, 2018 letter is attached as Exhibit 4 to the Joint Stipulation.

14. Qatar designated as Highly Confidential – Attorneys' Eyes Only emails from Nick Muzin attaching proposed lobbying strategies. Those emails and attachments are attached as Exhibits 10-13 to the Joint Stipulation.

---

[1] In an effort to avoid duplicative exhibit numbering, Plaintiffs rely on the exhibit numbering used in the Joint Stipulation for this Declaration. That numbering results in certain exhibits appearing out of order in this Declaration.

15. Qatar designated as Highly Confidential – Attorneys' Eyes Only WhatsApp messages amongst Nick Muzin, Joseph Allaham, Jamal Benomar, and Ahmed Al-Rumaihi. Those WhatsApp messages are attached as Exhibits 14-16 to the Joint Stipulation.

16. The portion of Exhibit 15 designated Highly Confidential – Attorneys' Eyes Only is highlighted in red.

17. Qatar designated as Highly Confidential – Attorneys' Eyes Only bank records showing payment from Ahmed Al-Rumaihi to Joseph Allaham. Those bank records are attached as Exhibit 17 to the Joint Stipulation.

18. Qatar designated as Confidential and Highly Confidential – Attorneys' Eyes Only portions of the transcript of the deposition of Joseph Allaham. The transcript of the deposition of Joseph Allaham is attached as Exhibit 18 to the Joint Stipulation.

19. The portion of Exhibit 18 designated Confidential is highlighted in yellow. The portion of Exhibit 18 designated Highly Confidential – Attorneys' Eyes Only is highlighted in red.

20. The parties held a telephonic meet and confer on Wednesday, September 12, 2018 at 4:30 p.m. Eastern Daylight Time to discuss Plaintiffs' intention to challenge the designations made by Defendants pursuant to the Protective Order. Lee Wolosky, Amy Neuhardt and Sam Kleiner of Boies Schiller Flexner LLP participated on behalf of Plaintiffs. Jonathan Gimblett, William Phillips, and Neema Sahni of Covington & Burling LLP participated on behalf of Qatar. Steve Obermeier and Matt Gardner of Wiley Rein LLP participated on behalf of the Stonington Defendants. David Gringer of Wilmer Cutler Pickering Hale and Dorr LLP participated on behalf of the GRA Defendants. During the meet and confer, Plaintiffs objected to all of

1 Qatar's designations of materials as Confidential or Highly Confidential–
Attorneys' Eyes Only.

21. The Stonington Defendants since have withdrawn many of their designations and Plaintiffs have agreed not to challenge the remaining designations at this time. Plaintiffs also have decided not to challenge the designations made by the GRA Defendants at this time.

22. On September 13, 2018, Plaintiffs sent an email to Qatar with additional objections to Qatar's September 11, 2018 designations.

23. Plaintiffs' September 13, 2018 email is attached as Exhibit 5 to the Joint Stipulation.

24. The portion of Exhibit 5 designated Highly Confidential – Attorneys' Eyes Only is highlighted in red.

25. On September 14, 2018, Qatar sent an email to Plaintiffs withdrawing the designation of one page as Confidential but otherwise maintained all of its designations.

26. Qatar's September 14, 2018 email is attached as Exhibit 6 to the Joint Stipulation.

27. The portion of Exhibit 6 designated Highly Confidential – Attorneys' Eyes Only is highlighted in red.

28. On September 21, 2018, Plaintiffs sent Qatar their portion of a Joint Stipulation Challenging Qatar's Designations of Materials Pursuant to the Protective Order. Plaintiffs highlighted portions of the Joint Stipulation that either quoted from or described the materials Qatar had designated as Confidential or Highly Confidential–Attorneys' Eyes Only. Plaintiffs also sent Qatar their exhibits to the Joint Stipulation.

29. The parties held a telephonic meet and confer on Wednesday, September 25, 2018 at 6:00 p.m. Eastern Daylight Time to discuss what if any exhibits or references to exhibits needed to be filed under seal with respect to the Joint Stipulation. Lee Wolosky, Jonathan Shaw, William Bloom, and Sam Kleiner of Boies Schiller Flexner LLP participated on behalf of Plaintiffs. Mitchell A. Kamin and Neema T. Sahni of Covington & Burling LLP participated on behalf of Qatar. Also on the call were Steve Obermeier of Wiley Rein LLP on behalf of the Stonington Defendants and David Gringer of Wilmer Cutler Pickering Hale and Dorr LLP on behalf of the GRA Defendants. During the call, Plaintiffs expressed their continued belief that none of the materials or references to the materials should be designated as Confidential or Highly Confidential–Attorneys' Eyes Only. Qatar maintained that all of the materials and references to the materials should maintain their designations and be sealed. Plaintiffs explained that they would maintain Qatar's designations when filing their Application to Seal Exhibits to the Joint Stipulation but reminded Qatar of its obligations under Local Rule 79-5.2.2(b) to establish the necessity for filing any of the designated materials or references to those materials under seal. Qatar offered to provide such proposed redactions, if any, to the designated materials as it was willing to agree to in lieu of sealing when it sent its portion of the Joint Stipulation on Friday, September 28, 2018.

30. On September 28, 2018, Qatar sent its portion of the Joint Stipulation to Plaintiffs. Additionally, Qatar listed the documents it wanted to apply to seal, both in full and partially. Plaintiffs responded with the complete Joint Stipulation and requested that Qatar confirm the list of documents it wished to apply to seal.

31. On October 1, 2018, Qatar confirmed the list of documents it wished to apply to seal.

32. Joseph Allaham's Short Form Registration Statement Pursuant to the Foreign Agents Registration Act of 1938 is attached as Exhibit 8 to the Joint Stipulation.

33. The press release titled "Statement from Qatar's Media Attaché in Washington DC on Meeting with President Trump's Transition Team" dated May 16, 2018 is attached as Exhibit 9 to the Joint Stipulation.

34. The Wall Street Journal article titled "The New Lobbying: Qatar Targeted 250 Trump 'Influencers' to Change U.S. Policy," dated August 29, 2018, is attached as Exhibit 19 to the Joint Stipulation.

35. Stonington Strategies LLC's Supplemental Statement Pursuant to the Foreign Agents Registration Act of 1938 dated May 22, 2018 is attached as Exhibit 20 to the Joint Stipulation.

36. Lexington Strategies, LLC's Registration Statement Pursuant to the Foreign Agents Registration Act of 1938 dated June 15, 2018 is attached as Exhibit 21 to the Joint Stipulation.

37. The Letter from Congressman Dan Burton to His Royal Highness Prince Bandar bin Sultan bin Abdulaziz dated November 21, 2002 is attached as Exhibit 22 to the Joint Stipulation.

38. The Scheduling and Case Management Order in this matter is attached as Exhibit 23 to the Joint Stipulation.

39. The New York Times article titled "Hackers Went After a Now-Disgraced G.O.P. Fund-Raiser. Now He Is After Them," dated September 20, 2018, is attached as Exhibit 24 to the Joint Stipulation.

40. The Letter from Paul V. Kelly, Assistant Secretary of Legislative Affairs for the United States Department of State, to Congressman Dan Burton dated December 4, 2002 is attached as Exhibit 25 to the Joint Stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 1, 2018     By:  */s/ Lee S. Wolosky*

                                             Lee S. Wolosky
                                             *Counsel for Plaintiffs*

BOIES SCHILLER FLEXNER LLP