# EXHIBIT 18

# REDACTED

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
------------------------------------------
BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT
BROIDY,

                              Plaintiff,
                              Case No.: 18-cv-02421
              v.
STATE OF QATAR, STONINGTON STRATEGIES LLC,
NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC,
KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED
BIN HAMAD BIN KHALIFA AL THANI, AHMED
AL-RUMAIHI, and DOES 1-10,
                              Defendants.
------------------------------------------
         CONFIDENTIAL ATTORNEYS' EYES ONLY

            VIDEOTAPED DEPOSITION OF
                 JOSEPH ALLAHAM
            TUESDAY, JUNE 19, 2018
                   9:00 a.m.

            MAGNA LEGAL SERVICES
       320 West 37th Street, 12th Floor
          New York, New York 10018
                (866)624-6221


Reported by:  Adrienne M. Mignano, RPR

Job Number:   411069



Page 2

1

2

3                              June 19, 2018

4                              9:00 a.m.

5                              New York, New York

6

7              CONFIDENTIAL ATTORNEYS' EYES ONLY

8     Videotaped Deposition of JOSEPH ALLAHAM,

9     held at the offices of Boies Schiller &

10    Flexner, 575 Lexington Avenue, New York, New

11    York, pursuant to Notice, before Adrienne M.

12    Mignano, a Notary Public of the State of New

13    York.

14

15

16

17

18

19

20

21

22

23

24

25



Page 3

```
 1
 2    A P P E A R A N C E S:
 3
 4    BOIES SCHILLER & FLEXNER LLP
 5    Attorneys for Plaintiffs
 6             575 Lexington Avenue
 7             New York, New York 10022
 8    BY:      LEE WOLOSKY, ESQ.
               SAMUEL KLEINER, ESQ.
 9             SCOTT GLASS, ESQ.
               ROBERT J. DWYER, ESQ.
10
11
      ARENT FOX LLP
12
      Attorneys for Joseph Allaham
13
               1675 Broadway
14
               New York, New York 10019
15
      BY:      TEMITOPE K. YUSUF, ESQ.
16             MOHAMMED FAROOQUI, ESQ.
17
18    COVINGTON & BURLING LLP
19    Attorneys for Defendant - State of Qatar
20             620 Eighth Avenue
21             New York, New York 10018
22    BY:      MARK P. GIMBEL, ESQ.
23             KATHERINE PULLEY ONYSHKO, ESQ.
24
25
```



Page 4

```
 1
 2    APPEARANCES (Continued)
 3
      WILMER CUTLER PICKERING HALE AND DOOR LLP
 4
      Attorneys for Defendants - Global Risk
 5    Advisors and Kevin Chalker
 6              7 World Trade Center
 7              250 Greenwich Street
 8              New York, New York 10007
 9    BY:       BRENDAN R. McGUIRE, ESQ.
10
      WILEY REIN LLP
11
      Attorneys for Defendants - Stonington and
12    Nick Muzin
13              1776 K Street NW
14              Washington, DC 20006
15    BY:       STEPHEN OBERMEIER, ESQ.
16
17
      A L S O   P R E S E N T :
18
19       RUDOLFO DURAN
         Legal Video Specialist
20
21
22
23
24
25
```



Page 5

1

2          THE VIDEOGRAPHER:  This is the

3    start of media labeled number one of

4    the video recorded deposition of

5    Joseph Allaham in the matter, Broidy

6    Capital Management LLC, et al versus

7    State of Qatar, et al, in the United

8    States District Court for the central

9    district of California.

10          This deposition is being held at

11   Boies Schiller & Flexner, LLP, located

12   at 575 Lexington Avenue, New York, New

13   York on June 19, 2018 at approximately

14   9:08 a.m..

15          My name is Rudolfo Duran.  I'm

16   the legal video specialist.  The court

17   reporter is Adrienne Mignano, and

18   we're both in association with Magna

19   Legal Services.

20          Will counsel please introduce

21   themselves.

22          MR. WOLOSKY:  Lee Wolosky, Boies

23   Schiller and Flexner for Elliott

24   Broidy and Broidy Capital Management.

25          MR. KLEINER:  Samuel Kleiner,



Page 6

1

2     Boies Schiller & Flexner.

3          MR. GLASS:  Scott Glass, Boies

4     Schiller & Flexner.

5          MR. DWYER:  Robert J. Dwyer,

6     Boies Schiller & Flexner.

7          MR. OBERMEIER:  Stephen

8     Obermeier, Wiley Rein on behalf of

9     Stonington and Nick Muzin.

10          MR. McGUIRE:  Brendan McGuire

11     from Wilmer Hale for Global Risk

12     Advisors and Kevin Chalker.

13          MR. GIMBEL:  Mark Gimbel of

14     Covington & Burling for the State of

15     Qatar.

16          MS. ONYSHKO:  Katherine Pulley

17     Onyshko, Covington & Burling.

18          MR. FAROOQUI:  Mohammed Farooqui

19     from Arent Fox on behalf of Joseph

20     Allaham.

21          MS. YUSUF:  Temitope Yusuf from

22     Arent Fox, LLP for Joey Allaham.

23          MR. ALLAHAM:  Joey Allaham.

24

25



Page 7

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   J O S E P H    A L L A H A M, called as a
 3           witness, having been duly sworn
 4           by a Notary Public, was examined and
 5           testified as follows:
 6   EXAMINATION BY
 7   MR. WOLOSKY:
 8        Q      Good morning, Mr. Allaham.
 9           MR. GIMBEL:  I think to start
10      out, Counsel wanted to put some
11      statements on the record.  I know
12      Mr. Obermeier did, and I would like to
13      do so for my client.
14           So on behalf of the State of
15      Qatar, I would like to say that the
16      State of Qatar objects to this
17      deposition as an intrusion on its
18      sovereign immunity.
19           Qatar will be filing a motion to
20      dismiss, asking that all claims
21      against it be dismissed.  The court
22      lacks subject matter jurisdiction
23      against Qatar in the Foreign Sovereign
24      Immunities Act.
25           For the reasons that are set
```



Page 8

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2      forth in Qatar's pending motion to
 3      stay discovery, Qatar objects to any
 4      further discovery, including this
 5      deposition, until such time as the
 6      District Court has ruled on the
 7      forthcoming motion to dismiss and the
 8      threshold issue of sovereign immunity.
 9           The State of Qatar objects to
10      any examination of Mr. Allaham or any
11      use of documents, to the extent it
12      involves materials that are protected
13      by the Vienna Conventions Consular and
14      Diplomatic Relations, as stated by Mr.
15      Allaham in his Foreign Agent
16      Registration Act filings.  He
17      conducted work on behalf of the State
18      of Qatar, and in conjunction and as a
19      consultant to the State of Qatar,
20      documents and testimony relating to
21      his work fall within the Act and
22      protections of the Vienna Conventions.
23           The last point I would like to
24      make on the record, simply because I'm
25      not sure I saw it on the transcript at
```



Page 9

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2      the outset is, this entire transcript
 3      should be designated "Attorneys' Eyes
 4      Only" provisionally.  And I believe
 5      that there is an agreement by the
 6      parties on that point.
 7          MR. OBERMEIER:  The Stonington
 8      defendants also object to the
 9      deposition taking place at this time.
10      It is premature for all of the reasons
11      stated in our stay motion, including
12      the Court lacks personal jurisdiction
13      over the Stonington defendants.
14          Stonington defendants are immune
15      from suit, and Mr. Broidy has failed
16      to state a claim.  We will be moving
17      to dismiss on all of those grounds.
18      The Court, as I said, lacks personal
19      jurisdiction over the Stonington
20      defendants.
21          By appearing here today, I am
22      not waiving personal
23      jurisdiction objections on behalf of
24      Stonington defendants.  I'm here only
25      to protect my clients' right, to the
```



Page 10

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2      extent they become an issue.
 3           Stonington defendants reserve
 4      all rights and defenses, including the
 5      right to call Mr. Allaham again, if
 6      the case proceeds, if necessary.
 7           MS. YUSUF:  I would just add
 8      that as agreed to prior to getting on
 9      the record, all parties agree that
10      this will be provisionally designated
11      as "Attorneys' Eyes Only".  And if I
12      can just get confirmation from
13      plaintiff's counsel that that is the
14      case?
15           MR. WOLOSKY:  Yes, we agree.
16           MR. GIMBEL:  For the State of
17      Qatar, hearing Mr. Obermeier's
18      statement, I feel the need to add, we
19      also do not waive any of our
20      objections and immunities and reserve
21      all rights.
22           MR. McGUIRE:  Global Risk
23      Advisors and Kevin Chalker join in
24      those objections.  We also object that
25      the deposition is premature at this
```



Page 11

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        time, and that similarly as with what
 3        Mr. Obermeier stated, the Global Risk
 4        Advisors and Kevin Chalker are
 5        similarly going to move to dismiss the
 6        case on the grounds articulated by Mr.
 7        Obermeier.
 8            We are not waving our personal
 9        jurisdiction or other arguments by
10        appearing here.  We're merely here to
11        ensure that our clients' rights are
12        noticed, and we will -- obviously, we
13        will reserve those rights and move
14        accordingly pursuant to the Court's
15        schedule.
16   EXAMINATION BY
17   MR. WOLOSKY:
18        Q     Good morning, Mr. Allaham.
19        A     Call me Joey.  My grandfather
20   was Mister.
21        Q     State your name and address.
22        A     Joseph Allaham, 114 East 71st
23   Street, New York, New York 10021.
24        Q     Is that a residential or
25   business address?
```



Page 12

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        A      Residential.
 3        Q      And do you have a business
 4    address that you currently use?
 5        A      No.
 6        Q      Did you at one point use 550
 7    Madison Avenue as a business address?
 8        A      Yes.
 9        Q      And for what businesses did you
10    use that as your business address?
11        A      Hospitality.
12        Q      What are some of the businesses
13    that you ran from that address?
14        A      Prime Grill.
15        Q      I should start by saying or
16    asking you to make sure that you
17    understand that you are under oath today
18    and that you must testify truthfully?
19        A      Okay.
20        Q      Are you aware of any reason why
21    the State of Qatar would not want you to
22    testify truthfully today?
23        A      Say that again.
24        Q      The State of Qatar made remarks
25    at the outset of this deposition.
```



Page 13

1          Allaham - ATTORNEYS' EYES ONLY

2                  Are you aware of any reason why

3    the State of Qatar would not want you to

4    testify today?

5                  MR. GIMBEL:   I'm going to

6          object.   There is no good faith basis

7          for that question and it's

8          argumentative.

9    BY MR. WOLOSKY:

10         Q      You can answer the question.

11         A      I'm not aware.

12         Q      Are you aware of any reason why

13   Stonington Strategies would not want you

14   to testify today?

15         A      I'm not aware, no.

16         Q      Are you aware of any reasons why

17   Global Risk Advisors would not want you to

18   testify today?

19         A      No.

20         Q      Okay.

21                During the course of this

22   deposition, I'll ask you questions and you

23   can answer them.   Please make your answers

24   clear so the court reporter can take them

25   down.



Page 14

1          Allaham - ATTORNEYS' EYES ONLY

2               If I ask you a question that you

3     believe is unclear, please ask me to

4     clarify it and I'll try to do so; and

5     please wait until I finish my question so

6     that the court reporter can take down your

7     answer.

8               If you need a break at any time

9     just let us know, but please answer the

10    pending question and we can take a break.

11        A     Sure.

12        Q     Have you ever met Elliott

13    Broidy?

14        A     Just now, a second ago.

15        Q     In 2017 is there any reason for

16    you to have felt ill will towards

17    Mr. Broidy?

18               MS. YUSUF:  Object to the form.

19        What is ill will?

20        Q     You can answer the question.

21        A     I don't understand.  What do you

22    mean by ill will?

23        Q     2017, is there any reason for

24    you to have had a grudge towards

25    Mr. Broidy?



Page 15

```
 1          Allaham - ATTORNEYS' EYES ONLY

 2       A     No.

 3       Q     Where were you born,

 4  Mr. Allaham?

 5       A     In Damascus.

 6       Q     Damascus is the capital of

 7  Syria, correct?

 8       A     Syria.

 9       Q     When did you move to the United

10  States?

11       A     Around early '90s.

12       Q     And what countries are you

13  currently a citizen of?

14       A     United States.

15       Q     Do you maintain Syrian

16  citizenship at this point in time?

17       A     No.

18       Q     Did you attend any university?

19       A     No.

20       Q     Do you have formal training in

21  the hospitality business?

22       A     No.

23       Q     How about in real estate?

24       A     No.

25       Q     In accounting?
```



1          Allaham - ATTORNEYS' EYES ONLY

2     A     No.

3     Q     In international affairs?

4     A     Say that again.  Meaning in

5 terms of --

6     Q     Do you have formal training in

7 international affairs?

8     A     How do you define training?

9     Q     At a university.

10    A     No.

11    Q     What languages do you speak

12 fluently?

13    A     Arabic, English and managing

14 Hebrew.

15    Q     I'd like to show you an exhibit

16 that -- a document that has been marked

17 for identification as Allaham Exhibit 3.

18          It is an article published by

19 Politico on June 7, 2018.

20          (Whereupon, Article published in

21     Politico, was marked as Allaham

22     Exhibit 3 for identification, as of

23     this date.)

24 BY MR. WOLOSKY:

25    Q     Have you seen that article



Page 17

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   before?
 3        A     Yes.
 4        Q     You see in the second paragraph
 5   the article states that you had "Recently
 6   cut ties with the country," which is a
 7   reference to Qatar.
 8              Do you see that, Mr. Allaham?
 9        A     Yes.
10        Q     Then the article quotes you as
11   saying, "Qatar enjoys portraying
12   themselves as the purveyor of peace in the
13   region, but this could not be further from
14   the truth."
15              Do you see that?
16        A     Yes.
17        Q     Did you make that statement?
18        A     I did not personally make that
19   statement, no.
20        Q     But is that a statement that you
21   agreed would be attributed to you?
22        A     I think it was prepared by an
23   assistant of mine and she submitted it.
24        Q     And do you agree with that
25   statement?
```



Page 18

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        A     I mean, what do you mean by
 3   agreeing with that statement?
 4        Q     This is a statement that the
 5   article attributes to you.  Either you
 6   agree with it or you do not agree with it.
 7        A     I think at that moment I was
 8   not -- how do I say -- reading the full
 9   statement that it was done on my behalf,
10   so I happen to say I have -- it was a
11   statement that was made on my behalf.
12        Q     So you wouldn't disassociate
13   yourself from that statement?
14        A     No.
15        Q     You didn't call or have someone
16   call Politico to say, I never said that?
17        A     No.
18        Q     So what did you mean by saying,
19   "Nothing could be further from the truth?"
20             MS. YUSUF:  Objection.
21        Mr. Allaham just said that it wasn't
22        him, it was his assistant.
23             MR. GIMBEL:  I join in that
24        objection.
25   BY MR. WOLOSKY:
```



Page 19

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q       Do you believe that Qatar is a
 3   purveyor of peace in the region?
 4        A       I don't think I can speak for
 5   Qatar.  It is not my position.
 6        Q       I'm only asking you to speak to
 7   a statement that was given to Politico on
 8   your behalf, to which you did not make any
 9   objection to Politico after it was
10   attributed to you.
11        A       So say your question again.
12        Q       Do you believe that Qatar is a
13   purveyor of peace in the region?
14        A       I think Qatar is -- it's hard
15   for me to answer that question.  It's --
16   that day or the day before an event
17   happened that I was unhappy about, and was
18   translated my dissatisfaction with that
19   event.
20        Q       And what was the event that made
21   you unhappy around the time of this
22   article?
23        A       The meeting of Emir with
24   al-Qaradawi was something that we were
25   against.
```



Page 20

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      Q      Can you explain that further?
 3      A      The -- how would you like me to
 4  explain it; in what terms?
 5      Q      Could you say who Qaradawi is?
 6      A      I mean, all of the Jewish
 7  leaders who I brought to Qatar raised that
 8  issue with that person that's -- and to
 9  make sure that that's -- I'm not
10  associated with that person and the people
11  I brought in are not associated with.
12          So that's really the
13  dissatisfaction of that.
14      Q      And as of the date of that
15  article, June 7th, did you have any other
16  reasons to be angry at Qatar?
17      A      No.
```



16      Q      I'd like to show you a document

17   that has been marked for identification as

18   Allaham 5.  Exhibit 5.

19           (Whereupon, Document Bates

20       stamped PROOD00000024 through 60, was

21       marked as Allaham Exhibit 5 for

22       identification, as of this date.)

23   BY MR. WOLOSKY:

24      Q      These documents are series of

25   WhatsApp messages involving you.  They are



Page 22

1          Allaham - ATTORNEYS' EYES ONLY

2    Bates stamped PROD00000024 to 60, and we

3    obtained these documents from your

4    counsel.

5              Now, you'll see that these

6    WhatsApp messages involve phone number

7    917-570-6132.

8              That is your phone number,

9    correct?

10     A      Correct.

11     Q      Now, you also see that these

12   messages involve someone named Jamal.

13             Would that be Jamal Benomar?

14             MS. YUSUF:  Counsel, can you

15        point to where you're referring to

16        when you say these messages?

17     Q      The second message, January 19,

18   2018 at 5:01 a.m. refers to Jamal.  The

19   second message, February 7, 2018, 6 a.m.

20   refers to Jamal.

21             MR. GIMBEL:  I'm going to state

22        on the record that this is obviously

23        30 pages or so of text messages.  I'm

24        not intimately familiar with the

25        content of them, but to the extent



Page 23

1         Allaham - ATTORNEYS' EYES ONLY
2         that they contain any kind of
3         communication that would be subject to
4         the Vienna Conventions, we object to
5         the use of this document.
6    BY MR. WOLOSKY:
7         Q     Do you see, Mr. Allaham, the
8    references to Jamal?
9         A     Yes.
10        Q     Is that Jamal Benomar?
11        A     Yes.
12        Q     And who is Jamal Benomar?
13        A     He is an ally.  He is a friend
14   of the trusted man for the Qatar, I would
15   say.
16        Q     Who is the trusted man that
17   you're referring to?
18        A     Jamal.  You just asked.
19        Q     He is a trusted friend to which
20   Qataris?  The Qatar leadership you're
21   referring to?
22        A     Yes.
23        Q     And how do you know him, Jamal?
24        A     I've known him for many years.
25        Q     Did you know him when he was an



Page 24

1          Allaham - ATTORNEYS' EYES ONLY

2     official at the United Nations?

3          A     Yes.

4          Q     Is he currently an official at

5     the United Nations?

6          A     I don't know.  You would have to

7     ask him.

8          Q     Do you know if he was an

9     official at the United Nations in 2017?

10         A     I don't know, no.

11         Q     Please take a moment to review

12    these e-mail -- or excuse me, these

13    WhatsApp messages, which appear to reflect

14    a dispute that you were having with Jamal.

15              MS. YUSUF:  Again, Counsel, you

16         handed him 30 pages or so.  Which

17         messages specifically?  Do you want

18         him to review the whole packet or are

19         there specific messages you want him

20         to look at?

21              MR. WOLOSKY:  I would like for

22         him to take a look at the first page,

23         PROD00000024, and I have already

24         indicated the messages on the record

25         that contain the name Jamal.



MAGNA
LEGAL SERVICES

Page 25

1          Allaham - ATTORNEYS' EYES ONLY

2   BY MR. WOLOSKY:



































Page 34

```
 9              Do you see you sent a text

10    message, WhatsApp message on March 26,

11    2018.  It says, "My lawyers is not a

12    litigator who he met with me five month

13    ago and still can't resolve it, getting

14    the run around, and I have Dershowitz and

15    Huckabee contracts ongoing."

16              What are the Dershowitz and

17    Huckabee contracts that you had ongoing?

18       A      I mean, I work with them.  I'm a

19    business person.

20       Q      Was that in relation to the work

21    you were doing with Qatar?

22       A      No, not Qatar.  Abroad.  I mean,

23    I was --

24       Q      What was the nature of the work

25    you were doing with Dershowitz and
```



Page 35

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2   Huckabee?
 3           MS. YUSUF:  Objection.  Compound
 4      question.
 5      Q    You can answer it.
 6      A    I mean, I work with them in many
 7   matters that involved Middle East,
 8   especially Israel.  Many places.  Advisory
 9   and consulting.
10      Q    And are these -- do you have a
11   written contract with Alan Dershowitz?
12      A    Yes.
13      Q    And what are the terms of that
14   contract?
15      A    I cannot recall that right off
16   the top of my head.
17      Q    Do you know how much you paid
18   Alan Dershowitz?
19           MS. YUSUF:  Objection.  Assumes
20      facts not in evidence.
21      A    I mean, I will not answer that
22   question.  He is my lawyer and it is
23   something -- it is client.
24      Q    So your contract with Alan
25   Dershowitz is one for legal services that
```



Page 36

```
1       Allaham - ATTORNEYS' EYES ONLY
2   he provides to you?
3       A      Legal services, advisory and
4   consulting.
```



Case 2:18-cv-02421-JFW-E   Document 231-22   Filed 10/01/18   Page 38 of 386   Page ID #:3945





16        MS. YUSUF:  Attorney.  Calls for

17     attorney-client privilege information.

18          Don't answer it.

19          MR. DWYER:  Are you following

20     your counsel's instruction not to

21     answer that question?

22          THE WITNESS:  Yes.  She would

23     fire me.

24  BY MR. WOLOSKY:

25     Q     Can you go to the next page.



Page 39

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   I'm going to shorten the reference and
 3   just say Bates marked page 25.
 4             Do you see you sent a text
 5   message to Mr. Benomar on March 4, 2018
 6   that concerns Mueller's Focus on Adviser
 7   to UAE.
 8             Do you see that?
 9        A    Yes.
10        Q    Now, if you turn to the next
11   page, you'll see additional messages that
12   you sent to Mr. Benomar on March 4th,
13   March 5th.
14             Now, why were you sending
15   messages to Mr. Benomar after you gave him
16   notice in February?
17        A    I mean, what happened, if I
18   recall, since we were trying to resolve
19   our dispute between us was an ongoing
20   conversation.
21        Q    Did Mr. Benomar respond to your
22   WhatsApp messages?
23        A    I don't --
24        Q    In the normal course?
25             MS. YUSUF:  Objection.
```



Page 40

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2               Are you referring to these
 3     specific messages or just in life?
 4               MR. WOLOSKY:  I'm referring to
 5     these specific messages, March 4th and
 6     March 5th that are reflected on the
 7     documents Bates stamped 25 and 26.
 8     A        I see whatever I'm looking at.
 9  I don't see any response from him.
10     Q        I see if you skip to page Bates
11  stamped 27.
12     A        Yes.
13     Q        I see one response from
14  Mr. Benomar on March 5, 2018 at 6:51 p.m.
15  it says, "just now."
16               Do you see that?
17               MS. YUSUF:  Objection to the
18     characterization that this is a
19     response from Mr. Benomar.  The
20     document speaks for itself and it says
21     "Joey" next to it, and so it appears
22     to be a message sent by Mr. Allaham.
23               MR. GIMBEL:  Join in that
24     objection.
25  BY MR. WOLOSKY:
```



Page 41

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2       Q      Please  skip  to  the  document
 3  Bates  stamped  number  38.
 4            Please  direct  your  attention  to
 5  the  second,  third  and  fourth  messages  --
 6  excuse  me,  second,  third  and  fifth
 7  messages  on  that  page,  dated  March  13th.
 8            Can  you  take  a  moment  to  read
 9  those?
10     A      Yes,  go  ahead.
11     Q      Now,  this  is  a  series  of
12  messages  that  you  and  Mr.  Muzin  exchanged
13  regarding  the  theft  of  Mr.  Broidy's
14  e-mails?
15            MS.  YUSUF:  Objection  to  the
16       characterization.  The  messages  speak
17       for  themselves.
18            MR.  GIMBEL:  Join  in  that
19       objection.
20  BY  MR.  WOLOSKY:
21     Q      You  wrote,  "Tried  to  get  the
22  e-mails.  That  what  I  think  he  was  doing
23  there.  Reviewing.  He  had  it  right  before
24  MBS  comes."  Then  --
25            MS.  YUSUF:  Objection.  It  says,
```



