UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 18-2421-JFW(Ex)                         Date:  November 2, 2018

Title:  BROIDY CAPITAL MANAGEMENT LLC, et al. v. STATE OF QATAR, et al.

**DOCKET ENTRY**

**PRESENT:**

HON.  **CHARLES F. EICK, JUDGE**

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                          None

**PROCEEDINGS:**    **(IN CHAMBERS)**                               (Page 1 of 2)

       The Court has read and considered all papers filed in support of and in opposition to the original and amended "Motion Challenging Defendant Qatar's Designations of Material Under the Protective Order" ("the Motion"), filed October 1 and 17, 2018.  The previously noticed November 9, 2018 hearing date is vacated.  The Court has taken the Motion under submission without oral argument.  For the reasons stated herein, the Motion is denied.

       The bulk of the Motion challenges Qatar's designation of certain documents and deposition testimony as "Highly Confidential - Attorneys' Eyes Only."  After examining each document so designated and all deposition testimony so designated, the Court finds that each such designated document and all such designated testimony "contains or comprises" "information relating to the conduct by Qatar of its foreign policy," within the meaning of paragraph D4 of the "Protective Order," issued by this Court on August 17, 2018.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 18-2421-JFW(Ex)             Date:  November 2, 2018

Title:  BROIDY CAPITAL MANAGEMENT LLC, et al. v. STATE OF QATAR, et al.

**DOCKET ENTRY**

**PRESENT:**

HON.  **CHARLES F. EICK, JUDGE**

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                             None

**PROCEEDINGS:    (IN CHAMBERS)**                            (Page 2 of 2)

      Part of the Motion also challenges Qatar's designation of other deposition testimony as "Confidential."  After examining all deposition testimony so designated, the Court finds that the designation of such testimony as "Confidential" was also appropriate.  See "Protective Order" at paragraphs B and D3.

      To the extent the Motion also may seek a modification of the "Protective Order" itself, the Motion is procedurally improper.  See Fed. R. Civ. P. 72(a); L.R. 7-18.


      cc:    Judge Walter
                All Counsel of Record