**STEPTOE & JOHNSON LLP**

Jason Levin (Cal. Bar. No. 161807)
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Phone: (213) 439-9455
Fax: (213) 439-9599

Fil Agusti (*Pro Hac Vice*)
Shannen W. Coffin (*Pro Hac Vice*)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone (202) 429-3000
Fax: (202) 429-3902

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF QATAR, *et al.*<br>Defendants. | Case No. 18-cv-02421-JFW<br><br>**NOTICE OF PLAINTIFFS' MOTION TO CLARIFY THE PROTECTIVE ORDER**<br><br>**Magistrate Judge Charles F. Eick**<br>**Hearing Date: March 29, 2019**<br>**Time: 9:30 a.m.**<br>**DISCOVERY MATTER** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 29, 2019 at 9:30 a.m., or as soon thereafter as may be as heard, in Courtroom 750 in the Roybal Federal Building and United States Courthouse, located at 255 East Temple Street, Los Angeles California, 90012, Honorable Charles F. Eick presiding, Plaintiffs Broidy Capital Management and Elliott Broidy (collectively, "Broidy"), will appear and move the Court to clarify the Protective Order entered as **Dkt. 185-1**, and to declare that Plaintiffs have complied with the Protective Order by filing, under seal a complaint that contained Protected Material under that Order in a related action in the United States District Court for the District of Columbia. *See Broidy Capital Management LLC v. Muzin*, No. 19-cv -00150 (D.D.C. filed Jan. 24, 2019).

**PLEASE TAKE FURTHER NOTICE** that this Motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on February 14, 2018.

/s/ Jason Levin
*Counsel for Plaintiffs*

**CERTIFICATION OF SERVICE**

I hereby certify that on March 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to all counsel of record.

By: /s/ Jason Levin