# Exhibit C

Filiberto Agusti
202 429 6428 direct
202 261 7512 fax
fagusti@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

February 8, 2019

**Via EMAIL and FEDERAL EXPRESS**

Mitchell A. Kamin, Esq.
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
+1 424 332 4759
mkamin@cov.com

Re:   **Your Letter of February 7, 2019**

Dear Mitchell:

    We received your letter dated February 7, 2019, regarding the Complaint we filed in the United States District Court for the District of Columbia on behalf of Broidy Capital Management and Elliott Broidy. Although we disagree with your interpretation of the Protective Order filed in the previous action before the United States District Court for the Central District of California, we are committed to resolving our differences.

    First, with respect to the specific concern you identified, the D.C. District Court has just granted a motion we filed today to withdraw and strike the original public Complaint, Dkt. No. 1, from the record and to file a corrected Complaint that redacts the material referenced in your letter. We regret the inadvertent non-redaction of the single sentence you identified, and we have taken prompt action to cure the disclosure. We believe our prompt action has avoided any prejudice to your client.

    Second, we would like to meet and confer with you regarding the other outstanding issues in your letter. We are available to discuss Monday, February 11, at 1:00 p.m. Pacific Standard Time, or at another mutually agreeable time.

Sincerely,

Filiberto Agusti