# Exhibit P

| *Filed & Entered:* | 02/08/2019 | Order |
|---|---|---|
| *Docket Text:* MINUTE ORDER granting the plaintiffs' [11] Motion to File Corrected Public Complaint and Strike Original Complaint from the Record. Accordingly, it is ORDERED that the motion is GRANTED. It is further ORDERED that the plaintiffs shall file a corrected public Complaint and the plaintiff's original [1] Public Complaint is stricken from the record. Signed by Judge Dabney L. Friedrich on February 8, 2019. (lcdlf1) | | |