# Exhibit S

COVINGTON & BURLING LLP
Mitchell A. Kamin (Bar No. 202788)
  mkamin@cov.com
Neema T. Sahni (Bar No. 274240)
  nsahni@cov.com
Mark Y. Chen (Bar No. 310450)
  mychen@cov.com
Rebecca G. Van Tassell (Bar No. 310909)
  rvantassell@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

*Attorneys for Defendant State of Qatar*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF QATAR, STONINGTON STRATEGIES LLC, NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC, KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED BIN HAMAD BIN KHALIFA AL THANI, AHMED AL-RUMAIHI, and DOES 1-10,<br><br>    Defendants. | Civil Case No.:<br>2:18-CV-02421-JFW-(Ex)<br><br>**STIPULATION REGARDING PLAINTIFFS' PUBLIC FILING OF PROTECTED INFORMATION ON JULY 6, 2018**<br><br>**Honorable John F. Walter** |

This stipulation is entered into by and between Plaintiffs Broidy Capital Management LLC and Elliott Broidy ("Plaintiffs"), and Defendant State of Qatar ("Qatar"), by and through their respective counsel, as follows:

**WHEREAS**, on June 11, 2018, Judge Katherine B. Forrest, of the United States District Court for the Southern District of New York, entered an Order (the "SDNY Order") directing that all documents produced by Joseph Allaham in response to a subpoena served upon him by Plaintiffs shall be provisionally designated as "Attorney's Eyes Only," as that term is used in Judge Forrest's Model Protective Order 1, until such time as this Court has an opportunity to rule on a more permanent protective order in this action;

**WHEREAS**, on June 19, 2018, during a deposition of Mr. Allaham, each of the parties agreed on the record that Mr. Allaham's deposition testimony would also be provisionally designated as "Attorney's Eyes Only" consistent with the SDNY Order;

**WHEREAS**, this Court has not yet had the opportunity to rule on a more permanent protective order in this underlying action, and therefore the SDNY Order and Attorney's Eyes Only designation remain in effect;

**WHEREAS**, on July 6, 2018, Plaintiffs filed on the public docket three documents that were designated as "Attorney's Eyes Only" pursuant to the SDNY Order (the "Protected Information"), which such documents should have been filed under seal (Dkt. 126);

**WHEREAS**, Plaintiffs assert that the filing of those three documents on the public docket was the result of an inadvertent clerical error;

**WHEREAS**, on July 6, 2018, at approximately 4 p.m. Pacific Time, counsel for Qatar received a Notice of Electronic Filing for Dkt No. 126, as well as an alert from a public third-party docket tracking service, PacerPro, which attached the publicly filed documents (including the Protected Information);

**WHEREAS**, on July 6, 2018, at approximately 4:45 p.m. Pacific Time, the Court granted Plaintiffs' oral ex parte application to seal Dkt No. 126;

1

WHEREAS, on July 6, 2018, at approximately 7:27 p.m. Pacific Time, counsel for Qatar notified Plaintiffs' counsel that, before the Court entered its sealing order, the Protected Information had already been disseminated to the public via third-party docket tracking services;

WHEREAS, Plaintiffs' counsel represents that Plaintiffs' counsel subsequently took actions to verify with non-party docket tracking services whether any of their users (other than individuals who are attorneys at the law firms of record in this action or in the Southern District of New York action) had been notified of Dkt. No. 126 or downloaded the Protected Information;

WHEREAS, Plaintiffs' counsel represents that the non-party docket tracking services contacted by Plaintiffs' counsel thus far have identified only one law firm that received the Protected Information and further confirmed that the law firm had (upon receiving notice of the inadvertent disclosure) destroyed the Protected Information;

WHEREAS, to mitigate any harm that may have resulted from such public disclosure, including any possible further dissemination of the Protected Information, Plaintiffs and Qatar have agreed that Plaintiffs' counsel shall take certain remedial measures, as set forth below.

WHEREAS, the stipulated remedial measures are not intended to preclude or prevent counsel for Plaintiffs from taking further remedial measures that are or may become appropriate in order to mitigate any possible harm caused by the public dissemination of the Protected Information, and are not intended to limit Qatar's rights to seek any other relief or remedies in connection with the public filing of the Protected Information.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Notwithstanding the public filing of Dkt. 126, no party or their counsel shall discuss or disclose the Protected Information with anyone other than the Court or attorneys at the law firms of record for the parties or Mr. Allaham or anyone else entitled to have access to the Protected Information pursuant to the SDNY Order, except that the

parties may, in an effort to prevent further public dissemination or discussion of the Protected Information, refer to this stipulation, the SDNY Order, and any order entered by this Court and explain that the Protected Information should not have been publicly filed and is subject to a provisional "Attorney's Eyes Only" restriction which prohibits discussion or disclosure of the Protected Information except as provided by the SDNY Order until such time as this Court has an opportunity to rule on a more permanent protective order in the underlying action.

2. On or before July 13, 2018, counsel for the Plaintiffs shall serve on Qatar declarations or affidavits sworn under penalty of perjury from the lawyers and legal staff involved in the incident in which the Protected Information was publicly disclosed, describing in detail the acts that resulted in the public disclosure.

3. Counsel for Plaintiffs shall undertake good faith, reasonable efforts to identify docketing service vendors that may have disseminated the Protected Information prior to this Court's sealing of Dkt. 126—such as PacerPro, PacerDash, LexisNexis, Westlaw, and similar services—and to obtain from any such vendors the identities of any subscribers who received copies of Dkt. 126 and thus may have received the Protected Information.

4. Counsel for Plaintiffs shall undertake good faith, reasonable efforts to have such docketing service vendors recall any communications disseminating the Protected Information.

5. Counsel for Plaintiffs shall inform Qatar's counsel of the efforts undertaken to identify relevant docketing service vendors, to obtain the identity of subscribers who received copies of the Protected Information, and to recall any communications from docketing service vendors disseminating the Protected Information.

6. Qatar reserves all rights, including (without limitation) the right to seek further relief in the event Plaintiffs do not comply with the terms of this agreement.

| | | |
|---|---|---|
| 1 | Dated: July 9, 2018 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | By: /s/ Mitchell A. Kamin |
| | | Mitchell A. Kamin |
| 4 | | Email: mkamin@cov.com |
| 5 | | 1999 Avenue of the Stars, Suite 3500 |
| | | Los Angeles, CA 90067-4643 |
| 6 | | Telephone: + 1 424-332-4800 |
| 7 | | Facsimile: + 1 424-332-4749 |
| 8 | | *Attorneys for Defendant State of Qatar* |
| 9 | | |
| 10 | Dated: July 9, 2018 | BOIES SCHILLER FLEXNER LLP |
| 11 | | |
| 12 | | By: /s/ Lee S. Wolosky |
| | | Lee S. Wolosky |
| 13 | | Email: lwolosky@bsfllp.com |
| 14 | | Robert J. Dwyer |
| | | Email: rdwyer@bsfllp.com |
| 15 | | 575 Lexington Ave., 7th Floor |
| 16 | | New York, NY 10022 |
| | | Telephone: +1 212-446-2300 |
| 17 | | Facsimile: + 1 212-446-2350 |
| 18 | | *Attorneys for Plaintiffs* |

4

STIPULATION REGARDING PLAINTIFFS' PUBLIC FILING OF PROTECTED INFORMATION ON JULY 6, 2018

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: July 9, 2018          COVINGTON & BURLING LLP

                                       */s/ Mitchell A. Kamin*
                                       Mitchell A. Kamin