Page 42

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        "he did it" not "he had it."
 3   BY MR. WOLOSKY:
 4        Q     Now, then Mr. Muzin responds,
 5   "Why would they need Jamal to review
 6   e-mails?"
 7             Do you know who the they -- I'm
 8   sorry, first, who is the "he"?  Is the
 9   "he" referring to Jamal Benomar?
10        A     I'm not sure.  I mean, I don't
11   know with who the conversation was going.
12        Q     Okay.
13             To your knowledge, was
14   Mr. Benomar -- did you believe that
15   Mr. Benomar was in Qatar reviewing
16   Mr. Broidy's e-mails as these messages
17   seem to suggest?
18             MS. YUSUF:  Objection to the
19        characterization.  That's what you
20        believe they suggest.  I don't think
21        Mr. Allaham has said they suggest
22        that.
23             MR. GIMBEL:  I join in that
24        objection.
25             MR. WOLOSKY:  Can you re-read
```



Page 43

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2       the question, please.
 3              (Record read)
 4       A     I think -- I don't really
 5   remember if he was there or not, but based
 6   on the time.  But the e-mails were coming
 7   out publicly, so everyone was reading
 8   those e-mails.
 9       Q     But you believe it is plausible
10   that that's what he was doing in Mr. --
11   that's what Mr. Benomar was doing in Qatar
12   "reviewing" them?
13              MS. YUSUF:  Objection.  Calls
14       for speculation.
15              MR. GIMBEL:  Join in that
16       objection.  Misstates his testimony.
17       A     I can't speak for what he was
18   doing.
19       Q     You think it is possible?
20              MS. YUSUF:  Objection.  Calls
21       for speculation.  Anything is
22       possible.
23              MR. GIMBEL:  I join in that
24       objection.
25       A     Everyone was reading those
```



Page 44

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   e-mails.  They were hot.
 3       Q      Why do you think it's possible
 4   that Mr. Benomar would be in Qatar
 5   reviewing Mr. Broidy's e-mails?
 6            MS. YUSUF:  Objection.
 7       Misstates his testimony.
```



```
13       Q      Did you read the e-mails?
14       A      Some.  The ones I was able to --
15   whatever was in articles.
16       Q      Did you read e-mails that were
17   not in the articles?
18       A      Never.
19       Q      Did Mr. Muzin, to your
20   knowledge, read e-mails that were not in
21   the articles?
22       A      I can't speak for Nick.
23       Q      Did you ever discuss with
24   Mr. Muzin his review of e-mails that were
25   not in articles?
```

MAGNA
LEGAL SERVICES

Page 45

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2             MR. GIMBEL:  Objection.  Assumes
 3        facts not in evidence.
 4        A      I think for the credit of Nick,
 5   which is I will only state that my opinion
 6   not -- he was bombarded from reporters
 7   that wanted to speak with him.  And all of
 8   these reporters had all claimed had leaked
 9   e-mails, and they all wanted to speak with
10   Nick to just comment on the e-mails.
```



```
16        Q      Now, can I direct your attention
17   to WhatsApp message that Mr. Muzin sent to
18   you on March 13th at 5:31 p.m.?
19        A      Yes.
20        Q      It says, "It's cool that in
21   e-mails Broidy references Royce."
22             I'm assuming -- which I'm
23   assuming is a reference to the Chairman of
24   the House of Foreign Affairs Committee, Ed
25   Royce?
```



MAGNA
LEGAL SERVICES

Page 46

1        Allaham - ATTORNEYS' EYES ONLY

2        A      Yes.

3        Q      Do you know how Mr. Muzin knew

4    what was in those e-mails?

5               MS. YUSUF:  Objection.  Can you

6        restate your question?

7               MR. WOLOSKY:  Can you read back

8        the question.

9               (Record read)

10       A      Again, what I stated, whatever

11   reporters were sending him.

12       Q      Do you know that reporters sent

13   to him e-mails concerning Mr. Royce?

14       A      I'm not sure.  But I mean, it

15   states here some of the e-mails

16   referencing Royce.

17       Q      Now, the message immediately

18   above that is a message from you to Muzin

19   that reads, "I'm sure he" -- referring to

20   Jamal -- "took the credit."

21              What is that you believe Jamal

22   took the credit for?

23       A      I have to --

24       Q      Did Jamal take the credit for

25   the hack of Mr. Broidy's e-mails?



Page 47

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      A      No.
 3      Q      Did you ever discuss with Jamal
 4   the hack of Mr. Broidy's e-mails?
 5      A      Never.
 6      Q      Can you flip to the next page.
 7          This is the document that's
 8   Bates stamped number 39.  There is a text
 9   message that you send to Nick Muzin on
10   March 18, 2018.  It says, "I keep on
11   thinking to use Ben Brafman for Jamal."
12          Do you see that?
13      A      Yes.
14      Q      Why was it that you believed
15   that Jamal needed a criminal lawyer?
16          MS. YUSUF:  Objection.  Assumes
17       facts not in evidence.  I don't think
18       that this says that Jamal needs a
19       criminal lawyer.
20          MR. GIMBEL:  I'm going to join
21       in that objection.
22   BY MR. WOLOSKY:
23      Q      You can answer the question.
24      A      I think my English is a little
25   bit -- I'm not so good in -- I was saying
```



Page 48

1        Allaham - ATTORNEYS' EYES ONLY

2    for me to use Ben Brafman against Jamal.

3    Meaning I need a lawyer to figure out our

4    dispute.  So I was referring to myself to

5    use Ben Brafman.









Page 50

















Page 54





```
18              MS. YUSUF:  Can I just take a

19     quick break?

20              MR. WOLOSKY:  Sure.

21              THE VIDEOGRAPHER:  The time is

22     10:03 a.m., and we're going off the

23     record.

24              (Thereupon, a recess was taken,

25     and then the proceedings continued as
```



Page 56

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2      follows:)
 3            THE  VIDEOGRAPHER:   This  is  the
 4      start  of  media  labeled  number  2.    The
 5      time  now  is  10:17 a.m.,  and  we're  back
 6      on  the  record.
 7  BY MR. WOLOSKY:
 8      Q      Mr. Allaham,  have  you  ever  been
 9  associated  with  a  business  called  the
10  Prime Hospitality Group?
11      A      Yes.
12      Q      What  was  the  nature  of  that
13  business?
14      A      Restaurant.   Hospitality.
15      Q      And  Prime  Hospitality  Group
16  operated  out  of  550  Madison  Avenue  in  New
17  York,  otherwise  known  as  the  Sony
18  building,  correct?
19      A      Yes.
20      Q      Did  Prime  Hospitality  Group  ever
21  perform  work  for  the  State  of  Qatar
22  directly  or  indirectly?
23      A      No.
24      Q      Does  Prime  Hospitality  Group
25  still  operate?
```



Page 57

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2     A     No.
 3     Q     When did it close?
 4     A     Around the fall of 2017.
 5     Q     Have you ever been associated
 6  with a business called AFH Associates,
 7  LLC?
 8     A     Yes.
 9     Q     And what was the nature of that
10  business?
11     A     It was a lease holder.
12     Q     And what lease did it hold?
13     A     At the Sony building.
14     Q     Did it engage in any other
15  business?
16     A     I mean, I was operating the
17  Prime Grill out of -- so that's --
18     Q     Has AHF Associates ever
19  performed work for the State of Qatar
20  either directly or indirectly?
21     A     No.
22     Q     Is AFH still in operation?
23     A     Rephrase that again, the
24  corporation?
25     Q     Does it still conduct business?
```



Page 58

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      A      No.
 3      Q      Does it maintain any bank
 4  accounts?
 5      A      No.
 6      Q      Did it at any time maintain bank
 7  accounts?
 8      A      I believe so.
 9      Q      And do you recall at what banks
10  it maintained those accounts?
11      A      I don't recall.
12      Q      Did AFH have any offshore bank
13  accounts?
14      A      No.
15      Q      Did Prime Hospitality Group have
16  any offshore bank accounts?
17      A      No.
18      Q      Does Prime Hospitality Group
19  maintain any bank accounts that are still
20  open?
21      A      No.
22      Q      Have you been associated with a
23  business called Allaham Consultancy or
24  Allaham Consulting?
25      A      Yes.
```



Page 59

```
 1           Allaham - ATTORNEYS' EYES ONLY
 2      Q       Do you have an ownership
 3 interest in that business?
 4      A       Yes.
 5      Q       Do any other persons have an
 6 ownership interest in that business?
 7      A       No.
 8      Q       What business does Allaham
 9 Consultancy or Allaham Consulting conduct?
10      A       Real estate consulting.
11      Q       Has Allaham Consultancy or
12 Allaham Consulting ever performed work for
13 the State of Qatar either directly or
14 indirectly?
15      A       Never.
16      Q       Can you describe the manner in
17 which Allaham Consultancy provides real
18 estate consulting services?
19      A       It's consulting services for
20 real estate.
21      Q       And who does it provide those
22 services to?
23      A       Whoever seeks to be a client.
24      Q       And is that commercial real
25 estate or residential real estate?
```



Page 60

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2     A     Both.
 3     Q     And is it -- what regions of the
 4  country or world does Allaham Consultancy
 5  provide real estate consulting services?
 6           MS. YUSUF:  Objection.
 7           Are you referring to where it
 8      operates or are you referring to where
 9      the clients come from?
10  BY MR. WOLOSKY:
11     Q     What are the geographic markets
12  that it provides consultancy services for?
13     A     United States.
14     Q     New York City?
15     A     New York City.
16     Q     Any places outside of New York
17  City?
18     A     United States.
19     Q     Is it a big company?
20           MS. YUSUF:  Objection.
21           What do you mean by big?
22  BY MR. WOLOSKY:
23     Q     What would you say the annual
24  revenues of Allaham Consultancy or Allaham
25  Consulting are?
```



Page 61

```
 1          Allaham - ATTORNEYS' EYES ONLY

 2      A      It just started not long ago.

 3      Q      When did it start?

 4      A      I'm not sure, but not long.

 5  Less than a year.

 6      Q      How many clients does it have?

 7      A      Whoever comes.  I mean, it is

 8  not --

 9      Q      Does it have any clients?

10      A      At this time, no.

11      Q      Does Allaham Consultancy

12  maintain bank accounts?

13      A      No.

14      Q      How does Allaham Consultancy get

15  paid by its clients?

16      A      If there is a client, usually

17  depends how the deal is structured.  I

18  mean --

19      Q      I'm sorry.  I'm having a hard

20  time understanding.

21             If it doesn't have bank

22  accounts, how does it get paid?

23      A      I mean, when the deal -- when

24  there is a deal, I don't have to get paid.

25      Q      Participation in a deal, is that
```



Page 62

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   how Allaham Consultancy receives
 3   compensation for its work?
 4        A     That is my aim to be.
 5        Q     But it is fair to say that
 6   Allaham Consultancy has not conducted any
 7   deals at this point for which it would
 8   receive compensation?
 9             MS. YUSUF:  Objection.  Assumes
10        facts not in evidence.
11   BY MR. WOLOSKY:
12        Q     Has Allaham Consultancy
13   participated in any real estate
14   transactions for which it has or will
15   receive compensation?
16        A     Not yet.
17        Q     Does Allaham Consultancy have
18   any offshore bank accounts?
19        A     No.
20        Q     Are there any other real estate
21   consultancy firms that you have been
22   associated with other than Allaham
23   Consultancy?
24             MS. YUSUF:  Objection.
25             Is there a time period here or
```



Page 63

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2       do you mean in life?
 3               MR. WOLOSKY:  In life.
 4       A       Yes.
 5       Q       What are the other firms with
 6   which you have been associated that have
 7   conducted real estate consultancy work?
 8       A       I don't recall the name.  It was
 9   around 2010 or '11 we had a small company.
10       Q       And did you do any real estate
11   deals when you had that small company?
12       A       It was more.  Definitely we did
13   a few deals, but, again, the real estate
14   is vague about -- could be raising money
15   for a deal or could be -- yes, the answer
16   is yes.
17       Q       How many deals would you say you
18   have done in real estate?
19       A       When I had the company, you
20   mean?
21       Q       Yes.  And throughout your life.
22       A       I would say we did a few deals.
23       Q       So less than five, would you
24   say?
25       A       I don't remember.  It was years
```



Page 64

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   ago.
 3        Q      Was it more than 100?
 4        A      No.
 5        Q      So it is somewhere between --
 6               MR. WOLOSKY:  Sorry.  Strike
 7        that.
 8        Q      Can you name any deals that you
 9   did in real estate during that period of
10   time?
11        A      I mean, I helped sell something
12   in downtown Miami.
13        Q      Was that a commercial project or
14   residential project?
15        A      Commercial.  I'm not sure
16   actually.  Could be both.
17        Q      Other than the Miami deal, are
18   there any other real estate deals that you
19   can name that you did?
20        A      Again, I don't recall but there
21   were a few.  I don't recall.
22        Q      There were a few.
23               Less than ten, would you say?
24        A      I don't recall.
```







Page 66

















Page 70

13      Q      Have you ever been associated

14   with the business called Coin Funding,

15   LLC?

16      A      Coin Funding?

17      Q      Coin Funding, LLC.

18      A      Is that Rodman's, Dennis

19   Rodman's --

20      Q      You've not heard of this

21   company?

22      A      No.

23      Q      I'd like to show you an exhibit

24   that has been marked for identification as

25   Allaham 30.



Page 71

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2              (Whereupon, Printout of Terms
 3        and Conditions of Allaham Consulting
 4        website, was marked as Allaham Exhibit
 5        30 for identification, as of this
 6        date.)
 7   BY MR. WOLOSKY:
 8        Q       This is a printout of the
 9   Allaham Consulting website.
10              I'd like to direct your
11   attention to the first page where it says
12   under terms and conditions, "Information
13   about us".  It says,
14   "www.AllahamConsulting.com is owned and
15   operated by Coin Funding, LLC".
16              Do you see that?
17        A       Yes.
18        Q       Can you explain what Coin
19   Funding, LLC is?
20        A       I have no idea.  Probably the
21   website guy.  I have no clue.
22        Q       Have you ever seen this document
23   before?
24        A       I have to admit, I never in my
25   life read the terms and conditions on
```


MAGNA
LEGAL SERVICES

Page 72

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   anything, so no.  I have seen it but I
 3   have never read it.
 4        Q     Who was involved in setting up
 5   the www.AllahamConsulting.com web page?
 6        A     A web master person.
 7        Q     I'm sorry?
 8        A     A website person.
 9        Q     Do you know the name of that
10   person?
11        A     Baskhar.
12        Q     Were there any other employees
13   or owners of Allaham Consulting involved
14   in setting up the web page?
15        A     No.
16        Q     Other than Lexington and Allaham
17   Consultancy, are you presently associated
18   with any other business entities?
19        A     No.
20        Q     Other than Lexington and Allaham
21   Consultancy, were you involved or
22   associated with any other business
23   entities in 2017?
24        A     No.
25              Can I add something to that?
```



Page 73

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      Please.

3      A      There is no offshore account

4   that I'm affiliated with in any company or

5   personally.

6      Q      Okay.

7      A      Okay?  For the record.

8      Q      Why were you looking into

9   establishing an offshore account in 2017?

10          MS. YUSUF:  Objection.  The

11      question is about offshore accounts,

12      and I believe you're referring to the

13      WhatsApp message that was asked and

14      answered.

15          MR. GIMBEL:  I think it also

16      mischaracterizes the record.

17   BY MR. WOLOSKY:

18      Q      I'd like to show you an exhibit

19   that's been marked for identification as

20   Exhibit Allaham Exhibit 7.

21          (Whereupon, Two Binders

22      containing phone records, were marked

23      as Allaham Exhibit 7 for

24      identification, as of this date.)

25   BY MR. WOLOSKY:



Page 74

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q       These are phone records from
 3   Sprint that plaintiff received on May 18th
 4   in response to a subpoena plaintiff served
 5   on Sprint on May 1st.
 6              These materials were produced to
 7   us in an Excel spreadsheet, which was
 8   printed to create this exhibit.
 9              I represent that this exhibit is
10   unchanged from the Excel spreadsheet
11   except for the header containing page
12   numbers and the date of printing, along
13   with some handwritten notations that
14   indicate the identity of the person who
15   was called or who you called.
16              And this document reflects that
17   it is a record of calls placed to or from
18   the phone number 917-570-6132, beginning
19   May 1, 2017 and ending May 1, 2018.
20              Now --
21        MR. GIMBEL:  Can I just ask for
22     the record, you have said that there
23     are handwritten notations here.  Are
24     those handwritten notations supplied
25     by the business record holder, Sprint,
```



Page 75

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2       or have they been added by somebody on
 3       your team?
 4             MR. WOLOSKY:  They have been
 5       added by our team.
 6             MR. GIMBEL:  We object to the
 7       notations on the ground that they are
 8       not a business record.
 9             MS. YUSUF:  And I similarly want
10       to state for the record that this is
11       the first time that counsel for
12       Mr. Allaham is seeing what looks like
13       almost a thousand pages of paper.
14             Certainly I expect that we will
15       be directed to specific pages, but I
16       just want to be clear that this is not
17       a document that we have reviewed or
18       received previously.
19  BY MR. WOLOSKY:
20       Q     Now, is it correct that
21  917-570-6132 is your -- the phone number
22  that you use?
23             MS. YUSUF:  Objection.  Asked
24       and answered.
25       A     Yes.
```



Page 76

```
 1         Allaham - ATTORNEYS' EYES ONLY
 2         Q      And is it correct that you use
 3    Sprint as your mobile service provider for
 4    that phone number?
 5         A      Yes.
 6         Q      Now, I will represent to you,
 7    and I'm happy to flag them for you on the
 8    pages in this document, they appear on
 9    pages 851, 855, 859, 860, 862, 863, 864,
10    866, 867, 873, 874, 878, 839, 880, 883,
11    884, 887, 890, 908, 909, 919, 921 and --
12    that's it.
13              There are 42 phone calls placed
14    to or from the phone number 869-469-0080,
15    which is the phone number for Bank of
16    Nevis International in the Caribbean.
17              Did you make those calls,
18    Mr. Allaham?
19              MS. YUSUF:  Objection.
20              I believe counsel just said some
21         were received and some were sent.  So
22         which calls are you referring to?
23    BY MR. WOLOSKY:
24         Q      Did you participate in those
25    phone calls with Bank of Nevis
```



Page 77

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2  International?
 3           MR. GIMBEL:  I want to state an
 4       objection to the form of the question
 5       because I think counsel is testifying.
 6       A      Yes.
 7       Q      What was the subject matter of
 8  those calls?
 9           MS. YUSUF:  Which calls
10       specifically?  You just said there are
11       44 different ones, and Mr. Allaham
12       doesn't know which page you're
13       referring to.  So how can he answer
14       questions about calls?
15           MR. DWYER:  Are you testifying?
16       Objections are as to form.  You're
17       really trying to coach the witness.
18           MS. YUSUF:  That's a lot coming
19       from you, Bob, but okay.
20  BY MR. WOLOSKY:
21       Q      Sir, it is a simple question.
22           Do you deny making or receiving
23  42 phone calls from Bank of Nevis
24  International?
25       A      No.
```



Page 78

1          Allaham - ATTORNEYS' EYES ONLY

2       Q       So what was the subject of those

3    42 phone calls?

4       A       I was trying to open an account

5    in Nevis.

6       Q       Isn't it true that you have an

7    account at Bank of Nevis International?

8       A       No, it is not true, and I do not

9    have an account at Nevis or any offshore

10   period.

11      Q       And isn't it true that you were

12   calling on those dates or receiving phone

13   calls on those dates concerning deposits

14   to your account?

15      A       I do not have an account.

16      Q       And your testimony is that you

17   were trying to open phone calls -- excuse

18   me.

19              You were trying to open a bank

20   account and you needed to call 42 times?

21      A       We -- I was trying to open an

22   account and it is the research, more or

23   less, paperwork, and then I decided no

24   need to open the account.

25      Q       And have you traveled to Nevis?



MAGNA
LEGAL SERVICES

Page 79

```
 1           Allaham - ATTORNEYS' EYES ONLY
 2      A      Never.
 3      Q      And why is it that you selected
 4  Bank of Nevis as a location to pursue
 5  opening up a bank account?
 6      A      Because that's what my
 7  accountant suggested to me, that that is
 8  the place to do it.
 9      Q      Who is your accountant?
10      A      Allen Dorkin.
11      Q      Did you retain an accountant in
12  Nevis concerning this bank account?
13             MS. YUSUF:  Objection.
14             Which bank account are you
15      referring to?
16  BY MR. WOLOSKY:
17      Q      Did you retain an accountant or
18  any professional service providers in
19  Nevis concerning your interest in opening
20  up a bank account at Bank of Nevis?
21      A      No, I did not.
22      Q      Do you know someone named Midge
23  Morton?
24      A      I think the name is familiar.
25  That's why I said earlier, I have to look
```



Page 80

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2    it up.
 3        Q       Okay.
 4                Well, I will represent to you
 5    that there are multiple phone calls to or
 6    form Midge Morton on the Island of Nevis
 7    during the same time period as your phone
 8    calls to or from Bank of Nevis.
 9                I'll further represent that
10    those phone calls appear on pages 851,
11    852, 853, 855, 858 and 860 at the same
12    time, roughly, as the phone calls to or
13    from Bank of Nevis.
14                Is it your testimony that you
15    have no recollection of 11 phone calls
16    with Midge Morton during February of this
17    year?
18                MS. YUSUF:  Objection
19          mischaracterizes the testimony.
20                MR. GIMBEL:  Objection.  Form.
21        A       As I stated, I was trying to
22    open an account through my accountants and
23    then we decided it is a hassle, and if the
24    Qataris want to pay me, they should pay me
25    in the United States.
```



Page 81

1          Allaham - ATTORNEYS' EYES ONLY

2                 The account was never opened and

3     never went through, and there was nothing

4     there.   The phone calls were just research

5     for what paperwork is needed.   It was too

6     complicated, above my pay rate to open it.

7     I'm not that sophisticated, so it was

8     never opened.













Page 84











```
23        Q      Well, then, why don't we have
24   you review the document that we have
25   marked for identification as Exhibit
```



Page 87

1          Allaham - ATTORNEYS' EYES ONLY
2      number 1.
3              (Whereupon, Short Form
4          Registration Statement Pursuant to the
5          Foreign Agents Registration Act of
6          1938, was marked as Allaham Exhibit 1
7          for identification, as of this date.)
8          A      I'm sorry --
9              MS. YUSUF:  There is no
10         question.
11         A      There is something I just
12     remembered, and I would like to put it
13     back on the record, which is important.
14             I got paid for a real estate
15     deal that I had done years ago at the end
16     of 2017.  I was owed the money and the
17     person paid me the money.
18         Q      Who was the person?
19         A      It is a New York company
20     unrelated to Qatar or any -- it is a --
21     just to show you that I was involved in
22     the real estate business.
23         Q      Sure.
24         A      Not related at all.  It goes
25     back to a 2007 or 2008 deal that I had



Page 88

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   done.
 3        Q    Okay.
 4             Let's start with this document,
 5   which is your short form registration
 6   statement, pursuant to the Foreign Agents
 7   Registration Act of 1938 as amended.
 8             It was filed with the National
 9   Security Division of the Department of
10   Justice on June 15, 2018.
11             Do you see that?
12        A    Yes.
13        Q    Okay.
14             Did you review this document
15   before it was filed?
16        A    Yes.
17        Q    And are you aware that you
18   signed it under penalty of perjury?
19        A    What does that mean?
20        Q    I mean, if you look at page 2,
21   two thirds of the way down, the page right
22   above your signature it says, "The
23   undersigned swears or affirms that under
24   penalty of perjury, that he or she has
25   read the information set forth in this
```



Page 89

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2   registration statement, and that he/she is
 3   familiar with the contents thereof, and
 4   that such contents are in their entirety
 5   true and accurate to the best of his or
 6   her knowledge and belief."
 7           MR. WOLOSKY:  Can you re-read
 8       the pending question.
 9           (Record read)
10   A     Yes.
11   Q     Did you review it before you
12   signed it?
13   A     Yes.
14   Q     And when you signed it, did you
15   believe it to be true?
16   A     Yes.
17   Q     And do you anticipate that
18   Lexington will file any additional
19   documents pursuant to this statement?
20           MS. YUSUF:  Objection.
21           MR. GIMBEL:  Objection to form.
22   Q     You can answer.
23   A     I'm not going to anticipate
24   anything.
25   Q     Okay.
```



Page 90

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2              Now, on the front page of this
 3   document, first page of the document, item
 4   number 10, list every foreign principal to
 5   whom you will render services in support
 6   of the primary registrant.  And it says,
 7   State of Qatar, Emir, Tamim bin Hamad Al
 8   Thani and Qatar Supreme Committee for
 9   Delivery and Legacy Sheikh Mohammed bin
10   Hamad Al Thani."
11              Do you see that?
12   A     Yes.
13   Q     And then beneath that in box
14   number 11, it says, "The registrant began
15   working to promote the 2022 World Cup in
16   Qatar, and then expanded its activities to
17   include fostering better international
18   relations within the Gulf region with the
19   leadership in the Jewish community in the
20   United States."
21              Do you see that?
22   A     Yes.
23   Q     So my question to you was
24   whether the additional payments from
25   Qatar, that you have declined to identify,
```



Page 91

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2   relate to activity that is disclosed in

 3   this statement?

 4             MS. YUSUF:  Objection to form.

 5        Counsel, I think you meant something

 6        else but --

 7             MR. GIMBEL:  I join in that

 8        objection.

 9   BY MR. WOLOSKY:
```













Page 94

15          Now, in Box 10 it says, it
16   references the Emir Tamim bin Hamad Al
17   Thani.
18          Is he your client?
19     A     I mean, he is the Emir of Qatar.







Page 96













Page 99

```
 1      Allaham  - ATTORNEYS' EYES ONLY
 2      Q      Okay.
 3              Now, the second name in Box 10
 4   other than the Emir, is Sheikh Mohammed
 5   bin Hamad Al Thani, and there is a
 6   reference to the Qatar Supreme Committee
 7   for Delivery and Legacy.
 8              What is the Qatar Supreme
 9   Committee for Delivery and Legacy?
10      A      It is the building where it
11   takes the whole preparation for the workup
12   takes place.  Planning.
```





Page 100





Page 101

```
 9        Q       Now,  in  your  short  form  FARA
10    registration  statement,  you  refer  to  MBH.
```



Page 102













Page 105





Page 106



25              MR. WOLOSKY:   Can  we  just  take  a



Page 107

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2      five-minute break?
 3            THE VIDEOGRAPHER:  The time is
 4      11:16 a.m., and we're going off the
 5      record.
 6            (Thereupon, a recess was taken,
 7      and then the proceedings continued as
 8      follows:)
 9            THE VIDEOGRAPHER:  There is the
10      start of media labeled number three.
11      The time now is 11:24 a.m., and we're
12      back on the record.
13   BY MR. WOLOSKY:
14      Q     I'd like to direct your
15   attention back to Exhibit 1, the short
16   form FARA registration statement.
17            Do you see that?
18      A     Yes.
19   Q   Can   you turn to   page   two, box
20   14.
21            The question reads:  What
22   compensation or things of value have you
23   received to date or will you receive for
24   the above services?
25            What additional compensation
```



Page 108

1          Allaham - ATTORNEYS' EYES ONLY

2     will you receive for the above services?

3          A       I don't know yet.

4          Q       Why do you not know?

5          A       Because we never had a written

6     contract.

7          Q       But you do expect to receive

8     additional compensation for the above

9     services?

10         A       Yes.

11         Q       Do you expect to make an

12    additional FARA filing in the future?

13         A       That will be up to my lawyers.

14         Q       I'd like to show you an exhibit

15    that has been marked Exhibit Number 2 for

16    identification purposes.

17              (Whereupon, Registration

18         Statement Pursuant to the Foreign

19         Agents Registration Act of 1938, as

20         Amended, was marked as Allaham Exhibit

21         2 for identification, as of this

22         date.)

23    BY MR. WOLOSKY:

24         Q       It is a registration statement

25    filed pursuant to the Foreign Agents



Page 109

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   Registration Act of 1938.  It was filed
 3   with the Department of Justice, and signed
 4   by you on June 15, 2018, and it contains
 5   various exhibits.
 6            Do you see that document?
 7      A    Yes.
 8      Q    Did you review this document
 9   before you signed it?
10      A    Yes.
11      Q    And did you agree -- do you
12   agree with its contents?
13      A    I don't know if I agree or
14   disagree.  It is a document my lawyers
15   told me to read, so --
16      Q    Is there anything in the
17   document that you believe is factually
18   inaccurate?
19      A    I'm not sure.
20      Q    Are you aware that you signed it
21   under penalty of perjury?
22      A    Yes.
23      Q    On page one in box five, 5A,
24   asks for the type of organization of the
25   registrant.
```



Page 110

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2              Do you see that?
 3     A     Yes.
 4     Q     And there are no boxes checked.
 5           Why has it been left blank?
 6     A     I'll ask my lawyer.  I have no
 7  idea.
 8     Q     What kind of organization is
 9  Lexington Strategies, LLC, what type of
10  entity?
11     A     It says LLC.
12     Q     So it is an LLC?
13     A     It says that, number one.
14     Q     Do you know its date and place
15  of organization?
16     A     I'm not sure.
17     Q     Do you know why that field, 5B,
18  was left blank?
19     A     No, I don't.
20     Q     Can you turn to page two,
21  please.
22           The top of the page 5G says,
23  "List all partners, officers, or directors
24  of persons performing the functions of an
25  officer or director of the registrant."
```


MAGNA
LEGAL SERVICES

Page 111

1          Allaham - ATTORNEYS' EYES ONLY

2              Do you see that?

3      A      Yes.

4      Q      Listed here is Lauren Allaham

5  who I believe you testified is your wife.

6              Is that correct?

7      A      Yes.

8      Q      And what functions does she

9  perform for Lexington Strategies, LLC?

10      A      It says managing director.

11      Q      Well, that's her position, but

12  what functions does she perform?

13      A      Support me.

14      Q      Does she engage in

15  communications with officials of the State

16  of Qatar?

17      A      Not directly, no.

18      Q      Does she engage in

19  communications with Nick Muzin?

20      A      No.  I mean communications in

21  terms of what sort of communication?

22      Q      E-mails, text messages, phone

23  calls?

24      A      I mean, I'm sure when she had a

25  baby he wished her "mazel tov."



Page 112

1        Allaham - ATTORNEYS' EYES ONLY

2        Q      Any communications relating to

3    the work performed by Lexington for the

4    State of Qatar?

5        A      No.

6        Q      Were her documents and

7    electronically stored information searched

8    in responding to the subpoenas served on

9    you?

10            MS. YUSUF:  Objection.

11       A      No.

12       Q      They were not searched?

13       A      No.

14       Q      Does Lexington Strategies, LLC,

15   have any other employees or officials

16   other than you and Lauren Allaham?

17       A      No.

18       Q      Who is Emma Hitchcock?

19       A      She is the house assistant, I

20   would say.

21       Q      Does she do work for your

22   businesses or just personal work?

23       A      I mean, for the family, usually

24   helps me write, if I need to write

25   something in English.  My English is not



Page 113

1              Allaham - ATTORNEYS' EYES ONLY

2    perfectly good in writing.

3        Q       So she will occasionally perform

4    professional or --

5              MR. WOLOSKY:  Strike that.

6        Q       She will occasionally perform

7    services for you that are in furtherance

8    of your business interests?

9        A       Personal or business, if I ask

10   her.

11       Q       And did she perform any work in

12   furtherance of your work for Qatar?

13       A       I'm not sure.

14       Q       Were her documents and

15   electronically stored information searched

16   in response to the subpoenas that were

17   served upon you?

18       A       I'm not sure.

19       Q       Does Emma Hitchcock occasionally

20   issue statements on your behalf?

21       A       I mean, she -- not often, no.  I

22   have never issued --

23       Q       But occasionally?

24       A       I don't know about occasionally.

25   The first time was the one that you named.



Page 114

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   The statement.
 3        Q      You're referring to the article
 4   from Politico --
 5        A      Yes.
 6        Q      -- that we talked about earlier?
 7        A      Yes.
 8        Q      Did she ever issue statements to
 9   Tablet on your behalf?
10        A      No, that day, I have to say, I
11   was in the hospital with my wife and I was
12   getting a lot of phone calls.
13               So I would not say she is.  And
14   this is -- my lawyer is involved in it,
15   and my lawyer.
16               MS. YUSUF:  Objection.
17               Don't testify to anything that's
18        privileged.  You can answer his
19        question, but don't testify to
20        anything privileged.
21        A      She does not do it -- she did
22   not do it without my lawyers's
23   instructions.
24               MR. WOLOSKY:  Can you read the
25        pending question?
```



Page 115

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2              (Record read)
 3     A     Yes.
 4     Q     On the same page two, 5J reads,
 5  "Give a complete statement of the
 6  ownership and control of the registrant."
 7  And it says, "The managing director,"
 8  meaning Miss Allaham, "and the member,"
 9  meaning you, "co-owned Lexington
10  Strategies, LLC."
11              Do you see that?
12     A     Yes.
13     Q     What percentages do you each own
14  of Lexington Strategies, LLC?
15     A     I don't know off the top of my
16  head.
17     Q     Who would know?
18     A     I will find out and get back to
19  you.
20     Q     Would your accountant know that?
21     A     Yes.
22     Q     Would Miss Allaham know that?
23     A     No, the accountant probably.
24     Q     Can you turn to page three.
25              Now, we've already discussed the
```



Page 116

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2   Emir and MBH and their relationship to the
 3   work performed by you that is the subject
 4   matter of what's called the short form
 5   registration which is Exhibit 1.
 6            Is it fair to say that the
 7   work -- their relationship to the work
 8   that was performed by Lexington Strategies
 9   was the same as the work that was the
10   subject of your previous testimony
11   concerning the short form registration
12   statement?
13            MR. GIMBEL:  Objection to form.
14       A     I'm not understanding the
15   question.
16       Q     That's because FARA forms are
17   very complicated.
18            I'll come back to it.
19            Do you see in box eight it says
20   activities?
21       A     Yes.
22       Q     The question reads, "In addition
23   to the activities described in any Exhibit
24   B to this statement, will you engage or
25   are you engaging now in activity on your
```



```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   own behalf which benefits any or all of
 3   your foreign principals."
 4             Do you see that?
 5      A    Yes.
 6      Q    And then it says yes or no, but
 7   there is no box checked.
 8             Do you see that?
 9      A    Yes.
10      Q    Do you know why no box is
11   checked?
12      A    No.
13      Q    Can you answer the question?
14      A    I don't have any further
15   engagement.
16      Q    So the answer is effectively no,
17   then?
18      A    Yes.  Do you want me to check it
19   for you?  I'll check it.
20      Q    Now, Exhibit B, can you flip to
21   Exhibit B.
22      A    Where is Exhibit B?  Which one
23   is B?  They are not marked.
24             MS. YUSUF:  Keep flipping.
25      Q    Do you see Exhibit B?
```



Page 118

Allaham - ATTORNEYS' EYES ONLY

1

2        I'm sorry.  It's towards the
3   end.  As I said, FARA statements are
4   complicated.
5        MS. YUSUF:  Too far.  Go back.
6   A        Yes, I see B.
7   Q        Okay.
8        Do you see about two-thirds of
9   the way down the page it says, "Check
10  appropriate box"?
11  A        Yes.
12  Q        And then it gives you choices,
13  four, five, or six.  Four asks you, in
14  substance, whether your agreement is
15  pursuant to a formal written contract.
16  You didn't check that box.
17       Is that because your agreement
18  with Qatar described in this statement is
19  not pursuant to a formal written contract?
20  A        My lawyers did this so I cannot
21  answer you why and why not.  It is not --
22  I'm not an expert on filing.



Page 119

3       Q       Box   number   five   says,   "There   is

4   no   formal   written   contract.   The   agreement

5   has   resulted   from   an   exchange   of

6   correspondence."

7               Do   you   see   that?

8       A       Yes.

9       Q       Was   your   agreement   the   result   of

10   an   exchange   of   correspondence?

11      A       I   think   I   would   like   my   lawyer

12   to   answer   that   question   because   he   knows

13   more   about   it.

14      Q       Well,   I'm   asking   you   this

15   question   because   --

16      A       It   looks   to   me   that   I   should

17   check   it.   I'll   check   it.   I   checked   it.

18      Q       So   there   was   an   exchange   of

19   correspondence   between   you   and   your

20   foreign   principal   that   led   to   your

21   engagement?

22      A       It   was   not   correspondence,   no,

23   it   was   more   of   an   oral   meeting   agreement.

24               MR.   GIMBEL:   I'm   going   to   object

25      to   the   question.   It   misstated   his



Page 120

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2      testimony.

 3        Q      Box six asks whether the

 4   agreement between the registrant and the

 5   foreign principal is the result of neither

 6   a formal written contract nor an exchange

 7   of correspondence.

 8             Do you see that?

 9        A      I see that.

10        Q      Now, is that accurate as to your

11   situation and your engagement by the State

12   of Qatar?

13        A      Again, I should refer this to my

14   lawyer because they would answer -- they

15   have been involved in this a lot more than

16   I have been in this.  So they can answer

17   better than me.  I'm not going to be able

18   to check boxes or uncheck boxes.
```



Page 121

Allaham - ATTORNEYS' EYES ONLY

1

2     Q     Why wasn't this box checked

3   then?

4     A     I think my lawyer should answer

5   that.

6     Q     For these situations, the FARA

7   form instructs you to give a complete

8   description of the terms and conditions of

9   the oral agreement or understanding, its

10  duration, the fees and expenses, if any,

11  to be received.

12            You didn't do that?

13            MS. YUSUF:  Objection to form.

14    A     What are you reading?

15    Q     Box number six, which applies in

16  situations where there is neither a formal

17  written contract nor exchange of

18  correspondence.

19            Do you see that?

20    A     I see that.

21    Q     The FARA form indicates that in

22  this situation you're supposed to give a

23  complete description of the terms and

24  conditions of the oral agreement.

25            Do you see that?



Page 122

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2              MS. YUSUF:  Counsel, you're
 3      leaving a word out.  It says below --
 4      "complete description below."
 5      A     Yes.
 6      Q     Okay.
 7              MS. YUSUF:  And there appears to
 8      be on the document a description
 9      below.  So I just want to be clear
10      because the record won't reflect.
11      Q     Counsel is correct.  So counsel
12   is directing us to box seven.
13              Do you see box seven?
14      A     I don't see a box.
15      Q     I'm sorry.  It's question seven.
16   "Describe fully the nature and method of
17   performance of the above-indicated
18   agreement or understanding."
19              Do you see that?
20      A     Yes.
21      Q     And now you wrote, "The nature
22   of the work began to promote the 2022
23   World Cup in Qatar, in the United States
24   and Qatar.  The understanding was expanded
25   to include relationship building with the
```



Page 123

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   leadership in the Jewish community in the
 3   United States to better international
 4   relations.  Methods of performance
 5   included peaceful means of community
 6   engagement, charitable contributions, and
 7   arranging meetings in the United States
 8   and Qatar.  The initial grant was for USD
 9   1.45 million for compensation,
10   disbursements, and operating expenses."
11            Do you see that?
12      A    Yes.
13      Q    Now, this answer reflects that
14   the work began to promote the 2022 World
15   Cup, correct?
16      A    This is what it reads, yes.
```







Page 125





Page 126













Page 129











```
24        Q        Can you turn to the next page.
25                 Question nine reads:  "Will the
```



Page 132

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   activities on behalf of the above foreign
 3   principal" -- that's the Emir and MBH --
 4   "include political activities as defined
 5   in Section one-zero or 1-0 of the act in
 6   the footnote below."
 7             Do you see that?
 8        A    Yes.
 9        Q    And there is no box checked for
10   whether political activities will be
11   engaged in on behalf of the foreign
12   principal.
13             Why is that?
14        A    Because I never -- I never was
15   in contact with any official throughout
16   my -- throughout -- since I started work
17   with Qatar, I never interacted with any
18   officials -- American officials.
19        Q    So then your testimony is that
20   the answer to this question should be no?
21        A    Yes, we should do a "no" here.
22        Q    Do you know why no was not
23   checked?
24        A    I have to check with my lawyers.
25        Q    And who are the lawyers that
```



Page 133

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   filled out these forms on your behalf?
 3        A     I'm not sure because my lawyer
 4   who was dealing with this was traveling
 5   that day, was Craig Engle.  So I don't
 6   know who took and did it, but I will
 7   definitely, please, raise it with him.  We
 8   need to check boxes.  We have unchecked
 9   boxes.
10        Q     Was Alan Dershowitz involved in
11   the preparation of this FARA registration
12   form?
13        A     No.
14        Q     Was Ben Brafman involved in the
15   preparation and filing of this FARA
16   registration form?
17        A     No.
18        Q     Was Abbe Lowell involved in the
19   preparation and filing of this FARA
20   registration form?
21        A     No.
22        Q     Was Michael Bhargava involved in
23   the filing and preparation of this FARA
24   registration form?
25        A     No.
```



Page 134

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2     Q      Can you please turn to page
 3  three of Exhibit 2.
 4            MS. YUSUF:  Which exhibit?
 5     Q      Same exhibit, Exhibit 2.
 6     A      More boxes?
 7     Q      More questions.
 8            So question eight.  You write in
 9  response to question eight, "The
10  registrant began working to promote the
11  2022 World Cup in Qatar and then expanded
12  its activities to include fostering better
13  relations within the Gulf region."
14            Does that mean --
15            MS. YUSUF:  Counsel skipped a
16      word, so I just want the record to
17      reflect it says "better international
18      relations."
19     Q      "Better international relations
20  within the Gulf region."
```



MAGNA LEGAL SERVICES





```
 5      Q      What is "non-FARA activity," as

 6   you used the term there?

 7      A      I think my lawyers decided to

 8   put it, so I'm not sure.

 9      Q      What is your understanding of

10   what that term means?

11      A      I have no idea about FARA.  To

12   me, FARA was you have to register if you

13   have -- if you're in touch with

14   politicians.  In my case, I was never in

15   touch with politicians, but my lawyers

16   chose to do it not to violate any law.  I

17   was never at any time, at any time given,

18   since I started, shook a politician hand

19   or was on the same sidewalk of a

20   politician.

21      Q      And then it goes on to say in

22   that same sentence, "And working with

23   other consultants to Qatar."

24             Do you see that?

25      A      Yes.
```



Page 137

```
 1          Allaham - ATTORNEYS' EYES ONLY
```

20      Q      But it is fair to say you worked

21   with him?

22      A      I mean, our interests align.   So

23   we both --

24      Q      But you exchanged WhatsApp

25   messages with him?



Page 138

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2     A     Yes.
 3     Q     You spoke to him on the phone,
 4  exchanged e-mails and working drafts of
 5  documents with him, correct?
 6     A     Yeah, make, you know --
 7           MR. GIMBEL:  Objection to form.
 8     Q     You can answer.
 9     A     I mean, yes.
10     Q     Why did you have an e-mail
11  address at Stonington.com?
12     A     Because it was encrypted and I
13  don't have an encrypted account.  So Nick
14  volunteered for me to have one.  I rarely
15  use it.
16     Q     Were you ever a subagent of
17  Stonington?
18     A     No.
19           MR. GIMBEL:  Objection.  Calls
20     for a legal conclusion.
21     Q     Okay.
22           Now, if you go to the bottom of
23  that page, there is a section called
24  financial information.
25           Do you see that?
```



Page 139

1           Allaham - ATTORNEYS' EYES ONLY

2       A      Yes.

3       Q      And this, again, describes the

4  incoming initial grant of 1.45 million

5  dollars.

6              Do you see that?

7       A      Yes.

8  Q   It      was received      in October of

9  2017.

10      A      Yes.

11      Q      Under purpose, it says, "Develop

12  plan to promote 2002 World Cup in Doha."

13              Do you have a copy of that plan?

14      MS.   YUSUF:      I think you mean

15      2022.

16      Q      Sorry.   "Developed plan to

17  promote 2022 World Cup in Doha."

18              Do you see that?

19      A      Yes.



Page 140



```
24      Q       The last sentence under purpose
25  says, "Work entailed making FARA and
```



Page 141

1          Allaham - ATTORNEYS' EYES ONLY

2     non-FARA-related expenditures."

3               Do you see that?

4     A      Yes.

5     Q      What are non-FARA-related

6     expenditures?

7     A      Again, my lawyers put that in.

8     I'm not sure what they consider FARA or

9     non-FARA.  FARA, to me, my understanding

10    was dealing with politicians and lobbying

11    on the hill, which I never did.

12    Q      Before I leave this page, I want

13    to go back to question eight briefly,

14    where it says "working with other

15    consultants to Qatar," at the end.

16              Do you see that?

17    A      No.  Yes, on eight, yes.

18    Q      And I apologize for coming back

19    to it.

20    A      Yes.



Page 142





Page 143

20    A    No.

21    Q    Can you turn to page four of the

22  same exhibit, Exhibit 2.

23       At the top of the page, question

24  9B, Receipts, Things of Value reads,

25  "During the period beginning 60 days prior



Page 144

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2     to the date of your obligation to register
 3     to the time of filing this statement, did
 4     you receive from any foreign principal
 5     named in item seven anything of value
 6     other than money either as compensation,
 7     for disbursement, or otherwise."
 8               Do you see that?
 9        A     Yes.
10        Q     You'll note that neither the
11     "yes" box nor the "no" box is checked on
12     the form that is filed.
13               Do you see that?
14        A     Yes.
15        Q     Do you know why neither box was
16     checked?
17        A     No, I don't.
18        Q     Do you know what the answer to
19     the question that 9B poses is?
20        A     No.
21        Q     Did you, Mr. Allaham, receive
22     from any foreign principal named in item
23     seven anything of value other than money?
24        A     Where is item seven?
25        Q     Item seven is the box that
```



Page 145

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   includes the Emir and MBH.
 3        A      No.
 4        Q      And the State of Qatar and the
 5   Supreme Committee for Delivery & Legacy.
 6             The question is asking you
 7   whether you have received anything of
 8   value from any of those persons or
 9   entities other than money?
10             MS. YUSUF:  That's not what the
11        question says.  It says, "During the
12        period beginning 60 days prior to."
13        So the question does have a qualifier.
```





17      A     The Sheraton, usually, I like,

18   because I get my points on SPG.  I like

19   SPG points, usually gets me to Marriott

20   and SPG, and that's how we take our

21   vacation.

22      Q     Question 10A reads, "During the

23   period 60 days" -- sorry.  "During the

24   period beginning 60 days prior to the date

25   of your obligation to register to the time



Page 147

                Allaham - ATTORNEYS' EYES ONLY

1  of filing the statement, did you spend or

2  disburse any money in furtherance of or in

3  connection with your activities on behalf

4  of any foreign principal named in item

5  seven."

6              Do you see that?

7      A     Yes.

8      Q     And the "no" box is checked, but

9  it does say "see attachment" at the

10 bottom.

11             Do you see that?

12     A     Yes.

13     Q     So let's go to the attachment.

14     A     Attachment.

15     Q     If you flip ahead about four

16 pages, there is a sheet of paper that

17 says, "Attachment, question 10A."

18     A     Yes.

19     Q     Do you see that?

20     A     Yes.

21     Q     This is a list of disbursement

22 of monies.

23     A     Yes.

24     Q     Now, is this a complete list of



Page 148

1       Allaham - ATTORNEYS' EYES ONLY

2   the money that was disbursed by you --

3       A       Yes.

4       Q       -- in furtherance of the work

5   that you performed by the State of Qatar?

6       A       Yes.

7       Q       Did you disburse money to Alan

8   Dershowitz in connection with the work you

9   performed by the State of Qatar?

10      A       Again, it is client -- and he

11  does not only work with me on Qatar, we

12  work on many different subject and consult

13  on many different countries in the regions

14  of the Arab regions or Middle East or

15  Africa.

16      Q       What are some of the other

17  countries that are the subject of your

18  work with Alan Dershowitz?

19      A       Nothing is sealed yet.  I'm open

20  for business.  If you have any clients,

21  you're welcome to send them over.

22      Q       You mentioned Africa.

23              Do you work with Alan Dershowitz

24  on countries relating to or in Africa?

25      A       I mean, Morocco, I assume, is in



Page 149

1          Allaham - ATTORNEYS' EYES ONLY

2     Africa.

3          Q      Do you work with Professor

4     Dershowitz on Morocco issues?

5          A      No, I did not end up getting the

6     job, but it was -- I was trying to get the

7     account.  I did not get it.

8          Q      Were you trying to get the

9     account from Mr. Benomar relating to

10    Morocco?

11         A      Not from him, from the officials

12    of Morocco.

13         Q      Was Mr. Benomar involved in that

14    work that you were doing to try to get

15    work from Morocco?

16         A      I mean, I don't know what

17    "involved" means.  I met with the foreign

18    minister and apparently he was not

19    interested, so --

20         Q      To your knowledge, did Morocco

21    hire Mr. Benomar to do work for it?

22         A      I'm not sure.  I don't know.

23    You have to ask him that.  I do not know.

24         Q      Did Morocco hire Professor

25    Dershowitz to do work for it, to your



Page 150

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2   knowledge?
 3       A      No, it was done through me,
 4   because of me, I arranged it.  So it was
 5   not through Jamal, it was through me.  And
 6   I recall the king was not there, so it
 7   didn't really take effect.
 8       Q      And how much money did Professor
 9   Dershowitz get paid for the work for the
10   State of Morocco?
11             MS. YUSUF:  Objection.
12       A      Again, it's not -- his contract
13   with me is wide open.  If I have to work
14   with Japan, it will be with Japan.  It's
15   not just -- whatever I do, he works with
16   me as a consultant.  So --
17       Q      But that includes work that you
18   did for the State of Qatar, among many
19   other countries?
20       A      Not many other countries yet,
21   but Israel is one of them, for example.
```



Page 151





Page 152

21      Q       So turning to this exhibit.

22              MS. YUSUF:  Are you referring to

23      the attachment, Counsel?

24      Q       Yes, thank you.  Attachment to

25      question 10A.



Page 153

1          Allaham - ATTORNEYS' EYES ONLY

2                  What is Our Soldiers Speak?

3     A     It is an Israeli organization

4    that helps soldiers and their families.

5     Q     And how was it -- what was the

6    purpose of the $100,000 grant to it in

7    connection with the work that you were

8    doing for the State of Qatar?

9     A     It was my choice.  And I support

10    the IDF and Israeli soldiers, and it is

11    something that is very dear to me.

12    Q     Who is the leadership of Our

13    Soldiers Speak?

14                 Who are the people you deal with

15    there?

16    A     I don't deal with -- not

17    specific.  Same thing with IDF

18    organization or APEC or -- it is a general

19    organization.

20    Q     But who did you call up on or

21    before October 30th to say, "I want to

22    contribute $100,000 to your organization"?

23    A     It is one of the honoraries.

24    Q     What is the name of the

25    honorary?



Page 154

1          Allaham - ATTORNEYS' EYES ONLY

2       A       Joe Cayre.

3       Q       Can you spell that?

4       A       Joe, J-O-E; Cayre, C-A-Y-R-E.

5       Q       And is he American or Israeli?

6       A       American.  And he was being

7    honored.

8       Q       And where was he being honored?

9       A       At that dinner event.

10      Q       Where was the dinner held?

11      A       At a downtown banquet hall or --

12   I forgot.  It will come to me.

13      Q       And so you basically bought a

14   table or something to that effect, at this

15   dinner?

16      A       Yes.

17      Q       Honoring Mr. Cayre?

18      A       Mostly the organization because

19   I like the organization.

20      Q       Did the organization have

21   anything further to do with your work for

22   Qatar?

23      A       No.

24      Q       To your knowledge, did any

25   Qatari nationals attend that dinner?



Page 155

1          Allaham - ATTORNEYS' EYES ONLY

2     A      No.

3     Q      When you made the contribution

4   to Our Soldiers Speak, did you tell Our

5   Soldiers Speak that the money came from

6   Qatar?

7     A      They didn't ask me, so --

8     Q      Did you tell them?

9     A      I didn't -- I was not asked.

10    Q      And you didn't volunteer the

11  information?

12    A      I was not asked.

13    Q      So what's the purpose of giving,

14  in your mind, $100,000 to an organization

15  to promote goodwill for Qatar without the

16  recipients knowing that the money came

17  from Qatar?

18    A      I think because it is dear to

19  me, and I know about the capture of

20  soldiers that are held by Hamas, and I met

21  with many people involved, that they want

22  ███████████████████████████████████████

23  ███████████████████████████████████████

24  ███████████████████████████████████████

25  non-FARA, if you want.  So we're trying to



Page 156

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2    recapture the alive bodies Hamas was
 3    holding.  And I wanted the Qataris to know
 4    that it is very dear to me and it is
 5    something that I support, that we want to
 6    get those bodies back.  The parents and
 7    many people came who I met with, that was
 8    the main topic, even the Jewish leaders
 9    topic was probably, I would say, 99
10    percent of every person that came in, that
11    was the top of the list to ask, for
12    captured bodies, for the parents, to be
13    returned.
14            So there was nothing better for
15    me to send a message to my bosses, that we
16    want this to be done, and it is something
17    that I asked every day to get it done.
18        Q    And I certainly agree that it is
19    an important goal.  But I'm having a hard
20    time understanding how giving $100,000 of
21    Qatar's money to Our Soldiers Speak
22    furthers that goal.
23        A    I have a hard time with a client
24    paying 1.6 to a Playboy model, so I try to
25    spend my 100,000 on an organization rather
```



Page 157

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   than a Playmate.  So I have a hard time
 3   with that, so --
```



```
17       Q     And how does this goodwill
18   contribution further that goal?
19       A     Because me -- my point, giving
20   this money to an organization, is that the
21   soldiers -- and coming from me, which the
22   Qataris knew, that it is a bold statement
23   that I will always support the IDF and the
24   soldiers, and we want those bodies back
25   because I arranged many meetings with the
```



Page 158

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   ambassador of Gaza for the Qatari with the
 3   general of the Israel IDF.  We did a lot,
 4   and I hope those bodies will be returned.
 5   So was just a statement and support for
 6   other soldiers.
 7        Q      Did you discuss the return of
```



Page 159

17       Q       And the next contribution,

18   November 2, 2017, was to Zionist

19   Organization of America, $50,000.

20               What was that contribution for?

21       A       For a table for that dinner.

22       Q       Is that Morton Klein's

23   organization?

24       A       Yes.

25       Q       Did you attend that dinner?



Page 160

1          Allaham - ATTORNEYS' EYES ONLY

2      A      No.

3      Q      Did Mr. al-Rumaihi attend that

4  dinner?

5      A      Yes.

6      Q      And he attended that dinner at

7  your invitation?

8      A      Yes.

9      Q      Why did Mr. al-Rumaihi want to

10  attend the Zionist Organization of America

11  dinner?

12          MR. GIMBEL:  Objection.  Calls

13      for speculation.

14      Q      Did you discuss -- you can

15  answer that question.

16      A      I don't know that I invited him.

17  I was out of town when he -- I did not

18  have a full table, and he said yes, he

19  would come.

20      Q      Why did you invite him to the

21  Zionist Organization of America dinner?

22      A      I just did not have enough

23  people, bodies to fill my table.

24      Q      Does Mr. Rumaihi live in the

25  United States to your knowledge?



Page 161

1           Allaham - ATTORNEYS' EYES ONLY

2       A       I'm not sure.  I don't know.  He

3    lives between Doha and the United States.

4    I don't know.

5       Q       At the time you invited him to

6    the ZOA dinner, he was in the United

7    States?

8       A       That dinner, I assume, was in

9    the United States not Doha, if I'm not

10   mistaken.

11      Q       Do you know if he has a

12   residence in the United States?

13      A       I do not know.  A residence,

14   meaning a home?

15      Q       Yes.

16      A       From what I read, in LA, but

17   nothing that I -- you know, the Ahmed is

18   an interesting figure so I wasn't --

19      Q       In what way is he an interesting

20   figure?

21      A       He is just an interesting figure

22   so I never -- he is there, he is here, he

23   is there.  So I don't know.  I don't know

24   what his residence, if he owns, rents, I

25   have no clue.



Page 162

1          Allaham - ATTORNEYS' EYES ONLY

2          Q      Do you know if he is in the

3    United States currently?

4          A      I do not know.



Page 163

 9      Q      Did you speak to Mr. Geragos

10   during this time period?

11      A      No -- is he a lawyer?

12      Q      Mark Geragos.

13      A      Is he a lawyer?

14      Q      Yes.

15      A      I did not, but I have heard the

16   name from Jeff.







12      Q      The last disbursement on this
13   form is January 23, 2018, again, the
14   Zionist Organization of America for
15   $50,000.
16           What was the purpose of that
17   contribution?
18      A      I believe for the ZOA dinner.
19      Q      Say it again?
20      A      I believe it was for the ZOA
21   2018 dinner.
22      Q      That's the same dinner that was
23   funded with the initial grant?
24           MS. YUSUF:  Objection.
25      Misstates the witness' testimony.



Page 166

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q      The record shows it was for the
 3   ZOA dinner, Z-O-A.
 4              So just to clarify, the initial
 5   grant to ZOA was for the 2017 dinner and
 6   the subsequent grant was for the 2018 ZOA
 7   dinner?
 8        A      I think that's what it says.
 9        Q      It doesn't say that, but if
10   that's what you're saying, then that's
11   what you're saying.  It just says 50,000,
12   January 23, Zionist Organization of
13   America.
14        A      I don't really recall the -- but
15   this is what I'm assuming.
16        Q      Okay.
17        A      I'll invite you to the dinner
18   instead of Ahmed.
19        Q      I'd love that.
20              MR. WOLOSKY:  I think we're at a
21        natural breaking point here.  So I
22        would propose that we adjourn for
23        lunch.
24              THE WITNESS:  Okay.  How long is
25        lunch?
```



Page 167

1        Allaham - ATTORNEYS' EYES ONLY

2              MR. WOLOSKY:  An hour.  Does

3        that work for you?

4              THE WITNESS:  Yes.

5              THE VIDEOGRAPHER:  The time is

6        12:29 p.m., and we're going off the

7        record.

8              (Thereupon, a recess was taken,

9        and then the proceedings continued as

10       follows:)

11             THE VIDEOGRAPHER:  This is the

12       start of media labeled number 4.  Time

13       now is 1:35 p.m., and we're back on

14       the record.

15  BY MR. WOLOSKY:

16       Q     Good afternoon, Mr. Allaham.

17             Joey?

18       A     Exactly.  Good afternoon.

19       Q     I'd like to direct your

20  attention back to Exhibit 3.  It's the

21  Politico article dated June 7, 2018.  It's

22  the article in which you were quoted as

23  saying, quote, "'Qatar enjoys portraying

24  themselves as the purveyor of peace in the

25  region, but this could not be further from



Page 168

```
1          Allaham - ATTORNEYS' EYES ONLY
2    the truth,'" closed quote, "Allaham said
3    in a sharp reversal from his past
4    position."
```







12      Q      I'm going to show you again your

13  phone records.   This is Exhibit 7.

14              You have that binder in front of

15  you.

16              MS. YUSUF:   Which binder,

17      Counsel?   There are two.

18              MR. WOLOSKY:   It is binder 1.

19      Q      And what I will tell you -- and

20  you're obviously free to go find these on

21  the page numbers that are identified --

22  that I'll identify.

23              But there were 11 phone calls

24  that took place with Mr. Benomar in June

25  of 2017.   They are reflected on pages --



Page 171

1          Allaham - ATTORNEYS' EYES ONLY

2     volume 1 of Exhibit 7 -- 315, 321, 329,

3     336, 338, and 345.

4               So is it fair to say that your

5     contact with Mr. Benomar began in June?

6               MS. YUSUF:  Objection.

7               MR. GIMBEL:  I would object to

8          it assumes facts that are not on the

9          record.

10    BY MR. WOLOSKY:

11        Q     Your first call with Mr. Benomar

12    in June of 2017 was on June 16th, and it

13    is on page 315 of Volume 1.

14               MR. GIMBEL:  Objection to

15          counsel testifying.

16        Q     Mr. Allaham, can you please turn

17    to page 315 of Volume 1.

18        A     Okay.

19        Q     Okay.

20               Now, if you look in the

21    left-hand column, it says "Calling

22    number."

23               Do you see that?

24        A     Yes.

25        Q     And 917-570-6132 is your number,



Page 172

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    correct?
 3          A      Correct.
 4          Q      And do you know if 917-442-7695
 5    is Mr. Benomar's number?
 6          A      I assume it is.
 7          Q      Okay.
 8                 I'm happy to refresh your
 9    recollection by showing you the WhatsApp
10    messages that are --
11          A      No.  I remember 442 is the
12    first --
13          Q      And that's Benomar, right?
14          A      Yeah.
15          Q      Okay.
16                 So, if you see, there are phone
17    calls between your number and
18    Mr. Benomar's number, 917-442-7695, that
19    begin on June 16 at 20:55 and 55 seconds.
20                 Do you see that?
21          A      Yes.
22          Q      Okay.
23                 And then I will represent to you
24    that those calls continue.
25                 But for purposes of establishing
```



Page 173

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   when you first began contact with
 3   Mr. Benomar, it appears that that contact
 4   began in mid-June of 2017.
 5             MS. YUSUF:  Objection.  Assumes
 6        facts not in evidence.
 7             MR. GIMBEL:  Objection to form.
 8   BY MR. WOLOSKY:
 9        Q    Would you agree that you had
10   telephone calls with Mr. Benomar on June
11   16, 2017?
12        A    It states it.  I see it in front
13   of me.
14        Q    Okay.
```









Page 175

 9       Q       And how did you meet Jamal?

10       A       I was working in Syria in 2010.

11  I've known him for before that, so,

12  probably, I've known him for ten years.

13  So I always liked to ask him something if

14  I had some international affairs or -- for

15  his point of view.  So I've known -- had a

16  discussion with him about Syria and how to

17  make peace back then and how to resolve

18  the -- if I recall, the uprising, the

19  whatever that took place.

20       Q       And you mentioned that you met

21  him around this time period, 2017, at an

22  event; what was that event?

23               MS. YUSUF:   Objection.

24       Misstates.

25       A       I don't remember.  It was some



Page 176

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   bar mitzvah or wedding.  I'm not sure.
 3   There's a lot of those.
 4        Q      Was it here in New York?
 5        A      Yes.
 6        Q      Was he a patron at your
 7   restaurant?
 8        A      He would come often, I would
 9   say.
10        Q      So going back to your trips to
11   Qatar.
12        A      Can I put this away?
13        Q      Oh, yes.
14        A      I'm not taking this with me; you
15   can keep it.
16             MR. WOLOSKY:  You want to grab
17        it for me?  You can.
18   BY MR. WOLOSKY:
```











Page 179

20      Q       When you traveled to Qatar, did
21   you travel on your U.S. passport?
22      A       What other passport would I
23   travel on?
24      Q       Do you have any other passports?
25      A       I don't.



Page 180

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2     Q      You testified earlier about your
 3  use of the phone number 917-570-6132.
 4            Do you recall that?
 5     A      That's my phone number.
 6     Q      And you testified that the
 7  carrier for that phone number is Sprint.
 8     A      Yes.
 9     Q      Who is the manufacturer of the
10  phone that you use to communicate on that
11  phone number?
12     A      Apple.
13     Q      What model is the phone?
14     A      Now?  Today?  The latest one,
15  the 10.
16     Q      And what was it in 2017?
17     A      The one before it; whatever it
18  was before.
19     Q      Do you know what operating
20  system is used on your current phone?
21     A      What does that mean,
22  "operating"?
23     Q      IOS?
24     A      I have no idea.
25     Q      And you don't know what
```


MAGNA ▶
LEGAL SERVICES

Page 181

1       Allaham - ATTORNEYS' EYES ONLY

2   operating system was used on your previous

3   phone, the one you used in 2017?

4       A       No.

5       Q       And you -- did you make your

6   mobile phone available to be searched for

7   documents responsive to the subpoena

8   served on you?

9               MS. YUSUF:  I'm just going to

10      state an objection.  Don't -- you can

11      answer his question, but don't discuss

12      anything that has to do with

13      attorney-client privilege.

14              MR. WOLOSKY:  I don't think I

15      asked anything about communications

16      with attorneys.

17              Can you re-read the question.

18              (Record read)

19      A       Yes.

20      Q       Do you have any other mobile

21   phones?

22      A       In terms?  Meaning?

23      Q       How many mobile phones do you

24   have?

25      A       I only carry one.



Page 182

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      Okay.  Do you have any others

3  that you don't carry around with you?

4      A      I mean, we have one for the

5  whole, entire family as an emergency.

6      Q      And what's the phone number for

7  that phone?

8      A      I don't know it by heart.

9      Q      Do you know the carrier?

10     A      Could be Sprint, maybe.  I'm not

11  sure.

12     Q      And do you know the

13  manufacturer?  Is it Apple?

14     A      Yes.

15     Q      And do you know what model it

16  is?

17     A      It's definitely an older phone,

18  so I'm not sure.  We don't know.

19     Q      Did you make that phone

20  available to be searched for documents

21  responsive to the subpoena served on you?

22     A      No, but I don't usually use it.

23     Q      Have you had any other mobile

24  phones since March 1, 2017?

25     A      Rephrase that.  Meaning?



Page 183

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q      Have you had any other mobile
 3   phones since March 1, 2017?
 4             MS. YUSUF:  Counselor, your -- I
 5        just want to understand your question.
 6        You're referring to other than the
 7        ones he has already identified?
 8             MR. WOLOSKY:  Yes.
 9             MS. YUSUF:  The 10 and the prior
10        one.
11             MR. WOLOSKY:  Yes.
12   BY MR. WOLOSKY:
13        Q      So you testified, I believe,
14   that you currently have a 10?
15        A      Yes.
16        Q      Last year, you had the prior
17   model?
18        A      Yes.
19        Q      Other than those two phones,
20   have you had any other mobile phones since
21   March 1, 2017?
22        A      No.
23        Q      And other than the family phone
24   you testified about.
25        A      No, I don't.
```



Page 184

1        Allaham - ATTORNEYS' EYES ONLY

2        Q      Do you have any landlines,

3   landline telephones, at your home?

4        A      Yes.

5        Q      What's the phone number for your

6   landline phone?

7        A      I have no idea.

8        Q      Do you know who the provider is?

9        A      I assume it's Spectrum,

10  probably.

11       Q      Spectrum?

12       A      Probably.

13       Q      Is that a cable company?

14       A      It's like the cable and

15  everything.

16       Q      So is it an IP-based phone, or

17  is it a traditional landline phone?

18       A      I have no idea.  I'm not that

19  sophisticated.  I don't know.

20       Q      Do you ever use that home phone

21  number for work-related calls?

22       A      I could -- 99 percent point 9,

23  no.

24       Q      Do you have landline telephones

25  at your business?



Page 185

1          Allaham - ATTORNEYS' EYES ONLY

2               MS. YUSUF:  Objection.

3      A     No.

4      Q     Do you ever use burner phones?

5      A     What's a burner phone?

6      Q     Do you ever use temporary phones

7   that you use only for a short period of

8   time for a specific purpose?

9      A     No, never.

10     Q     When you travel to Qatar, do you

11  use another phone or your phone -- your

12  iPhone that you testified about?

13     A     Usually, my phone.  My phone is

14  working in Qatar.

15     Q     Do you ever use other phones

16  when you're in Qatar on business?

17     A     No.  Sometimes, the driver's, if

18  my phones don't have connections or -- but

19  usually my phones.

20     Q     When you replaced your phone

21  that you used in 2017 for the current

22  iPhone 10 that you use, did you destroy

23  your previous phone?

24     A     I don't think I destroyed it.  I

25  would usually exchange it, yes, swipe it.



Page 186

1          Allaham - ATTORNEYS' EYES ONLY

2     Q      Do you have possession of it

3   today?

4     A      I don't believe so, no.

5     Q      To the best of your knowledge,

6   what happened to that old phone?

7     A      I think it gets mailed back.

8   I'm on a plan, I believe.  Every new phone

9   comes out, I just trade in.

10     Q      How do you maintain your

11   contacts?

12     A      On my phone.

13     Q      On the Apple contacts --

14     A      Yeah.

15     Q      -- application?

16     A      Not Apple.  Whatever is on the

17   phone.

18     Q      Do you maintain contacts in any

19   other format or location?

20     A      No.

21            MS. YUSUF:  Objection to form.

22            You can answer.

23     A      No.

24     Q      Did you provide your contacts to

25   be searched for documents responsive to



Page 187

1          Allaham - ATTORNEYS' EYES ONLY

2    the subpoena served on you?

3              MS. YUSUF:  Objection to form.

4      A      I gave my phone.

5      Q      And it included your contacts?

6      A      Yes.

7      Q      What devices do you use to

8    communicate via text message?

9      A      My cell phone.

10     Q      Is it the same cell phone and

11   phones that we've been discussing?

12     A      Yes.

13     Q      And what services do you use to

14   communicate via text message?

15             You use WhatsApp, correct?

16     A      I -- one of the apps I use is

17   WhatsApp.

18     Q      And what are some of the

19   additional apps that you use?

20     A      I use text.  That's usually what

21   I use.  I have other apps, but I don't

22   usually -- I don't use them.

23     Q      What are some of the other apps

24   that you occasionally use?

25     A      Mostly WhatsApp.



Page 188

```
 1       Allaham - ATTORNEYS' EYES ONLY

 2     Q     Do you use Signal?

 3     A     Very rarely.

 4     Q     Do you use it for work relating

 5   to Qatar.

 6           Possibly?

 7     A     No.  They don't have -- they

 8   don't usually communicate on Signal.

 9     Q     Do you use Telegram?

10     A     What's Telegram?

11     Q     It's an app.

12     A     I don't believe I have it.

13     Q     Do you use Wickr?

14     A     I don't believe so.

15     Q     Do you use Skype?

16     A     No.

17     Q     Do you use FaceTime?

18     A     Yes.

19     Q     Do you use FaceTime for

20   communications relating to your work for

21   Qatar?

22     A     No.

23     Q     Do you use Facebook Messenger?

24     A     I don't even know how to go on

25   my Facebook.
```



Page 189

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      Do you use LinkedIn to

3  communicate?

4      A      I don't even know how to go on

5  LinkedIn.

6      Q      Do you use GroupMe?

7      A      No.

8      Q      Did you provide your Signal

9  messages to be searched for documents

10  responsive to the subpoena served on you?

11      A      I mean, I gave my phone, so I

12  have no idea what they were looking for.

13      Q      Did you provide your texts to be

14  searched for documents responsive to the

15  subpoena served on you?

16      A      Again, I gave my phone for the

17  day, and that's very hard for me to

18  manage.

19      Q      Do you backup your device

20  regularly to iCloud?

21      A      I have no idea.

22      Q      Do you know if you disabled

23  automatic backups on iCloud?

24      A      I'm not aware of it.

25      Q      Do you have any computers at



Page 190

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2  your home?
 3     A     Not mine.  I never use.  For the
 4  kids.  I never use it.
 5     Q     You don't use any computers at
 6  all?
 7     A     Never, no.
 8     Q     Do you use your iPhone?
 9     A     Mostly, yes.
10     Q     So you don't have any computers
11  that you use at your office?
12     A     I don't use any computer.  I
13  have not had a computer probably in ten
14  years.  I have my brain, so --
15     Q     Do you use any tablets?
16     A     Meaning iPad?
17     Q     Yes.
18     A     When I watch shows, usually.
19     Q     Do you use them for
20  communications?
21     A     No.
22     Q     What devices do you use to
23  communicate by e-mail?
24     A     My phone.
25     Q     Not your computer?
```



Page 191

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2             MS. YUSUF:  Objection.
 3    A       No.  I do not have a computer.
 4    Q       Not your tablet?
 5    A       No.  I have a tablet, but I have
 6  to tell you it's all greasy and broken, so
 7  I don't like to touch it.  I see my kids
 8  use it as a --
 9    Q       We're glad you didn't bring it
10  with you.
11             What software applications do
12  you use to compose, read, and send e-mail?
13    A       Whatever is on -- I have in my
14  phone.
15    Q       Do you know if it's Outlook?
16    A       I have no idea.
17    Q       Do all of your various e-mail
18  accounts go into the same display?
19    A       Correct, except the Proton,
20  which I don't use, usually.
21    Q       But you have a Proton account?
22    A       I have the Stonington.
23    Q       That's right.
24             Have you ever used an
25  application called Thunderbird?
```



Page 192

1           Allaham - ATTORNEYS' EYES ONLY

2      A      No.

3      Q      Can you tell me the e-mail

4  addresses that you use for either personal

5  or business activities.

6      A      Mostly, my

7  josephallaham@gmail.com.

8  Joey@alexisstrategies, and icloud.com, and

9  joey@Stonington.

10     Q      I believe your iCloud e-mail is

11 joeyallaham@icloud.com.

12            Does that sound right?

13     A      Probably, yes.

14     Q      Do you still have access to your

15 e-mail address

16 joey@stoningtonstrategies.com?

17     A      Yes.

18     Q      Do you use that regularly?

19     A      Not at all.

20     Q      What is Alexis Strategies?

21     A      It's just a website.  You know,

22 I wanted to -- I was debating Lexington or

23 Alexis, and ended up with Lexington, but I

24 never set up the e-mail because I have too

25 many e-mail addresses, and that was the



Page 193

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   e-mail I landed with.
 3        Q      So what is your Alexis
 4   Strategies e-mail address for --
 5        A      I think joey@alexisstrategies.
 6        Q      Joey@.
 7               And does anyone else have an
 8   alexisstrategies.com e-mail address?
 9        A      No.
10        Q      Is Alexis Strategies a company?
11        A      No.
12        Q      It's just an e-mail address?
13        A      A domain.
14        Q      A domain.
15        A      I own maybe 100 domains.  It's
16   just every time I come up with a name, I
17   like to buy it.  I spent $12.  I used to
18   have that sickness, but I stopped.
19        Q      So I think you confirmed this
20   already, but the entity that hosts the
21   stoningtonstrategies.com e-mail address is
22   ProtonMail, correct?
23        A      Again?  Sorry.
24        Q      The entity that hosts the
25   stoningtonstrategies.com e-mail address
```



Page 194

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    that you have --
 3        A      Yes.
 4        Q      -- is ProtonMail?
 5        A      Yes.
 6        Q      Why did you feel it was
 7    necessary to have a ProtonMail-linked
 8    e-mail address?
 9            MS. YUSUF:  Objection.
10        A      I was told that it's a safer
11    e-mail address.
12        Q      Told by whom?
13        A      I mean, I don't recall, but
14    it's -- I mean, I read it -- a lot about
15    it, read a lot that Proton is the safest
16    e-mail address to have.
17        Q      So was it your idea, or was it
18    Nick Muzin's idea to have ProtonMail host
19    the stoningtonstrategies.com e-mails?
20        A      No, I think it was the tech
21    person; he suggested that's the best, most
22    efficient way.
23        Q      The tech person at which
24     company?
25        A      The guy who I told you I use.
```



Page 195

1          Allaham - ATTORNEYS' EYES ONLY

2       Q      So, then, did you suggest it to

3    Nick?

4       A      No.  Well, I introduced him to

5    Nick to do his website.  So it's my guy.

6              And even I have to go back to

7    the real estate.  I forgot that I had

8    another website called popupgenius.com, my

9    concept to do pop-ups.  You can check it

10   out; it's still up and running.  It was

11   part of the real estate that I did.

12             So I told you that Baskhar does

13   websites, and I introduced him to Nick,

14   and that's how the Proton -- he said,

15   Proton, since you guys are dealing with

16   government and stuff, it's the safest way.

17      Q      And, I'm sorry, his name is

18   Baskhar?

19      A      Yes.

20      Q      B-A-S-C-A-R?

21      A      B-A-S-K-H-A-R.

22      Q      Is that his first name or his

23   last name?

24      A      First name.

25      Q      Do you know, what's his last



Page 196

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    name?
 3          A      I have no idea.
 4          Q      Does he live here in New York?
 5          A      No.
 6          Q      Washington?
 7          A      No.
 8          Q      Qatar?
 9          A      No.
10          Q      Where does he live?
11          A      India.
12          Q      India?
13          A      He's in India.  Nobody uses the
14    site.  He's in India.
15          Q      Aside from the Gmail account,
16    the iCloud account, the Alexis Strategies
17    account, and the Stonington Strategies
18    account, have you used other e-mail
19    addresses since March 1, 2017?
20          A      No.
21          Q      Do you know what internet
22    service you use at home?
23          A      I said probably Spectrum.
24          Q      Spectrum?
25          A      Used to be Verizon, and now it's
```



Page 197

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2    Spectrum's.
 3        Q      And do you have any special
 4    plans that you use for internet service
 5    when you're traveling?
 6            MS. YUSUF:  Objection to form.
 7        A      "Special plan" meaning?
 8        Q      What internet services do you
 9    use while traveling?
10        A      Sprint.
11        Q      Do you ever purchase internet
12    time overseas when you're traveling?
13        A      No.  I think I have the plan; I
14    think 19.99 for international.
15        Q      So that's an international data
16    plan?
17        A      I believe so.  I try not to
18    abuse it.
19        Q      When did you first become aware
20    of the litigation by Mr. Broidy against
21    the State of Qatar and others?
22        A      I think -- I'm not -- I don't
23    recall whether I read about it or Nick
24    told me.  I'm not sure.
25        Q      Do you recall whether you
```



Page 198

1        Allaham - ATTORNEYS' EYES ONLY

2   learned about it on the day that a

3   complaint was filed, on March 26, 2018?

4        A    I'm not -- probably.  I don't

5   recall exactly how, but --

6        Q    And I'd like to show you a

7   document that we have marked for

8   identification as Exhibit 19.

9             I'm sorry, it is Exhibit 5, and

10  you already have it.  You already have

11  that exhibit.

12            If I can ask you to flip to page

13  41, Bates-stamped page 41.

14       A    Yes.

15       Q    You have in front of you a

16  document Bates-stamped PROOD00000041.

17       A    Yes.

18       Q    Okay.

19            Do you see that on March 26,

20  2018 at 3:33 p.m., Nicolas Muzin texts to

21  you a document called "Elliott Broidy

22  Complaint.pdf"?

23       A    I see it.

24       Q    Is it correct to say that that

25  is the date that you learned about the



Page 199

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   complaint filed by Mr. Broidy?
 3        A     Yes.
 4        Q     And you responded to Mr. Muzin
 5   at 3 -- at -- sorry, 4:14 p.m. that same
 6   day, "Call me, please."
 7              Do you see that?
 8        A     Yes.
 9        Q     Why did you ask him to call you?
10        A     I don't remember why.  This is
11   an hour later, so I don't --
12        Q     And since the date of this
13   message, March 26, 2018, have you deleted
14   any e-mails on any of the accounts you
15   identified a moment ago?
16        A     I delete e-mails every day.  I
17   mean, I get a lot of junk.
18        Q     And so it's fair to say that you
19   deleted e-mails that relate to your work
20   for the State of Qatar?
21              MS. YUSUF:  Objection.
22        A     I don't believe so.
23        Q     Since that date, April 26 --
24   March, 26, 2018, have you deleted any
25   messages on services such as WhatsApp?
```



Page 200

1          Allaham - ATTORNEYS' EYES ONLY

2       A      I mean, I don't know if -- I

3    don't know.  I don't believe I deleted,

4    but, usually, I know my memory.  I -- so

5    if something is not a video or something,

6    I don't, usually delete stuff that's

7    unrelated to my -- my friend sends me

8    important videos all the time.  I don't

9    keep them.

10      Q      Did you delete any texts or

11   WhatsApp messages that relate to Nick

12   Muzin or Stonington since the date of the

13   filing of this complaint on March 26?

14      A      I do not believe so.

15      Q      Did you delete any WhatsApp

16   messages since March 26 that relate to

17   Global Risk Advisors?

18      A      I never heard of them.

19      Q      Did you delete any messages on

20   WhatsApp since March 26, 2018 that relate

21   to Ahmed Al-Rumaihi?

22      A      I don't believe so.

23      Q      Did you delete any messages on

24   WhatsApp since March 26, 2018 that relate

25   to Jamal Benomar?



Page 201

1          Allaham - ATTORNEYS' EYES ONLY

2       A      I don't believe so.

3              But, so you know, I do not back

4    up my WhatsApp.  I never backed it up.  So

5    when I changed phones in 2000, I don't

6    think I deleted anything, so --

7       Q      When did you change phones; do

8    you recall?

9       A      Whenever the new phone came out.

10      Q      And since March 26, 2018, have

11   you deleted any texts that relate -- texts

12   or WhatsApp messages that relate to your

13   work for the State of Qatar?

14      A      Not intentionally, no.

15      Q      And going back to your practice

16   of deleting e-mails, do you do that once a

17   week, once a day?  Is there a regular

18   practice that you follow in deleting your

19   e-mails?

20      A      I mean, not really, no.  I get a

21   lot of -- a good amount of junk e-mails

22   every day, so --

23      Q      So your practice would be to

24   delete only the junk e-mails, or do you

25   delete whole blocks of e-mails that may



Page 202

1          Allaham - ATTORNEYS' EYES ONLY

2      come in over a certain time period?

3          A       Usually, the junk e-mails.

4          Q       When did you first become aware

5      of the subpoena for your documents in this

6      case?

7          A       When Joel Mowbray called me.

8          Q       What did Joel Mulberry say to

9      you?

10         A       He basically threatened me.

11         Q       How did he threaten you?

12         A       On my phone, text.

13         Q       What did he say or write to you?

14         A       That if I don't cooperate,

15     I'll -- they'll have me as a defendant, I

16     think, or some language -- I have to

17     cooperate with you guys or, you know,

18     stuff with all those -- all different

19     threats that's if I don't do this, they

20     will add me as a defendant.

21         Q       You understand that you're not a

22     defendant in this case?

23         A       I know, but that was his threats

24     all the time.  And that's how he was

25     saying:  I'm keeping you because of the --


MAGNA
LEGAL SERVICES

Page 203

1          Allaham - ATTORNEYS' EYES ONLY

2      you know, because of your kids -- because

3      I hosted him for free in this past

4      whatever.  But it was threats, which is --

5      I found that very disturbing to do.

6          Q       And what kind of cooperation was

7      Mr. Mowbray seeking?

8          A       I have no idea.

9          Q       And did you meet with

10     Mr. Mowbray since the filing of this

11     lawsuit?

12         A       Oh, yeah.  He met me.  Then he

13     came to see me two weeks ago with my

14     lawyers in DC.  My lawyer met with him.

15         Q       And did you meet with him at

16     other times, since the filing of this

17     lawsuit?

18         A       Yes.  He came to see me.

19         Q       Were those meetings at your

20     request or his request?

21         A       Always his request.

22         Q       Did you have any interest in

23     speaking with him?

24         A       I mean, he threatened me all the

25     time.  That's his way of calling me to a



Page 204

```
 1      Allaham - ATTORNEYS' EYES ONLY
 2  meeting, that something bad is happening;
 3  the FBI is coming, something urgent was
 4  occurring.  So he always had a bad
 5  approach of calling for a meeting.
 6      Q     And has the FBI come?
 7      A     No, not yet.
 8      Q     They haven't come to talk to
 9  you?
10      A     No.
11      Q     Have you entered into a
12  cooperation agreement with the U.S.
13  Government concerning the hack of
14  Mr. Broidy's e-mails?
15      A     Say that again.
16      Q     Have you entered into a
17  cooperation agreement or immunity
18  arrangement with the U.S. Government
19  concerning the hack of Mr. Broidy's
20  e-mails?
21      A     I don't have anything to do with
22  the hack, and I don't have any agreement
23  with anybody.
24      Q     So is the answer to the question
25  I just asked, "No"?
```



Page 205

1          Allaham - ATTORNEYS' EYES ONLY

2                  MR. WOLOSKY:  Please re-read the

3      question.

4                  (Record read)

5      A     No.

6      Q     Have you retained Abbe Lowell?

7      A     No.

8      Q     Have you retained Michael

9  Bhargava?

10     A     No.

11     Q     Have you spoken to either

12  Mr. Lowell or Mr. Bhargava?

13     A     Define that.  What do you mean?

14  Have I --

15     Q     Spoken:  You move your mouth and

16  words come out.

17     A     I mean, did I meet him in the

18  restaurant and spoken to him or picked up

19  the phone and call him?

20     Q     Either one.

21     A     None, no.

22     Q     Has Mr. Muzin retained Abbe

23  Lowell?

24                 MS. YUSUF:  Objection.

25     A     I can't answer for someone else.


MAGNA
LEGAL SERVICES

Page 206

```
 1         Allaham - ATTORNEYS' EYES ONLY
 2      Q      To the best of your knowledge,
 3   has Mr. Muzin retained Abbe Lowell?
 4      A      I don't know.
 5      Q      Has Mr. Muzin retained Michael
 6   Bhargava?
 7             MS. YUSUF:  Objection.
 8      A      I don't know.
 9      Q      I'd like to show you an exhibit
10   that we've marked for identification
11   Allaham Exhibit 19.
12             This is a document that was
13   produced by your attorneys, and it's
14   Bates-stamped PRODOOD00000046 through 51.
15   And it's a series of WhatsApp messages
16   between you, Mr. Muzin and others.
17             MS. YUSUF:  Counsel, can we just
18      confirm this is a subset of Exhibit 5,
19      or do you have something else you're
20      referring to?
21             MR. WOLOSKY:  There may -- that
22      may have been how it ended up, so --
23             MR. GIMBEL:  It is now, so --
24             MR. WOLOSKY:  It is?  Okay.
25             So then I will correct the
```



Page 207

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        record and refer you to the document
 3        that's been marked as Exhibit 5, and
 4        ask that you please turn to page --
 5        that ends in 46.
 6   BY MR. WOLOSKY:
 7        Q     Do you see that page?
 8        A     Yes.
 9        Q     The first text message on that
10   page is a text message from you to Nick
11   Muzin on April 5, 2018 at 12:28 p.m.
12              Do you see that?
13        A     Yes.
14        Q     Now, that is what appears to be
15   a cut-and-paste of an e-mail from Abbe
16   Lowell.
17              Do you see that?
18        A     Yes.
19        Q     So why is it that you were
20   cutting and pasting an e-mail from Abbe
21   Lowell to Mr. Muzin?
22        A     Abbe was asking if we have
23   insurance.
24        Q     Why was Abbe asking if you have
25   insurance?
```



Page 208

1          Allaham - ATTORNEYS' EYES ONLY

2              MS. YUSUF:  Objection.  Calls

3      for speculation.

4              MR. GIMBEL:  Join.

5      A      I think you need to ask Abbe.

6      Q      Well, I'll refer you to a text

7   message that you wrote on that same day at

8   12:20 -- sorry -- excuse me, 12:30 p.m.

9   Quote, "That what I said."

10             Do you see that?

11     A      Yeah.

12     Q      Okay.  And why is it -- why did

13  you write that?

14     A      It's a communication between me

15  and my lawyer, Matthew.

16             MS. YUSUF:  Are you referring --

17  BY MR. WOLOSKY:

18     Q      I'm referring to a text message

19  that Mr. Allaham sent to Nick Muzin that

20  says, "That what I said."

21     A      "That what I said."

22             MS. YUSUF:  He's talking about

23             12:30.

24  BY MR. WOLOSKY:

25     Q      12:30 p.m.



Page 209

1           Allaham - ATTORNEYS' EYES ONLY

2      A      Okay.

3             "That what I said."

4      Q      Yes.

5      A      Because Nick says, "Interesting.

6  I don't know how that makes a difference

7  to him."

8             I said, "That's what I said."

9      Q      Yes.

10            So why is it that you believed

11  that the issue of insurance did not make a

12  difference?

13            MR. GIMBEL:   Objection to the

14      form.

15      A      I don't know what's the sequence

16  of -- meaning this case had to be defended

17  with insurance or without insurance.

18      Q      In which case is it that you

19  were concerned about there being

20  insurance?

21      A      Meaning the -- your client's

22  case.

23      Q      And what is Mr. Lowell's role in

24  that case?

25            MS. YUSUF:   Objection.



Page 210

1        Allaham - ATTORNEYS' EYES ONLY

2        A       I think you need to ask

3    Mr. Lowell.

4        Q       And this is an e-mail that you

5    are copying and pasting and sending to

6    Mr. Muzin.

7        A       It was not sent to me, that

8    e-mail.

9        Q       This is an e-mail that you were

10   copying and pasting and sending to

11   Mr. Muzin.

12               So what is your relationship to

13   this e-mail?

14       A       My lawyer, Matthew.

15       Q       And what is Matthew's

16   relationship to this e-mail?

17               MS. YUSUF:  Objection.  Calls

18       for attorney-client-privileged

19       information.

20               MR. WOLOSKY:  I'm not asking him

21       about his communications with his

22       counsel.

23               Can you please re-read the

24       question.

25               MS. YUSUF:  You're asking about



Page 211

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        counsel's relationship to the e-mail,
 3        which calls for
 4        attorney-client-privileged
 5        information.
 6    BY MR. WOLOSKY:
 7        Q     What is -- now, are you going to
 8    answer that question?
 9        A     No.
10        Q     Why is your lawyer in contact
11    with Abbe Lowell?
12              MS. YUSUF:  Objection.  Calls
13        for speculation and calls for
14        attorney-client-privileged
15        information.
16    BY MR. WOLOSKY:
17        Q     Do you know why your lawyer is
18    in touch with Abbe Lowell?
19        A     Again, it's client-privileged
20    information.
21        Q     That's not your objection to
22    make.
23              MS. YUSUF:  It's the objection I
24        just made:
25              "Why is your client in contact
```



Page 212

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2     with Abbe Lowell?
 3            "Objection.  Calls for
 4     speculation and
 5     attorney-client-priveledged
 6     information."
 7            MR. WOLOSKY:  Well, are you
 8     instructing him not to answer that
 9     question?
10            MS. YUSUF:  Yes.
11  BY MR. WOLOSKY:
12     Q      And are you not answering that
13  question?
14     A      I think I would refer it to my
15  lawyers.
16     Q      And I'm asking you, so --
17            MR. WOLOSKY:  Can you go back to
18     the pending question, please.
19            (Record read)
20     A      Again, I defer it to my lawyers
21  to answer that question.
22     Q      So you're not going to answer
23  that question today?
24     A      No.  I think you can pick up the
25  phone, whatever method you can -- my
```



Page 213

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   lawyers can do the same.  I'm not going to
 3   speak on behalf of my lawyers.
 4        Q     And what is the role of Michael
 5   Bhargava in this e-mail chain?
 6              MS. YUSUF:  Objection.
 7        A     I have no idea.
 8        Q     Do you know who Michael Bhargava
 9   is?
10              MS. YUSUF:  Objection.  Asked
11        and answered.
12        Q     You can answer it.
13        A     I don't.
14        Q     Have you ever met with Abbe
15   Lowell?
16        A     I met him many times.
17        Q     In what context did you meet
18   him?
19        A     In the restaurant.  I've met
20   every Jew on this planet.
21        Q     We just met today for the first
22   time.
23        A     You know, I was told Elliott
24   goes to one of my events and he didn't
25   pay.  He owes me.  So --
```



Page 214

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q      Have you ever met Abbe Lowell in
 3    a professional context in which you have
 4    sought his legal services?
 5              MS. YUSUF:  Objection.
 6        A      Say that again, please.
 7        Q      Have you ever met Abbe Lowell in
 8    a professional context where you have
 9    sought his legal services?
10        A      No.
11              MR. WOLOSKY:  So I'd like to go
12        back to the attorney-client privilege
13        assertions given that answer.
14              Will you allow him to answer
15        those questions?
16              MS. YUSUF:  No.
17              MR. WOLOSKY:  On what basis?
18              MS. YUSUF:  Attorney-client
19        privilege.
20              MR. WOLOSKY:  He just testified
21        that he never had any contact with
22        Abbe Lowell in an attorney-client
23        relationship.
24              MS. YUSUF:  You asked him if he
25        ever met Abbe Lowell in a professional
```



Page 215

1      Allaham - ATTORNEYS' EYES ONLY

2      context where he has sought his legal

3      services.

4            MR. WOLOSKY:  And he answered

5      no.

6            MS. YUSUF:  Right.

7            MR. WOLOSKY:  So how does he

8      have an attorney-client relationship?

9            MS. YUSUF:  I'm not testifying

10     to -- I'm stating my objection, and my

11     client's not answering based on that.

12           MR. WOLOSKY:  You're instructing

13     him not to answer, which is different

14     than stating an objection.

15           MS. YUSUF:  I'm sorry,

16     Counselor, can you restate that.

17           MR. WOLOSKY:  If you're stating

18     an objection, then your objection can

19     be noted for the record and he can

20     answer the question.

21           MR. GIMBEL:  I, for one, have

22     long since lost the thread of what

23     this question is, so I would ask that

24     it either be re-read or restated.

25           MR. WOLOSKY:  The question is:



Page 216

1        Allaham - ATTORNEYS' EYES ONLY
2     Have you ever met Abbe Lowell in a
3     professional context in which you have
4     sought his legal advice.
5              The answer was "no."
6              So given that there appears to
7     have never been contact with Abbe
8     Lowell, aside from in a social
9     context, I've asked counsel if she
10    will reconsider her instruction not to
11    answer questions concerning
12    communications with or concerning Abbe
13    Lowell concerning which she
14    asserted -- she instructed her client
15    not to answer.
16             MS. YUSUF:  No, I will not
17    reconsider it.  I think there's
18    information you don't have.  Perhaps
19    an off-the-record discussion would be
20    helpful.
21             MR. WOLOSKY:  Okay.
22             Can we have it right now?
23             MS. YUSUF:  Yes.  Let's just
24    step outside.
25             We're going to go off the record



Page 217

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2        for a minute.
 3              THE VIDEOGRAPHER:  The time is
 4        2:31 p.m., and we're going off the
 5        record.
 6              (Thereupon, a recess was taken,
 7        and then the proceedings continued as
 8        follows:)
 9              THE VIDEOGRAPHER:  This is the
10        start of media labeled number five.
11        The time now is 2:42 p.m., and we're
12        back on the record.
13   BY MR. WOLOSKY:
14        Q    Mr. Allaham, I would like to
15   show you a document that has been marked
16   for identification as Allaham 36.
17              (Whereupon, Document from New
18        York State Department of Corporations,
19        was marked as Allaham Exhibit 36 for
20        identification, as of this date.)
21   BY MR. WOLOSKY:
22        Q    Have you seen that document
23   before?
24        A    No.
25        Q    This is a document from the New
```



Page 218

1          Allaham - ATTORNEYS' EYES ONLY
2    York State Department of State Division of
3    Corporations that was filed on November 9,
4    2017, for a limited liability company
5    called Alexis Strategies, LLC.
6         A     I see that.
7         Q     Did you file this document or
8    cause this document to be filed?
9         A     I think see the address now.  I
10   used them for accounting for a little bit
11   and might have said I liked the name, but
12   I never even -- I don't believe I picked
13   up this -- the LLC.  I don't recall seeing
14   this.
15        Q     Did you -- do you recall we
16   discussed earlier an e-mail address
17   called -- that you have called
18   alexisstrategies.com, I believe it was.
19              Do you recall that discussion?
20        A     Yes.
21        Q     And I believe you testified that
22   Alexis Strategies did not exist as a legal
23   entity.
24              Does this document refresh your
25   recollection?



Page 219

1            Allaham - ATTORNEYS' EYES ONLY

2       A       I have never seen it.  So

3    probably if he has done it, I never used

4    it.  I never picked it up.  It was never

5    picked up.

6       Q       So you believe that your

7    accountant filed this document without

8    your knowledge?

9       A       No, I probably have called them

10   with the name and they have probably done

11   it.  Which is, I believe, that's what

12   happened, but I never used it or I never

13   picked it up.

14      Q       What do you mean by you "never

15   picked it up"?

16      A       Meaning, when you do analyses,

17   you pick up the paperwork for it.  I never

18   picked it up.  And this is news to me that

19   it was done.

20      Q       So is this an inactive company

21   as far as you know?

22      A       Yes, but not -- correct, it is

23   not related to me, absolutely inactive,

24   yes.

25      Q       So is it inactive and not



Page 220

1          Allaham - ATTORNEYS' EYES ONLY
2    related to you or inactive but related to
3    you?
4          A       Both.  It is not active and it
5    is not related to me.  I believe -- I will
6    ask for it, if it is available -- if it is
7    there still, I'll take it.
8          Q       And if this company is not
9    active --
10               MR. WOLOSKY:  Strike that.
11         Q       If this company is not related
12   to you, how do you know that it is
13   inactive?
14         A       Because I never used it.  I
15   assume he has done it for me because I
16   liked the name.  So I don't think it
17   was -- I don't believe it is active.  I'm
18   assuming it is not.
19         Q       Do you know if it has any bank
20   accounts?
21         A       Not to my knowledge, no.
22         Q       Who would know, would your
23   accountant know?
24         A       I mean, I don't believe there is
25   a bank account, no.



Page 221

1         Allaham - ATTORNEYS' EYES ONLY

2         Q      Do you know who owns Alexis

3    Strategies, LLC?

4         A      No, I don't.

5         Q      Now, a long while ago, before we

6    went off on different topics, I was asking

7    you some questions about your first

8    becoming aware of the subpoena for

9    documents that was served on you in this

10   case.

11              And I referred you to some

12   WhatsApp messages, but you also testified

13   that Joel Mowbray told you about the

14   subpoena and threatened you.

15              Do you recall that?

16        A      I mean, I recall he arranged a

17   phone call for you.  He asked you to call

18   my lawyer, correct?

19              So he was talking to me about

20   this ongoing.  I don't remember.

21        Q      But did he specifically inform

22   you about the subpoena served on you in

23   this case?

24        A      I believe he told me the

25   subpoena was coming, yes.



Page 222

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q      Now, if you go back to Exhibit
 3   5, it's Exhibit 5, right?  Exhibit 5 on
 4   page 49.  There is a WhatsApp message from
 5   Nick Muzin to you dated April 24, 2018,
 6   called Allaham subpoena.
 7              Do you see that?
 8        A      Yes.
 9        Q      And then there is a response
10   from you to Nick Muzin that says, "It is
11   in New York Times."
12              Were you aware of the
13   subpoena --
14              MR. WOLOSKY:  Strike that.
15        Q      When Muzin sent to you the text
16   on April 24 called Allaham subpoena, did
17   you then become aware of the fact that a
18   subpoena had been served on you?
19        A      I'm not sure.  I don't know.
20        Q      Also, you remember the subpoena
21   being served on you, correct?
22        A      It was never served on me
23   personally.
24        Q      Served on your lawyer?
25        A      Yes.
```



Page 223

1          Allaham - ATTORNEYS' EYES ONLY
2          Q      You were aware in April that a
3    subpoena had been served on you, correct?
4          A      I don't recall.
5          Q      Do you know if you have deleted
6    any e-mails on any of your e-mail accounts
7    since the time this subpoena was served on
8    you?
9          A      E-mails, meaning?
10         Q      E-mails to your various e-mail
11   accounts about what you testified earlier,
12   your Gmail account, your iCloud account,
13   your Alexis Strategies account, and your
14   Stonington strategies account?
15         A      I don't believe so, no.
16         Q      You don't believe you deleted
17   any e-mails from those accounts since
18   April 24, 2018?
19         A      I don't believe so, no.
20         Q      Have you deleted any messages on
21   WhatsApp since that date, April 24, 2018?
22         A      Again, I told you I delete
23   messages that's inappropriate for my wife
24   to see or my kids.
25         Q      Do you recall deleting any



Page 224

 1       Allaham - ATTORNEYS' EYES ONLY

 2   messages on WhatsApp since that date

 3   related to your work for the State of

 4   Qatar?

 5       A    I don't believe so.

 6       Q    I'd like to ask you to look at a

 7   document that we have marked for

 8   identification as Exhibit 21.  This is a

 9   document that was produced by your

10   attorneys and is Bates stamped

11   PROD00000062 through 65.  And it is a

12   letter from Mr. Obermeier of Wiley Rein

13   dated May 17, 2018.

14            (Whereupon, Letter from Stephen

15       Obermeier of Wiley Rein, dated May 17,

16       2018, was marked as Allaham Exhibit 21

17       for identification, as of this date.)

18   BY MR. WOLOSKY:

19       Q    Have you seen this letter

20   before?

21       A    Yes.

22       Q    Did you receive this letter on

23   or around May 17, 2018?

24       A    Yes, that's what it says.

25       Q    And are you aware that this



Page 225

1       Allaham - ATTORNEYS' EYES ONLY

2   document instructs you to preserve all of

3   your documents relevant to certain

4   matters?

5       A       This is what it says.

6       Q       Did you, in fact, preserve

7   documents in accordance with this letter?

8       A       Yes.

9       Q       When you testified earlier that

10  you deleted e-mails, did you permanently

11  delete them or did they just go into your

12  trash folder?

13      A       I don't think I have a trash

14  folder, everything comes up.

15      Q       So when you delete documents on

16  your e-mails as you testified to earlier,

17  they are permanently deleted, to the best

18  of your knowledge?

19      A       I have no idea.  I don't know.

20      Q       Did you stop deleting your

21  e-mails after you received a letter from

22  Mr. Obermeier?

23      A       In the relation to this lawsuit,

24  I never -- I told you I delete junk

25  e-mails.


MAGNA
LEGAL SERVICES

Page 226

1          Allaham - ATTORNEYS' EYES ONLY

2          Q       And how about WhatsApp messages,

3     did you stop deleting WhatsApp messages

4     after receiving the letter from

5     Mr. Obermeier?

6          A       I believe -- I don't usually

7     delete stuff unless inappropriate.

8          Q       I'd like to refer you back to

9     Exhibit 5.

10                 When did you first start using

11    WhatsApp?

12         A       I don't remember.

13         Q       It was prior to 2017?

14         A       Probably.

15         Q       I'd like to refer you,

16    Mr. Allaham, to page 27 of this exhibit.

17                 Do you see on this page there

18    are four messages between you and Mr.

19    Muzin on September 7 and September 8,

20     2017?

21         A       Yes.

22         Q       Now, there are no additional

23    messages between you and Mr. Muzin that

24    had been produced to us until December 7,

25    2017, which appears on the next page, on



Page 227

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   pages 28, 29, when you and Mr. Muzin
 3   exchanged 15 messages.
 4           Did you exchange any WhatsApp
 5   messages with Mr. Muzin between September
 6   8 and December 7, 2017?
 7      A    I don't know.  I have to check
 8   my phone.
 9      Q    Would you like to check your
10   phone right now?
11      A    Do I?
12      Q    Go ahead.
13           MS. YUSUF:  You're not touching
14       your phone while you're on the record.
15      Q    Do you recall if you and Mr.
16   Muzin communicated at all between the
17   dates of September 8 and December 7, 2017?
18      A    I don't know.  I really do not
19   know.
20      Q    Do you have any explanation to
21   offer as to why there are no WhatsApp
22   messages that have been produced by you
23   between you and Mr. Muzin from September 8
24   through December 7, 2017?
25           MS. YUSUF:  I'm going to object
```



Page 228

1          Allaham - ATTORNEYS' EYES ONLY

2          to form.  This production was made in

3          response to a subpoena.  So Counsel is

4          asking a general question about

5          communications and why none have been

6          produced as opposed to something

7          specific to the subpoena.

8               MR. WOLOSKY:  I'm asking him if

9          he had any communications with Mr.

10         Muzin between September 8 and December

11         7, 2017.

12              MS. YUSUF:  And he answered, "I

13         don't know.  I really do not know."

14    BY MR. WOLOSKY:

15         Q     Did you communicate with Mr.

16    Muzin about things other than your work

17    for the State of Qatar?

18         A     I mean, general stuff.

19         Q     From the period September 8,

20    which was when you were working with Mr.

21    Muzin on documents that relate to the

22    representation of Qatar, and December 7,

23    2017, did you communicate with Mr. Muzin

24    about subjects other than your work for

25    Qatar?



Page 229

1          Allaham - ATTORNEYS' EYES ONLY

2          A       I'm sure -- I mean, we're

3      friends, I would say.

4          Q       And what were some of the

5      subjects that you would have communicated

6      with him about other than the work that

7      you did for the State of Qatar?

8          A       His kids, his life, his

9      girlfriend.  Personal, social stuff.

10         Q       Now, if you flip to pages 30 to

11     31, you'll see that you and Mr. Muzin

12     exchanged 12 messages on January 26 and

13     27, 2018.

14                 Do you see that?

15         A       Yes.

16                 MS. YUSUF:  I'm going to object.

17         That's not how many messages were sent

18         on January 26.

19         Q       And 27, I said.  26 and 27.

20                 MS. YUSUF:  I don't see any

21         messages from the 27.  So which ones?

22         Q       Let me rephrase the question.

23                 I'm sorry.  Please go to page 29

24     of that exhibit.

25                 Do you see a series of text



Page 230

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2   messages between you and Mr. Muzin on

 3   December 7, 2017?

 4             Do you see that?

 5        A    Yes.

 6        Q    And then do you see that the

 7   text messages pick up again on January 25,

 8   2018?

 9             Do you see that?

10        A    Yes.

11        Q    There are no messages in this

12   record between you and Mr. Muzin between

13   December 7, 2017, and January 25, 2018.

14             Do you see that?

15        A    Yes.

16        Q    Do you know why that is the

17   case?

18        A    No, I don't.

19        Q    Did you exchange any WhatsApp

20   messages with Mr. Muzin between those

21   dates?

22        A    I don't know.

23        Q    Did you and Mr. Muzin

24   communicate at all between those dates?

25        A    We probably did.  I have to
```



Page 231

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2   check.

 3        Q      Is there any reason you can

 4   think of why you would not have been

 5   communicating by WhatsApp during that time

 6   period?

 7        A      No, there is no reason.

 8        Q      Now, the first message on

 9   January 25, which is on page 29, after

10   that gap of several weeks, is a text

11   message  from Nick Muzin to you and it

12   begins,  "It is very good."

13             Do you know what he is referring

14   to?

15        A      No.

16        Q      Was there any prior

17   communication with Mr. Muzin about what

18   was very good?

19        A      Again, I'm looking at what you

20   see.  I have to check.

21        Q      Now, I'll represent to you that

22   there are similar gaps in your WhatsApp

23   communication with Mr. Muzin, on the

24   record, that has been produced to us at

25   other times such as April 24 and May 4,
```



Page 232

1          Allaham - ATTORNEYS' EYES ONLY

2    and April 13 and April 19.

3                Are you aware of any reason why

4    there should be gaps in your WhatsApp

5    communication with Mr. Muzin between those

6    dates?

7                MS. YUSUF:  Objection.

8                When you say gaps in his

9          communication, you're just referring

10         to the production or something else?

11   BY MR. WOLOSKY:

12      Q     You can answer the question.

13      A     Again, I think this was produced

14   based on the subpoena.  So --

15      Q     Is it possible that you deleted

16   the WhatsApp messages that would have --

17                MR. WOLOSKY:  Strike that.

18      Q     Is it possible that you deleted

19   WhatsApp messages between those dates?

20      A     No, I don't believe so.

21      Q     I'd like you to please look at a

22   document that we have marked for

23   identification purposes as Exhibit 33.

24                (Whereupon, Supplemental

25         Statement Pursuant to the Foreign



Page 233

1          Allaham - ATTORNEYS' EYES ONLY

2          Agents Registration Act of 1938, as

3          amended, was marked as Allaham Exhibit

4          33 for identification, as of this

5          date.)

6    BY MR. WOLOSKY:

7          Q      It is a supplemental statement

8    filed by Muzin Capital Partners, LLC,

9    pursuant to the Foreign Agents

10   Registration Act of 1938, as amended, and

11   it was filed for the six-month period

12   ending September 30, 2017.

13             Have you seen this document

14   before, Mr. Allaham?

15         A      I probably did.

16         Q      And what was the context in

17   which you have seen it previously?

18         A      Meaning -- say that again.

19         Q      Why did you see it previously?

20         A      Because I remember my lawyers

21   were doing the registration for it.  They

22   were working with Nick's lawyers.

23         Q      And who were those lawyers

24   acting for you?

25         A      Arent Fox.



Page 234

1          Allaham - ATTORNEYS' EYES ONLY

2          Q      And if you skip to page 10 of

3     this document.

4          A      Yes.

5          Q      Question 5B reads, "During the

6     six-month reporting period, has a

7     registrant hired as employees or any

8     capacity any persons who rendered or will

9     render services to the registrant directly

10    or in furtherance of any foreign

11    principals other than a clerical or

12    secretarial or in a related or similar

13    capacity," and the box is checked "yes."

14    And your name is listed as such a person

15    who was hired by Muzin Capital Partners,

16    LLC, and it sets forth that you were

17    retained as a consultant in connection

18    with the representation of the democratic

19    party of Albania.

20               Is that accurate?

21         A      This is what it reads.

22         Q      Is it an accurate statement that

23    you were retained to do work by Mr. Muzin

24    or by his entity in connection with the

25    representation of the democratic party of


MAGNA
LEGAL SERVICES

Page 235

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   Albania?
 3        A     So what's the question?
 4              MR. WOLOSKY:  Can you please
 5        re-read the question.
 6              (Record read)
 7        A     It is.
 8        Q     And if you turn to page 13 of
 9   that same document.
10        A     Yes.
11        Q     There is a section at the bottom
12   called disbursements, monies.
13              Do you see that?
14        A     Yes.
15        Q     Okay.
16              And do you see that it records a
17   payment to you or an entity called AFH
18   Associates?
19        A     Yes.
20        Q     For $52,000 on April 5, 2017.
21              Do you see that?
22        A     Yes.
23        Q     Was that payment, in fact, made
24   to you or to your entity, AFH Associates?
25        A     Yes.
```



Page 236

1           Allaham - ATTORNEYS' EYES ONLY

2       Q       And what was that payment for?

3       A       For what it states on page 10.

4       Q       To do work for the democratic

5    party of Albania?

6       A       Not for Albania.  Whatever it

7    says on page 10, it describes what the

8    services are.

9       Q       And what specifically did you do

10    in furtherance of this representation?

11              MS. YUSUF:  I'm going to object

12       to relevance.

13       A       Consultant.

14              MR. GIMBEL:  It seems like we're

15       deep sea fishing now.

16       Q       Consulting to whom, Mr. Muzin?

17       A       It says it on page 10.  If you

18    would like me to read it to you, or you

19    read it already.

20       Q       What work did you do for the

21    democratic party of Albania?

22       A       Consultant.

23       Q       And what specific facts did you

24    perform in connection with your consulting

25    work?



Page 237

1          Allaham - ATTORNEYS' EYES ONLY

2     A      I don't remember.

3     Q      What was the advice that you

4  provided pursuant to your consulting work

5  to the democratic party of Albania?

6          MS. YUSUF: Objection. Assumes

7       facts not in evidence.

8     A      I don't remember.

9     Q      Did you do any work for the

10  $52,000 that you received from Mr. Muzin's

11  entity?

12     A      Consultant.  I was consulted.

13     Q      And did you go to Albania?

14     A      No.

15     Q      Did you meet with any Albanians?

16     A      Albanians -- I had a lot of

17  employees that were Albanians so I met

18  with Albanians, yes.

19     Q      Now, I'd like for you to look at

20  a document that we have marked for

21  identification as Allaham Exhibit 34.

22          (Whereupon, Short Form

23       Registration Statement Pursuant to the

24       Foreign Agents Registration Act of

25       1938, as amended, was marked as



Page 238

1        Allaham - ATTORNEYS' EYES ONLY

2        Allaham Exhibit 34 for identification,

3        as of this date.)

4   BY MR. WOLOSKY:

5        Q       This is your short form

6   registration statement filed pursuant to

7   the Foreign Agents Registration Act in

8   connection with this same work performed

9   by you and Mr. Muzin for the democratic

10  party of Albania.

11              MS. YUSUF:  I'm going to object

12       again on relevance because I really

13       thought we were here relating to the

14       action that was filed in the Central

15       District of California, but hopefully

16       I'll see the connection soon.

17  BY MR. WOLOSKY:

18       Q       Do you see on page 1, question

19  11 asks you to describe separately and in

20  detail all services which you will render

21  to the foreign principal?

22              Do you see that box?

23       A       Yes.

24       Q       And you reply, "The registrant

25  assisted with promoting the visions and



Page 239

1          Allaham - ATTORNEYS' EYES ONLY
2     goals of the democratic party of Albania
3     to business and political leaders in the
4     United States."
5               Do you see that?
6     A     Yes.
7     Q     How did you assist in promoting
8     the visions and goals of the democratic
9     party of Albania to business and political
10    leaders in the United States?
11    A     I don't remember the -- it's
12    been a while.  So -- but they wanted to,
13    you know, get investors and get people to
14    invest in Albania.
15    Q     Now, if you turn to the second
16    page of this document, it says that it was
17    signed on November 14, 2017, by you.
18              Do you see that?
19    A     I see my name, yes.
20    Q     Do you see the date?
21    A     Yes.
22    Q     And this date is after the date
23    on which you were retained by the State of
24    Qatar, correct?
25    A     Yes.



Page 240

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      Q      Can you tell me any business or
 3   political leaders in the United States
 4   that you worked with to promote the
 5   visions and goals of the democratic party
 6   of Albania?
 7      A      I never worked with any
 8   politicians.
 9      Q      So what is this money for that
10   you're receiving, $52,000?
11      A      Consulting and -- consultant.
12   Business consulting.
13      Q      And if you go back to Exhibit
14   33, on the same page that we were on
15   previously, page 13, there is a section at
16   the top called receipt -- receipts,
17   monies.
18           Do you see that?
19      A      Page what?
20      Q      Top of page 13.
21      A      Yes.
22      Q      And there is a company called
23   Biniatta Trade LP which paid $150,000 in
24   support of this project.
25           Do you see that?
```



Page 241

1         Allaham - ATTORNEYS' EYES ONLY

2    A     Yes.

3    Q     And what is Biniatta Trade LP?

4          MS. YUSUF:  Objection.

5    A     I don't know.

6    Q     Were you engaged in discussions

7  at any point or communications at any

8  point with Mr. Muzin about Biniatta Trade?

9    A     No.  Not that I recall.  I don't

10 want to say no.  I don't remember.

11 Q  Can you  please    turn to Exhibit

12 5, page 35.

13   A     Exhibit 5?

14   Q     Exhibit 5, on page 35.

15   A     Yes.

16   Q     Okay.

17         Do you see there is a text

18 message from Mr. Muzin to you on March 8,

19 2018, it is the third one from the bottom,

20 and it says, "Broidy is saying Biniatta

21 framed him."

22         Do you see that?

23   A     Yes.

24   Q     And you respond, "Holy shit."

25         Do you see that?


MAGNA
LEGAL SERVICES

Page 242

1          Allaham - ATTORNEYS' EYES ONLY

2      A      Yes.

3      Q      Does that refresh your

4  recollection of what Biniatta Trade is?

5      A      I don't -- no, I don't really

6  remember the -- no, I don't remember the

7  conversation.

8      Q      Does it refresh your

9  recollection of communications that you

10  had with Mr. Muzin concerning Biniatta

11  Trade?

12      A      No, I don't.

13      Q      Is Biniatta Trade a Russian

14  entity to the best of your knowledge?

15      A      I have no clue.

16      Q      Does it bear any relation to the

17  work that you have done for Qatar?

18      A      I'm sorry?

19      Q      Does Biniatta Trade bear any

20  relation to the work that you have done

21  for Qatar?

22      A      Not to my knowledge at all.

23      Q      Does Biniatta Trade bear any

24  relation to the work that you have done or

25  wish to do for Morocco?



Page 243

1          Allaham - ATTORNEYS' EYES ONLY

2      A      No, not to my knowledge.

3      Q      Did Biniatta Trade bear any

4  relation to the work that you did for the

5  democratic party of Albania?

6      A      Again, I was not involved in

7  that.  I don't know.  I was a

8  subcontractor so I don't know.

9      Q      Do you want to take a short

10 break?

11     A      Sure.

12            THE VIDEOGRAPHER:  The time is

13     3:16 p.m., and we're going off the

14     record.

15            (Thereupon, a recess was taken,

16     and then the proceedings continued as

17     follows:)

18            THE VIDEOGRAPHER:  This is the

19     start of media labeled number 6.  It

20     is now 3:31 p.m., and we're back on

21     the record.

22 BY MR. WOLOSKY:

23     Q      Mr. Allaham, I'd like to ask you

24 some questions about Stonington

25 Strategies, LLC.



Page 244

1          Allaham - ATTORNEYS' EYES ONLY

2               Do you know what Stonington

3     Strategies, LLC is?

4          A     What do you mean if I know what

5     Stonington is?  It's an LLC.

6          Q     And do you have an ownership

7     interest in that business?

8          A     No.

9          Q     Do you know who does?

10         A     I assume it's Nick.  I'm not

11    sure if there's any others.

12         Q     And have you ever been

13    associated with Stonington Strategies,

14    LLC?

15         A     What term you mean,

16    "associated"?

17         Q     Have you ever done work with

18    Stonington Strategies?

19         A     I mean, I work parallel with

20    Nick, so it's a very broad question.

21         Q     I'd like to show you an exhibit

22    that we have marked for identification as

23    Exhibit -- Allaham Exhibit 25.

24               (Whereupon, Exhibit A to the

25         registration statement filed by



Page 245

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2       Stonington Strategies, LLC, was marked
 3       as Allaham Exhibit 25 for
 4       identification, as of this date.)
 5  BY MR. WOLOSKY:
 6       Q     It is a -- it's Exhibit A to the
 7  registration statement filed pursuant to
 8  the Foreign Agent's Registration Act of
 9  1938, filed by Stonington Strategies, LLC
10  as registrant.  And it's dated -- the date
11  of filing is September 3, 2017.
12             Have you ever seen this document
13  before, Mr. Allaham?
14       A     I'm not sure.
15       Q     If you go to box 1, it says,
16  "Name and address of registrant."
17             Do you see that?
18       A     Yes.
19       Q     Do you see that the address
20  that's provided is 550 Madison Avenue?
21       A     Yes.
22       Q     That is the address that you
23  used in 2017 for your business interests,
24  correct?
25       A     Yes.
```



Page 246

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      Do you have any idea why

3   Stonington Strategies used that address on

4   its FARA Exhibit A form?

5      A      No, I don't.  I have no idea.

6      Q      Did Stonington Strategies

7   maintain an office at 550 Madison Avenue

8   in 2017?

9      A      Not to my knowledge, no.

10      Q      Did Stonington Strategies use

11   your offices at 550 Madison Avenue in

12   2017?

13      A      I don't think -- I believe he

14   needed an address in New York, and he had

15   no address to file his FARA or something,

16   and I was -- it was okay with me, if I

17   recall my recollection.  That's the only

18   relationship; he just used my address for

19   New York.  He said it was a New York

20   address.

21      Q      Do you know why he needed a New

22   York address for his FARA registration

23   form?

24      A      I have no idea.

25      Q      Did he use this address, to your



Page 247

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   knowledge, for your and his convenience so
 3   that you could work on Qatar matters
 4   together?
 5             MS. YUSUF:  Object to the form.
 6        A      We had no agreement.  I have no
 7   agreement with Stonington.
 8        Q      Did he pay you rent for the use
 9   of this address?
10        A      What date was this filed?
11   Q    It     was filed    in November of
12   2017.
13             MS. YUSUF:  Objection.  That's
14        misstated.  This says it was September
15        3, 2017.
16        Q      Sorry.  September 2017.
17        A      I don't think I was in business
18   at that time.
19        Q      Do you know where Mr. Muzin
20   lives?
21        A      Somewhere in DC.
22        Q      Have you been to his house?
23        A      Yes.
24        Q      Do you know if he lives in
25   Maryland or DC?
```



Page 248

1          Allaham - ATTORNEYS' EYES ONLY

2          A       I'm not sure.  I'm not very

3     familiar with it.

4          Q       Have you used his offices in the

5     same manner as he has used your business

6     addresses?

7          A       No.

8          Q       Do you know if Stonington

9     maintains any bank accounts?

10         A       I don't know.

11         Q       But you did, from time to time,

12    engage in financial transactions with

13    Stonington or Mr. Muzin, correct?

14              MS. YUSUF:  Objection.

15         A       No.

16         Q       You did at various times engage

17    in financial transactions with entities

18    controlled by Mr. Muzin, correct?

19         A       Yes.

20         Q       And do you recall what banks he

21    used for those transactions?

22         A       No, I don't.

23         Q       Do you know what Stonington's

24    main phone number is?

25         A       No.



Page 249

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2        Q      When you needed to speak with
 3   Nick Muzin, did you use his cell phone
 4   number exclusively, or were there other
 5   numbers, such as an office number, that
 6   you used for Stonington?
 7        A      His cell phone only.
 8        Q      Has Stonington done work for the
 9   State of Qatar?
10        A      That is what I'm saying; I
11   believe it didn't.
12        Q      You're not aware of any work
13   that Stonington did for the State of Qatar
14   except for its public filings?
15        A      I'm not --
16              MR. GIMBEL:  Objection to form.
17        A      I'm not answering for
18   Stonington.  I have no -- nothing to do
19   with Stonington.
20        Q      You have to answer the questions
21   that are posed to you to the best of your
22   knowledge.
23        A      So then can you re-ask it,
24   please.
```



Page 250





























Page 257













Page 260









Page 262

















Page 266





Page 267





Page 268





Page 269





Page 270





























13          Now, I'm going to ask you to

14    look at an exhibit that we have marked for

15    identification as Allaham Exhibit 9.











Page 280









Page 282









Page 284





Page 285





































Page 294

```
12              MR. GIMBEL:  Let's take the
13       break you requested.
14              THE VIDEOGRAPHER:  The time is
15       4:22 p.m., and we're going off the
16       record.
17              (Thereupon, a recess was taken,
18       and then the proceedings continued as
19       follows:)
20              THE VIDEOGRAPHER:  This is the
21       start of media labeled number seven.
22       The time is 4:30 p.m., and we're back
23       on the record.
24  BY MR. WOLOSKY:
25       Q     Okay.  I'm going to ask you,
```



Page 295

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2   Mr. Allaham, to look at the document that
 3   we have marked for identification as
 4   Exhibit 27.
 5            (Whereupon, E-mail with
 6        attachment, was marked as Allaham
 7        Exhibit 27 for identification, as of
 8        this date.)
 9   BY MR. WOLOSKY:
```





















Page 300





Page 301

5       Q       Did you have concerns that

6    Elliott Broidy had access to the top

7    levels of the White House and was lobbying

8    against Qatar?

9       A       I had no idea who Elliott Broidy

10   was to be honest with you.  I had no clue

11   who the man was until probably January.  I

12   have read the name, but I never connected

13   it.  It was always Joel Mowbray was the

14   lobbyist against Qatar.  So I never took

15   -- you know, to be honest here, Nick

16   writes a lot and he talks a lot, so I

17   never took it serious.  To me, he was

18   pitching and being a salesman.  He is a

19   good writer.  So that's all I took it as,

20   serious as that.

21      Q       Did Nick have concerns that

22   Elliott Broidy had access to the top

23   levels of the White House and was lobbying

24   against Qatar?

25              MS. YUSUF:  Objection.



Page 302

1          Allaham - ATTORNEYS' EYES ONLY

2      A       Again, I can't speak for Nick,

3  but one thing I would say for sure, him

4  and Joel Mowbray are two enemies.  They

5  hated each other.  So they were going at

6  each other's throat anytime they can.

7              So I was not sure if this was

8  really truth, reality, or it is their

9  personal.  And I do believe, then, it was

10 more of a personal, who is going to sort

11 of be more successful than the other one.

12 They had true rivalry, and they were best

13 friends and they became enemies.

14             So this is really how much I

15 thought of it.  I never -- I knew he was

16 close to Royce because I hosted him

17 several times together, so I was invited

18 to lunch together with them.  So I knew

19 that part is true.

20             So to the extent of Elliott, I

21 don't, I never really honestly bought into

22 it.  And Nick was more obsessed with Joel

23 and how they can go at each other's

24 throat.

25     Q       I'm sorry, you mentioned a lunch



Page 303

1          Allaham - ATTORNEYS' EYES ONLY

2     with Ed Royce.

3               Who attended that lunch?

4     A     I was -- Joel invited me.   Joel

5     likes free meals.   So when they invited me

6     in my own place, meaning he wants a free

7     meal.   So I was invited to a lunch, but I

8     did not attend it, I hosted them.

9     Q     I see.

10              And did you ever discuss with

11    Nick concerns that he had that Elliott

12    Broidy had access to the top levels of the

13    White House that would interfere with his

14    plans to work for Qatar?

15    A     Say that again, I'm sorry.

16    Q     Can you re-read the question,

17    please?

18              (Record read)

19    A     No, I don't recall.

20    Q     Did you ever have discussions

21    with Jamal Benomar about the influence

22    that Elliott Broidy had at the top levels

23    of the White House lobbying against Qatar?

24    A     I don't think I knew about it,

25    so I would not have a discussion about



Page 304

1          Allaham - ATTORNEYS' EYES ONLY















Page 308





















Page 313

```
10      Q      Who is Jack Abernathy?

11      A      A friend of mine.

12      Q      What kind of work do you do with

13   Jack Abernathy?

14             MS. YUSUF:  Objection.  Assumes

15      facts not in evidence.

16      Q      Do you do work with

17   Mr. Abernathy?

18      A      No, I don't.

19      Q      Is your relationship strictly

20   personal?

21      A      I would say personal.  I mean he

22   had a crypto company, whatever,

23   bitcoin-type-of-thing a month or two ago.

24   I mean it is more personal, but he asked

25   me to invest and I did not invest.
```



Page 314

1          Allaham - ATTORNEYS' EYES ONLY

2     Nothing more than that.

3          Q     Did you ever discuss with him

4     your work with the State of Qatar?

5          A     Never.

6          Q     Do you know why he was on

7     WhatsApp message chats with Jamal Benomar

8     and Nick Muzin?

9               MS. YUSUF:  Objection.  Assumes

10          facts not in evidence.

11              MR. GIMBEL:  Objection.

12         A     He was never with Jamal in a

13    conversation.

14    Q   Can   I   refer   you back to Exhibit

15    5.

16         A     Sure.

17         Q     The page that is Bates stamped

18    number 50 in that exhibit.

19              Do you see a series of text

20    messages that include Jack Abernathy's

21    name on the left-hand side?

22         A     Yes.

23         Q     Do you have any idea why Jack

24    Abernathy's name is there?

25         A     I looked and this is -- I



Page 315

1       Allaham - ATTORNEYS' EYES ONLY

2   brought this up with my counsel.  This was

3   deleted before Jamal became part of the

4   text.  Jack was never in the text with us.

5   He was never part of it.

6       Q     So he was deleted from the text

7   messages, that group chat that included

8   Nick Muzin and Jamal?

9       A     That me, Nick, and Jack.  Jack

10  was taken out when Jamal -- I think, a day

11  or two, when Jamal came in.

12      Q     Do you know where that text

13  message is that includes Jamal in that

14  group chat?

15      A     I don't believe it was any.  The

16  way this reads, it's different, the way it

17  shows on the phone.  But I don't believe

18  it was ever -- I don't believe it was ever

19  a time that they were together.

20      Q     Mr. Abernathy was part of a

21  group chat with you and Mr. Muzin, but

22  then when Jamal Benomar was added, Jack

23  Abernathy was deleted; is that correct?

24          MS. YUSUF:  Objection.

25      Misstates the testimony.  I think he



Page 316

1          Allaham - ATTORNEYS' EYES ONLY

2          said it was the other way around.

3          Q     Can you answer the pending

4     question?

5                MR. WOLOSKY:  Can you --

6                (Record read)

7          A     I think it was a much period of

8     time before that.  There was no

9     conversation initiated between the three

10    of us, between Nick, me, and Jack.

11    Probably, a month or two before that was

12    no conversation, just a group that was

13    created for that.

14         Q     For you, Nick and Jack?

15         A     Yeah, just to chat.  Jack is,

16    you know, a smart guy and just to -- but

17    when, I believe -- and this is something

18    that I saw on my phone -- when Jamal

19    joined, Jack was taken out, but there was

20    no conversation between the three of us,

21    which is me and Nick and Jack, probably

22    days or months before Jamal was added,

23    with Jack.

24         Q     What were the subject matters

25    concerning which you and Nick and Jack



Page 317

1        Allaham - ATTORNEYS' EYES ONLY

2    chatted?

3              MS. YUSUF:  Objection.

4        Relevance.

5        A      It is really unrelated to this.

6    So it is not something that is relevant.

7        Q      What was the subject matter?

8        A      I don't know.  I really don't

9    recall, but nothing to do with Qatar or

10   anyone on this list.  It is really just he

11   is an experienced lobbyist and just --

12   nothing that really has any relevance that

13   I can recall.

14       Q      Because he was an experienced

15   lobbyist, did you or Mr. Muzin consult

16   with him about activities you were engaged

17   in?

18       A      I don't recall us consulting

19   anything to do with -- any relationship.

20   It was just I knew Jack.  I introduced him

21   to Nick.  So we were looking for clients,

22   so Nick thought Jack could get the clients

23   since he was no longer in the lobbying

24   business.  So it was just pure friendship,

25   that is looking to help us get clients.



Page 318

```
1        Allaham - ATTORNEYS' EYES ONLY

2        Q       And do you know if Jack helped

3  Nick to get clients?

4        A       I don't recall that he did, no.
```







Page 320

















Page 324

13     Q     Do you know Michael Avenatti?

14     A     I do not know him.  I have seen

15  him on TV.

16     Q     To the best of your

17  recollection, did you place or receive

18  phone calls using WhatsApp with Jamal

19  Benomar?

20     A     Yes.  I probably did.







10      Q      Did you speak to Mr. Klein

11   regularly by telephone?

12      A      Yes.

13      Q      What were the subject matters of

14   your discussions?

15      A      Mort likes to call every hour,

16   and it's always anything to do with,

17   honestly, Israel-related-type-of-thing.

18   It is all about -- mostly about Israel and

19   his organization.







Page 328

11      Q      And when you spoke with Mort

12   Klein about his decision to reach --

13   release a negative statement about Qatar

14   on June 6, 2018, did you also tell

15   Mr. Klein that you would be cutting your

16   ties with Qatar?

17      A      Cutting my ties with Qatar was

18   probably around the same time.  I mean

19   that reason was part of the break up.

20      Q      And did you tell Mr. Klein that

21   part of the reason why you were cutting

22   your ties was because you did not receive

23   payments that you thought you were

24   entitled to?

25      A      That was not -- again, that was



Page 329

1       Allaham - ATTORNEYS' EYES ONLY

2  not the reason really.  Just my job was

3  done.  I wanted to be out way before.

4       Q     Did you discuss that with

5  Mr. Klein?

6       A     No, I don't recall that.

7       Q     Did you discuss that with Mr.

8  Muzin?

9       A     I don't -- it's not -- that was

10 my decision.  You saw my text from

11 February, I was asking to -- I gave my

12 notice.

13      Q     Around the same time as both you

14 and Mr. Klein cut your ties with Qatar,

15 Mr. Muzin did the same, correct?

16      A     I believe he did it.

17      Q     Did you discuss with Mr. Muzin

18 his decision to cut his ties with Qatar?

19      A     I mean he expressed to me that

20 he was also going to do it.

21      Q     Did he say why?

22      A     I'm not sure.  I mean -- I was

23 not involved in his discussions with the

24 embassy.

25      Q     It was a good contract for him,



Page 330

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2    wasn't it?
 3               MS. YUSUF:  Objection.
```

████████████████████████████████████

```
 7     A     Again, this is not a question
 8    I'm going to answer for Nick.
 9     Q     Did you discuss with him his
10    reasons for terminating his contract with
11    Qatar?
12     A     No, I'm not.
13     Q     Are you aware of the reasons why
14    he terminated his relationship with Qatar?
15     A     I can't comment on it because I
16    don't want to speculate on why.  He
17    never -- I was not really in the loop of
18    the embassy and meetings and stuff.
19     Q     Do you know if it was his
20    decision to sever his relationship with
21    Qatar?
22     A     Or?
23     Q     Or Qatar's decision to sever its
24    relationship with him?
25     A     I think it is clear that he put
```



Page 331

```
1        Allaham - ATTORNEYS' EYES ONLY
2   out, that's not for me to answer.  I think
3   Qatar should answer or Nick should answer
4   for that.
5        Q     But are you aware of the
6   reasons?
7        A     No, I'm not.
```



























Page 338











```
25        Q        Are you paying for your
```



Page 341

1          Allaham - ATTORNEYS' EYES ONLY

2     attorneys?

3          A     Yes.

4          Q     Do you have an agreement with

5     any party to reimburse or indemnify your

6     legal fees?

7          A     No.

8          Q     I'm going to take you through

9     some of the text messages that you

10    exchanged, WhatsApp messages you exchanged

11    with various parties.  We have been

12    through a lot of them already.  This is at

13    Exhibit 19.

14              Sorry, Exhibit 5, yes.

15         A     You need the coffee.

16         Q     I do.  I need different tabs as

17    well.

18              So let's start quickly and we'll

19    go through this.  The document that's

20     Bates stamped 24.

21         A     Page 24, yes.

22         Q     Page 24.

23              Do you see that?

24         A     Yes.

25         Q     And we talked about this page



Page 342

```
1          Allaham - ATTORNEYS' EYES ONLY

2   already.

3        A      Yes.
```











19      Q      Now, on the next page which is

20   Bates stamped 28.

21      A      Yes.

22      Q      Do you see there are e-mails --

23   excuse me, WhatsApp messages that refer to

24   Broidy Capital.  It is a message from Nick

25   Muzin to you, December 7, 2017, at 9:42



Page 346

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   a.m.  It is the third from the bottom.
 3             Do you see that?
 4             Broidy Capital is his company.
 5   A     Yes.
 6   Q     And then you respond, "He is, he
 7   one."
 8             Do you see that?
 9   A     Yes.
10   Q     What does that mean?
11   A     Meaning, I remember that Nick
12   was having a hard time getting -- he got
13   disinvited to the Vegas event.
14   Q     And what is the Vegas event?
15   A     I think the Republican
16   National -- RNC.
17   Q     Why did he get disinvited from
18   the Vegas event?
19   A     I have no idea.
20   Q     Did he believe that Broidy got
21   him uninvited to the Vegas event?
22   A     I have no idea.
23   Q     Can you turn to the next page,
24   please, Bates stamped 29.
25   A     Yes.
```



Page 347

```
1           Allaham - ATTORNEYS' EYES ONLY

2       Q      The third -- I'm sorry, the top

3    e-mail.   Sorry.

4            MR. WOLOSKY:   Strike that.
```



10      Q      And then you write, "Broidy

11  spoke to Malcolm."

12             Do you see that?

13      A      Yes.

14      Q      And why did you write that?

15      A      Because Malcolm told me that

16  Broidy spoke to him.

17      Q      About what?

18      A      No, just he was nice to him and

19  he spoke.  That's all.  The way he says

20  it.

21      Q      Now, the very last WhatsApp

22  message on that page is a WhatsApp message

23  from Nick Muzin to you on January 25,

24  2018, at 5:42 p.m.

25             Do you see that?



Page 349

1           Allaham - ATTORNEYS' EYES ONLY

2      A      Yes.

3      Q      Okay.

4             It says, "We got the press going

5   after Broidy."

6             Do you see that?

7      A      Yes.

8      Q      Do you know what he is referring

9   to?

10     A      I think he was referring to a

11  lot of reporters calling him.  A lot of

12  reporters are calling him telling him

13  that, you know, they have information on

14  Broidy.

15     Q      He seems to be saying, "We got

16  the press going after Broidy."

17            Who is the "we" in that

18  sentence?

19            MS. YUSUF:  Objection.

20     A      I don't know who the "we" is.

21     Q      Were you involved in getting the

22  press to go after Broidy?

23     A      Never, I never spoke to a

24  reporter until last week probably.

25     Q      Who was Nick Muzin working with



Page 350

1          Allaham - ATTORNEYS' EYES ONLY

2     to get the press to go after Broidy?

3          A     I have no idea.

4                MR. GIMBEL:  Objection.  Assumes

5          facts not in the record.  Lacks

6          foundation.

7     BY MR. WOLOSKY:

8          Q     Now, he says, "I e-mailed you."

9                Do you see that?

10         A     Yes.

11         Q     I'd like to -- I'd like you to

12    take a look at an exhibit that we have

13    marked.  I believe we have marked it

14    Exhibit 23.

15               This is an e-mail produced to us

16    by your lawyers.  It's Bates stamped

17    PROD000000075.

18               (Whereupon, E-mail from Nick

19         Muzin to Joey Allaham, Dated January

20         25, 2018, was marked as Allaham

21         Exhibit 23 for identification, as of

22         this date.)

23    BY MR. WOLOSKY:

24         Q     It is an e-mail that has been

25    forwarded to you from Nick Muzin on



Page 351

1          Allaham - ATTORNEYS' EYES ONLY

2     January 25, 2018, at 5:25 p.m.  And the

3     forwarded e-mail is an e-mail from Ben

4     Wieder to Nick Muzin dated January 26,

5     2018, at 1:09 a.m.

6          A     Okay.

7          Q     And Nick Muzin writes to you in

8     the forwarding e-mail, "Time to rock."

9                Do you see that?

10         A     Yes.

11         Q     What does he mean by, "Time to

12    rock"?

13               MR. GIMBEL:  Objection.  Calls

14         for speculation.

15         A     I mean, nearer to the bottom

16    e-mail, "Hope you had a good flight.

17    Sending along my contact info.  As I

18    mentioned, we spoke briefly.  I am working

19    on a story about Elliott Broidy and hoping

20    to talk.  Let me know when is best for

21    you."

22               I mean, I don't know what he

23    meant, but it clearly states that somebody

24    was working on a story, and Nick was

25    excited.



Page 352

1          Allaham - ATTORNEYS' EYES ONLY

2     Q      And he conveys that excitement

3   to you, correct?

4     A      He wrote it, yes.

5     Q      And did you share his

6   excitement?

7     A      No.

8     Q      Why was he excited?

9            MS. YUSUF:  Objection.

10    A      I don't know.

11    Q      Did you ever discuss with Nick

12  Muzin why he was excited that the media

13  was going after Elliott Broidy?

14    A      I mean it is not -- again, we

15  were not -- or I was not, I should say for

16  me, that -- aware of what's coming down on

17  Elliott.  So it was something that's -- I

18  cannot speak for Nick about.

19    Q      Why would you think he would be

20  excited and that it is time to rock?  Did

21  he dislike Elliott Broidy?

22    A      Again, I think it is a rivalry.

23  It is competition.  So this is how I

24  perceive it.  I cannot look at it any

25  different way.  I mean he has to answer it



Page 353

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   for himself.
 3        Q      Did you ever discuss with Nick
 4   Muzin how Mr. Broidy was an impediment of
 5   the successful completion of his lobbying
 6   work for Qatar?
 7        A      I don't think I knew to what
 8   extent it was, or Nick did.  I don't want
 9   to speak on his behalf.  But I don't think
10   anyone knew what extent Elliott had, so.
11   You know, to us, Joel is the guy who was
12   lobbying for Qatar.  I never believed
13   Broidy was.
14        Q      Did Nick believe that Elliott
15   Broidy was having discussions with senior
16   U.S. officials about Qatar?
17             MS. YUSUF:  Objection.
18        A      I don't know.  I cannot speak
19   for him, but for myself, I never believed
20   it.
21        Q      Now, can you please go back to
22   the exhibit that we were looking at a
23   moment ago, Exhibit 5, the exhibit of
24   WhatsApp messages.
25        A      Yes.
```



Page 354

                    Allaham - ATTORNEYS' EYES ONLY

1

2       Q       Now, we were just on page 29.

3   We discussed the e-mail.

4       A       Yes.

5       Q       I'm sorry.  Before we go on, do

6   you know who Ben Wieder is?

7       A       Ben Wieder?

8       Q       Yes, on Exhibit 23.

9       A       Exhibit 23?  No, I don't.

10      Q       Have you ever talked to him?

11      A       Never.  And I'll state on the

12  record, I never spoke to any reporters

13  until my last-week article.

14      Q       Now, going back to Exhibit 5,

15  the next page, Bates stamp 30, can you

16  turn to that page.

17      A       Yes.

18      Q       You reply within 60 seconds to

19  Mr. Muzin's e-mail, that said, "We got the

20  press going after Broidy."  You reply,

21  "Just be very careful."

22              Why were you advising Mr. Muzin

23  to be very careful?

24      A       Because I did not really believe

25  that all of this stuff was not relevant to



Page 355

```
1          Allaham - ATTORNEYS' EYES ONLY

2     me.  I sympathized with what happened with

3     Elliott, to be honest.
```



Page 356

11        Q       Is there any place in these
12   WhatsApp messages that you can point to
13   that refers to the documentary?
14        A       I don't see it.
15        Q       Do you --
16        A       Usually, I'm going to state
17   also, when I was doing things, I never
18   liked to share with anybody because I
19   don't want it to end up in the press.  So
20   I knew that something that's -- I don't
21   want it to end up being in the press until
22   it is done.
23        Q       Right.  But the immediate
24   message to which you're replying says, "We
25   got the press going after Broidy."  So you



Page 357

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   reply, "Alan is doing something tomorrow
 3   himself."
 4             Is your testimony that that had
 5   nothing to do with the press going after
 6   Broidy?
 7       A     Absolutely not.  We have --
 8   absolutely not.
 9       Q     Why would you write that message
10   in response to Mr. Muzin's about the press
11   going after Broidy?
12       A     I stated, again, I never
13   believed in speaking to the press.  It
14   only screws things up.  So I just
15   always -- I'm paranoid from the press.
16       Q     And then the last sentence in
17   that text message is, "He helped so the
18   hill one which I think is great."
19             What does that mean?
20       A     The article in The Hill that he
21   wrote.
22       Q     That who wrote?
23       A     Mr. Dershowitz.
24       Q     And then two text messages down
25   you write to Mr. Muzin, "This Vegas thing
```



Page 358

```
 1        Allaham - ATTORNEYS' EYES ONLY
 2   is bothering me."
 3             What is that in reference to?
 4       A      Him being -- I think -- I don't
 5   really recall, but I think he was
 6   kicked -- I don't know if he was kicked
 7   out or something he was -- he told me
 8   about, he was kicked out.
 9       Q      Now, the last WhatsApp message
10   on this page is a message from you to Nick
11   Muzin.  It reads, "Does Bob Book go?"
12             Do you see that?
13       A      Yes.
14       Q      Who is Bob Book?
15       A      Just a wealthy Republican
16   individual.  I was asking if he was in
17   Vegas, did he go.
18       Q      And is he involved in running
19   Miramax, Mr. Book?
20       A      No.
21       Q      If you can turn to the next page
22   which is Bates stamped 31.
23             And do you see texts that begin
24   on March 1, 2018, between you and Mr.
25   Muzin?
```



Page 359

1          Allaham - ATTORNEYS' EYES ONLY

2      A      What page, 31?

3      Q      Bates stamped 31.

4      A      Yes.

5      Q      There is a series of text

6   messages that begin on March 1, 2018, and

7   these are news articles concerning

8   Mr. Broidy and his relationship with

9   something called 1MDB.

10          Do you see that?

11      A      What date is it?  Yes, I see it.

12   The Real Deal line?

13      Q      Yes, The Real Deal and the Wall

14   Street Journal.

15      A      Yes.

16      Q      And Mr. Muzin writes to you at

17   1:04 p.m., "He is finished."

18          Do you see that?

19      A      Yes.

20      Q      Did you think that Broidy was

21   finished as a result of these news

22   articles?

23      A      I have no idea.  I don't know

24   his -- I don't -- I was not concerned

25   about -- this, to me, was pure trash and



Page 360

1          Allaham - ATTORNEYS' EYES ONLY

2    gossip.

3          Q      But Nick is concerned about it,

4    correct?

5               MS. YUSUF:  Objection.

6          A      I can't speak for Nick.

7          Q      What does he mean -- what do you

8    believe Nick means when he writes to you

9    "he is finished"?

10         A      I don't know.  I'm not going to

11   speak for Nick.

12         Q      Do you believe that Nick had a

13   role in the publication of the articles

14   that he is sending to you and you were

15   sending to him?

16         A      I don't believe so, no.  I think

17   reporters did call him because everyone

18   knew he was lobbying for Qatar.  And Nick

19   likes to speak to the press, so --

20         Q      So what would lobbying for Qatar

21   have to do with articles concerning

22   Elliott Broidy and Malaysia?

23         A      Again, I don't know, I can't

24   speak for Nick, but I was not -- any

25   knowledge of any of these besides what you



Page 361

1        Allaham - ATTORNEYS' EYES ONLY

2    saw, so I don't know.

3        Q       Did Nick ever explain to you why

4    reporters were calling him to talk about

5    Elliott Broidy's hacked e-mails?

6        A       No.

7        Q       Did you ever ask him?

8        A       You know, he -- again, Nick was

9    being told that there are hacked e-mails

10   and they were calling -- that's what I was

11   told, that they were asking for his input.

12       Q       Why do you think they were

13   asking for Nick's input?

14       A       I think -- I get calls.  I

15   got -- since I registered, I got 40 phone

16   calls from reporters.  I think it is a

17   typical -- whenever you have a scandal,

18   you want someone to go on the record or do

19   whatever to help put something out.  Or

20   add to it or -- but again, I speak for my

21   opinions, not for Nick.

22       Q       Can you turn to the next page,

23   please.  It's Bates stamped 32.  The first

24   message on that page which Muzin sends to

25   you reads, "We have reason to believe this



Page 362

1        Allaham - ATTORNEYS' EYES ONLY

2    hack was sponsored and carried out by

3    registered and unregistered agents of

4    Qatar seeking to punish Mr. Broidy for his

5    strong opposition to state-sponsored

6    terrorism," said the spokesman.

7                You respond, "That's F crazy."

8                Do you see that?

9        A    Yes.

10       Q    And what do you mean by that,

11   "That's F crazy"?

12       A    That -- to see that agents

13   registered or non-registered, I mean

14   ridiculous.

15       Q    Why do you think it is

16   ridiculous?

17       A    Because I don't believe -- this

18   is my opinion, I don't believe any

19   Americans, lobbyists were involved.  I

20   don't know.  Just something that's -- it

21   was shocking, same times.  You know,

22   you're excited to see your opponent being

23     defeated.  So it is not something that

24   should go out of context.  You know, it

25   is -- you know, at the end of the day,



Page 363

1          Allaham - ATTORNEYS' EYES ONLY

2     Elliott lost this fight, and that's really

3     the conversation.

4          Q      Did you consider Elliott your

5     enemy?

6          A      No, I don't consider Elliott my

7     enemy.  I don't.  Even the opposite, I was

8     trying to -- Joel can vouch that I was

9     trying to make peace and not have this

10    chaos because it is not beneficial.

11         Q      When you say, "At the end of the

12    day, Elliott lost this fight," what do you

13    mean by that?

14         A      Meaning, at the end of the day,

15    Nick was right in his proposal that

16    Elliott became apparent, from the hacked

17    e-mails that we read, that he was doing

18    everything, lobbying without being

19    registered as an agent.

20         Q      And I don't understand.

21                Which fight, who was he fighting

22    with in your mind?

23         A      Again, you know, there is two

24    countries.  We have Qatar and we have the

25    other countries.  We are on the other



Page 364

1          Allaham - ATTORNEYS' EYES ONLY
2     side.
3               These e-mails came out, exposed
4     Elliott, exposed the other country.  So in
5     a way, you had something on the other --
6     on your opponent.  So if you're working --
7     again, working for the other team was a
8     goal scored against you, so this is how we
9     looked at it.  This is how I looked at it.
10        Q      Who do you think scored the goal
11    against Elliott?
12        A      I don't know who scored the goal
13    and they end up in the press.
14        Q      Who do you think would have a
15    reason to score the goal?
16        A      I don't want to speculate on
17    who, but definitely I could say it is not
18    me and I know Nick, it's not in Nick's
19    capacity.  I'm not speaking for him, so --
20        Q      Do you believe that the hack was
21    beneficial to the State of Qatar?
22        A      No, I don't.  Not at all.
23        Q      Why is that?
24        A      And I think it was very much
25    damaging.  The opposite.



Page 365

1          Allaham - ATTORNEYS' EYES ONLY

2     Q     Why is that?

3     A     Because we were winning without

4  this hacking.  This hacking, whatever, was

5  not beneficial for Qatar, period.  I don't

6  believe it was beneficial.  I think it was

7  not.

8     Q     Do you think that the State of

9  Qatar was responsible for the hacking?

10    A     I cannot speak for them, and it

11  is not my place to speak for a nation.

12  But if someone asked me, I would advise

13  against any of that.

14    Q     Do you think the State of Qatar

15  had the ability to hack Mr. Broidy?

16          MS. YUSUF:  Objection.

17    A     I don't know.

18    Q     Do you believe that the State of

19  Qatar has hacked other enemies of the

20  State of Qatar?

21    A     I don't know.  Not to my

22  knowledge.

23    Q     Have you read public reports

24  about hacking taking place between the

25  State of Qatar and the United Arab



Page 366

```
 1        Allaham - ATTORNEYS' EYES ONLY

 2   Emirates?

 3        A     I have read reports about that.

 4        Q     Do you know anything about that?

 5        A     I do not know besides what I

 6   read.

 7        Q     Do you believe it to be true?

 8        A     I don't know.  I cannot

 9   speculate.

10        Q     Okay.  So let's go back to this

11   document, Exhibit 5.  The document -- we

12   are on the document that is Bates stamped

13   32.  We just talked about an e-mail or a

14   text message that you wrote that said,

15   "That's F crazy."

16        A     Yes.  Page 32, right?

17        Q     Yes.

18              Can I ask you to turn to the

19   page that's Bates stamped 34?

20        A     I like 32.  There is one part

21   you should read so it will give an

22   explanation.

23        Q     What part is that?

24        A     "Now it makes sense why Broidy

25   and Mowbray have been going after me for
```



Page 367

1          Allaham - ATTORNEYS' EYES ONLY

2     months."  Meaning he just figured it out.

3               I'm not seek speaking for Nick,

4     but reading it, now it makes sense why

5     they are going after him.  Meaning they

6     just found out why they have been going

7     after Nick.

8               Because Joel was going after

9     Nick, and that's their rivalry that I kept

10    on saying.  He pushed articles against me,

11    Joel, and I was very upset about it.

12    There was no reason for this kind of

13    stuff.

14         Q     And the reason why Broidy and

15    Mowbray have been going after Nick for

16    months, you're saying, is because they

17    just discovered that Qatar was responsible

18    for the hack of their e-mails?

19         A     No.

20               MR. GIMBEL:  Objection.

21          completely mischaracterizes his

22          testimony in the most ridiculous way.

23         A     No.

24               MS. YUSUF:  I join in that

25          objection.



Page 368

1          Allaham - ATTORNEYS' EYES ONLY

2      Q      So, I'm sorry, can you explain

3   again what your testimony is?

4      A      He just found out why Broidy and

5   Mowbray were going after Nick, after he

6   read the e-mails.

7      Q      Can you turn to the page that's

8   Bates stamped number 34.

9      A      Yes.

10     Q      There are e-mails beginning

11  March 6, 2018, between you and Nick Muzin.

12          Do you see that in the middle of

13  the page?

14     A      Yes.

15     Q      You send to Mr. Muzin two news

16  articles concerning Broidy, one is

17  Bloomberg and one is New York Times.

18          Do you see that?

19     A      Yes.

20     Q      And then Mr. Muzin responds,

21  "Saw it, means more Broidy stuff will be

22  coming out.  More people talking about

23  Joel."

24          Do you know what that means?

25     A      It means what it says, meaning



Page 369

1          Allaham - ATTORNEYS' EYES ONLY

2     more stuff is coming out.

3          Q      And how does Mr. Muzin know

4     that?

5          A      Because, again, to my knowledge,

6     reporters were always calling him.

7          Q      Can you turn to the next page,

8     please.  This is Bates stamped 35.

9          A      Yes.

10         Q      The bottom of the page.

11         A      Yes.

12         Q      The message that we have already

13    discussed.  It says, "Broidy is saying

14    Biniatta framed him."

15               Do you see that?

16         A      Yes.

17         Q      Has Biniatta ever paid you any

18    money directly?

19         A      Never.

20         Q      Has Biniatta ever paid you any

21    money indirectly?

22               MS. YUSUF:  Objection.

23         A      I don't know.

24         Q      You don't know if Biniatta ever

25    paid money to you indirectly?



Page 370

1        Allaham - ATTORNEYS' EYES ONLY

2     A     No.

3     Q     Have you ever met with anyone

4   from Biniatta?

5     A     No.

6     Q     The messages continue about

7   Biniatta, "Holy shit," you're saying to

8   Mr. Muzin.  And then you say, "This is

9   stupid," to Mr. Muzin.  And then you say,

10  "Call me."

11          These are 3 messages in the

12  space of ten minutes.

13          Why did you want Mr. Muzin to

14  call you?

15    A     I don't remember.  I don't

16  remember.

17    Q     Was it about Biniatta?

18    A     I had no -- I never paid much

19  attention to these stories.

20    Q     Can you turn to the next page,

21  please.  It's Bates stamped 37.

22    A     Yes.

23    Q     The top of the page, Mr. Muzin

24  sends to you a Huffington Post story about

25  leaked e-mails of Elliott Broidy.



Page 371

1           Allaham - ATTORNEYS' EYES ONLY

2                Do you see that?

3     A      Yes.

4     Q      And you respond, "Crazy."

5                Do you see that?

6     A      I do.

7     Q      Do you know why you responded

8     "crazy"?

9     A      Just my reaction, that it is

10    not -- I'm not saying I love it.  I'm not

11    enthusiastic about it.  I'm not excited.

12    Q      And then on March 12, you send

13    another article to Nick Muzin and this one

14    is from The Hollywood Reporter.  And

15    again, it is about the probe.  And you

16    write, "This is a long one in a way

17    mentions you, which is good, I think."

18                Do you see that?

19    A      Uh-huh.

20    Q      Why did you think it was good

21    that Mr. Muzin was mentioned in an article

22    about Elliott Broidy?

23    A      I have to read the article.  I

24    don't remember.  There are so many

25    articles.  I was trying to make him feel



Page 372

1      Allaham - ATTORNEYS' EYES ONLY

2  good.  I don't know.

3      Q      Now, you say, "Call me," after

4  you read it.

5              Do you recall whether Mr. Muzin

6  called you?

7      A      You have my records, I have no

8  idea.

9      Q      Now, the next message says -- it

10  is from you to Mr. Muzin, "I don't think

11  anything they will put on Broidy will

12  stick."

13              Do you see that?

14      A      Yes.

15      Q      Who is the "they" in that

16  sentence?

17      A      I mean all of these articles.

18  You see, I was defending your client.  You

19  don't get that from the records.  I did

20  not believe in all of this nonsense.

21      Q      Can you turn to the next page,

22  please.  It's Bates stamped 38.

23      A      Yes.

24      Q      Again, Mr. Muzin, here, is

25  referring to "they" in a message he sends



Page 373

1          Allaham - ATTORNEYS' EYES ONLY
2     you on March 13, 2018, about Jamal
3     reviewing the e-mails.
4               Do you see that?
5      A     Yes.
6      Q     Who is the "they"?
7      A     I'm not sure what was the point
8     of "they," but -- I mean everyone that was
9     reading those e-mails assumed the Qataris
10    would be -- everybody was reading those
11    e-mails.
12     Q     And does this reflect your
13    belief that "they" is the Qataris?
14     A     I'm not sure what I refer to
15    them.
16     Q     Jamal was working for the
17    Qataris, right?
18     A     I don't know.  I still don't
19    know.
20     Q     Jamal had a relationship with
21    the Qataris?
22     A     He had a relationship with every
23    nation in the world, I would say.
24     Q     Why do you think he would have
25    taken credit for the Broidy e-mails?



Page 374

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      A      I don't mean the credit for the
 3  Broidy e-mails.  I'm thinking about just
 4  for the proposals that Nick put in
 5  together that's make -- you know, make our
 6  team look good.
```



```
10      A      No, I mean, I would not say
11  that.  Meaning, again, it is like the
12  Qatari, you know, if it was the other way
13  around, Elliott's team would be happy to
14  see the stuff.  So this is really the
15  context that would put it in, phrase it
16  in.
17      Q      So when you texted Mr. Muzin,
18  "I'm sure he took the credit," you mean
19  the credit for a victory for the Qatari
20  team?
21      A      No, it's not, meaning the credit
22  that Nick was right all along about --
23      Q      This is a reference to Jamal
24  Benomar?
25      A      Yes.
```

MAGNA ›
LEGAL SERVICES

Page 375

```
 1          Allaham - ATTORNEYS' EYES ONLY
 2      Q      So I'm not sure I understand
 3   what you are saying that you believe he
 4   would take the credit for?
```

14              MS. YUSUF:  Objection.

15              MR. GIMBEL:  Objection to form.

16      A      I mean that's what I would look

17   at it as.

18      Q      On March 14, you ask Mr. Muzin,

19   "Any news?"

20              Do you see that?

21      A      Yes.

22      Q      What is that referring to?

23      A      It's more of an Arabic way, this

24   is how you phrase this conversation.  My

25   wife -- I mean this is how I communicate.



Page 376

1        Allaham - ATTORNEYS' EYES ONLY

2    Like, what's going on in Arabic, you say

3    "any news."

4        Q    And Mr. Muzin responds less than

5    a minute later, "Nothing.  I'll get some

6    intel about the Broidy event soon."

7              Do you see that?

8        A    Yes.

9        Q    Does Mr. Muzin speak Arabic?

10       A    No.

11       Q    So what is the intel about the

12   Broidy event that he is referring to?

13              MS. YUSUF:  Objection.

14       A    I'm not sure.  I think the

15   Broidy fundraiser probably.

16       Q    Were you very curious about

17   that?

18       A    I think everybody was curious.

19   The whole world was curious, if you watch

20   TV.

21       Q    What was the fundraiser you were

22   referring to?

23       A    That they were throwing a

24   fundraiser to the president.  I mean that

25   was every night on TV.



Page 377

                    Allaham - ATTORNEYS' EYES ONLY

1

2        Q       Now, on the next page on

3   March -- the next page is Bates stamped

4   39.

5        A       Yes.

6        Q       And on March 15, you send an

7   article to -- I'm sorry, Mr. Muzin sends

8   an article to you from McClatchy, which we

9   have, and I'll represent to you it's about

10  someone named Yuri Vanetik and Elliott

11  Broidy.  You respond, "That's not good."

12                 Who is Yuri Vanetik?

13       A       I have no clue.

14       Q       Why did you respond, "That's not

15  good"?

16       A       Because, again, I don't like

17  articles.  I'm not a fan of bad articles.

18       Q       There are many articles that

19  were sent to you that you didn't have any

20  response to.

21                 Do you know why you thought this

22  one in particular was not good?

23       A       No, I don't recall this one.

24  But I think I responded many times, that's

25  the same response.  It's not -- I'm not --



Page 378

```
 1       Allaham - ATTORNEYS' EYES ONLY
 2   I don't cheer for -- to me, this is cheap
 3   shots.
 4       Q     And so you don't know who your
 5   Yuri Vanetik is?
 6       A     I have no clue.  Never met the
 7   guy.
 8       Q     And two text messages down, you
 9   write to Muzin, "I keep on thinking to use
10   Ben Brafman for Jamal."
11            And what is it that you thought
12   Ben Brafman could do for Jamal?
13            MS. YUSUF:  Objection.  Asked
14       and answered.
15            MR. GIMBEL:  Objection.
16       Misstates his prior testimony.
17   BY MR. WOLOSKY:
18       Q     What is the meaning of this
19   sentence, "I keep on thinking to use Ben
20   Brafman for Jamal"?
21       A     To sue him.
22       Q     That you would sue Jamal?
23       A     Yes.
24       Q     Why would you sue Jamal?
25       A     Because I was getting the
```



Page 379

1        Allaham - ATTORNEYS' EYES ONLY

2    runaround.

3        Q        About what?

4        A        About my money.

5        Q        That Jamal owed to you?

6        A        I mean, Jamal, I couldn't sue

7    the State of Qatar.  Everyone -- I

8    couldn't do that.  Nobody was interested

9    in that.

10        Q        And did you sue Mr. Benomar?

11        A        No.

12        Q        Why did you decide not to sue

13    him?

14        A        Because the lawyers told me I

15    don't have an agreement and it will be --

16            MS. YUSUF:  Don't testify to

17        anything that's privileged.

18        A        Okay, it's privileged.

19        Q        So try to answer the question

20    without revealing attorney-client

21    privilege information.

22        A        That I did not want to waste any

23    money.

24        Q        On lawyers to chase Jamal

25    Benomar?



Page 380

1          Allaham - ATTORNEYS' EYES ONLY

2      A     Yes.

3      Q     How much money do you think he

4   owed you?

5      A     It's -- it's complicated.  So

6   it's not something that I would want to

7   share yet.  It's confidential, I think.

8      Q     Well, this is an attorneys' eyes

9   only deposition.  This is directly

10   relevant to the subject matter of your

11   subpoena.  So I would ask you to please

12   answer the question.

13          Can you read back the pending

14   question?

15      A     I know the question.  I

16   understand the question.  Again, it is two

17   parties that, you know, I think I'm owed

18   something and the other party thinks I'm

19   owed something else.  So it is hard to

20   pinpoint, but from my point I would say

21   from a number, could be from five to ten

22   million.

23      Q     And you were seeking to pursue

24   Jamal Benomar for that money even though

25   the money was really owed to you by the



Page 381

1       Allaham - ATTORNEYS' EYES ONLY

2    State of Qatar, correct?

3       A     Yes.

4       Q     And is that because Jamal

5    Benomar was holding that money for you?

6       A     I could not get a straight

7    answer so I did not know what -- this is

8    part, you know, your -- you know,

9    sometimes excuse if you have an offshore,

10   I was trying to do it.  I gave up on that.

11   It was harder than having a baby.

12             So I just was trying to pinpoint

13   to get my money, that's all I was trying

14   to do.  I was being a debt collector.

15             MS. YUSUF:  Counsel, I believed

16        we have reached the seven-hour mark,

17        but I will ask the videographer to

18        confirm.

19             THE VIDEOGRAPHER:  Two minutes.

20             MR. WOLOSKY:  We get eight

21        hours.

22   BY MR. WOLOSKY:

23       Q     Can you turn to the next page,

24   please, Bates stamped 40.

25             "You see juice in it?"  Do you



Page 382

 1          Allaham - ATTORNEYS' EYES ONLY

 2   see an e-mail that you wrote?

 3              MR. WOLOSKY:  We get eight hours

 4      under the federal rules.

 5              MS. YUSUF:  Which rule are you

 6      referring to?

 7              MR. GIMBEL:  Seven.

 8              MR. WOLOSKY:  Seven hours?

 9              MR. GIMBEL:  Yes.

10              MS. YUSUF:  Rule 30.

11   BY MR. WOLOSKY:

12      Q     Can you turn to the document

13   that's Bates stamped 44.

14      A     Yes.

15      Q     No, actually, sorry, turn to 43,

16   preceding it.  Mr. Muzin and you engage in

17   a series of text messages, "Nothing will

18   be expedited about this lawsuit.

19   Fantastic.  Good."

20              And then you write, "Will give

21   us time."

22              Give you time for what?

23      A     Probably to collect what I'm

24   owed.

25      Q     Can you turn to the document



Page 383

1      Allaham - ATTORNEYS' EYES ONLY

2    that's Bates stamped number --

3      A      Page 44.

4           MR. WOLOSKY:  I'll finish in

5      five minutes.

6           MS. YUSUF:  You'll finish in

7      seven seconds.

8    BY MR. WOLOSKY:

9      Q      Bates stamped 52.

10          MS. YUSUF:  We've reached the

11     seven-hour mark, Counselor, so we're

12     going to stop the deposition because

13     that's all the time you're entitled to

14     under the rules of federal procedure.

15          MR. WOLOSKY:  I'm going to ask

16     one more question.

17          MS. YUSUF:  We're going to go

18     off the record because we're past the

19     seven-hour mark.

20          MR. WOLOSKY:  We're going to

21     stay on the record, but you can leave

22     if you wish.

23          MS. YUSUF:  You will need leave

24     of the Court to keep him beyond seven

25     hours.  So unless you have that, you



Page 384

1      Allaham - ATTORNEYS' EYES ONLY

2      cannot keep him beyond the seven

3      hours.  And the videographer has

4      indicated to me that we have reached

5      the seven hours.

6            MR. WOLOSKY:  I'm requesting 15

7      more minutes, absent which we will

8      seek leave of Court as a result of the

9      witness' evasion during this

10     deposition.

11           Will you give us 15 more

12     minutes?

13           MS. YUSUF:  I am not authorized

14     to give you beyond what is required.

15           MR. WOLOSKY:  You are

16     authorized.  You can allow him to sit

17     for ten more minutes.

18           MS. YUSUF:  The last time that I

19     reached an agreement with your firm

20     outside of what we were ordered by the

21     Court --

22           MR. WOLOSKY:  This wasn't

23     ordered by the Court.  This is the

24     Federal Rules of Civil Procedure.

25           MS. YUSUF:  I'm going to go with



Page 385

1        Allaham - ATTORNEYS' EYES ONLY

2        the rules, so we are going off the

3        record.

4              Mr. Allaham, I'm instructing you

5        not to answer any more questions.  We

6        have reached the seven-hour mark.  If

7        counsel wants to seek leave of Court

8        for more time, he has every right to

9        do so.

10             MR. WOLOSKY:  We will do so.

11             THE VIDEOGRAPHER:  The time is

12       6:11 p.m., and we're going off the

13       record.

14

15

16                     _____

17                     JOSEPH ALLAHAM

18

19  Subscribed and sworn to

20  before me this      day

21  of            , 2018.

22  _____

23

24

25

